| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Standish, William L. | 2. Court or Organization<br><br>U.S. Dist Court, W. Dist of PA | 3. Date of Report<br><br>07/12/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>6170 U.S. Post Office & Cthse<br>700 Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Co-Trustee of Trust No. 13 |
| 2. Co-Trustee | Co-Trustee of Trust No. 14 |
| 3. Co-Trustee | Co-Trustee of Trust No. 15 |
| 4. Co-Trustee | Co-Trustee of Trust No. 22 |
| 5. Co-Trustee | Co-Trustee of Trust No. 23 |
| 6. Co-Trustee | Co-Trustee of Trust No. 24 |
| 7. Trustee | Western Pennsylvania School for the Deaf |
| 8. Trustee | Sewickley Valley YMCA |
| 9. Director | Pittsburgh Theological Seminary |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1.1 (100% Interest) | G | Int./Div. | P2 | T | | | | | See Section VII #1 |
| 2. -Blackrock PA Muni MM Insg Cl Fd #40 | | | | | Mon Mkt Inv | | | | |
| 3. -Altoona PA City Wtr Rev 4.0-2011 | | | | | | | | | |
| 4. -Altoona PA City Wtr Rev 4.25-2015 | | | | | | | | | |
| 5. -Bucks Cnty PA Wtr&Sewr Auth 4.0-2012 | | | | | | | | | |
| 6. -5ancaster PA Pkg Auth Rev 4.0-2015 | | | | | | | | | |
| 7. -Lower Bucks Cnty PA Jt Mun 3.6-2013 | | | | | | | | | |
| 8. -Lower Merion PA Sch Dist 4.0-2014 | | | | | | | | | |
| 9. -North Water PA Wtr Auth Rev XLCA 4.0-2011 | | | | | | | | | |
| 10. -PA St Higher Edl Col of Med 3.75-2012 | | | | | | | | | |
| 11. -Unionville Chadds Ford PA Sch 3.5-2013 | | | | | | | | | |
| 12. -Red Lion PA Sch Dist FGIC 4.0-2013 | | | | | | | | | |
| 13. -SpringFord Sch Dist XLCA 4.0-2014 | | | | | | | | | |
| 14. -ABB Ltd | | | | | Buy | 01/02/09 | | | |
| 15. -ABB Ltd | | | | | Sold | 03/05/09 | | | |
| 16. -Abbott Labs Inc | | | | | | | | | |
| 17. -Air Products & Chemicals Inc | | | | | | | | | |

1 Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000   H1 - $1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less         K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000   P1 -$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
   (See Column C2)           U =Book Value              V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -American Express | | | | | Buy | 01/02/09 | | | |
| 19. -American Express | | | | | Sold | 03/05/09 | | | |
| 20. -Automatic Data Processing | | | | | | | | | |
| 21. -BP PLC Spons Adr | | | | | | | | | |
| 22. -Bank of America | | | | | Buy | 01/02/09 | | | |
| 23. -Bank of America | | | | | Sold | 02/25/09 | | | |
| 24. -Bristol Myers Squibb Co | | | | | | | | | |
| 25. -Caterpillar Inc | | | | | Buy | 01/02/09 | | | |
| 26. -Caterpillar Inc | | | | | Sold | 03/05/09 | | | |
| 27. -Cisco Sys Inc | | | | | Buy | 01/02/09 | | | |
| 28. -Cisco Sys Inc | | | | | Sold | 03/05/09 | | | |
| 29. -Coca Cola Co | | | | | | | | | |
| 30. -Dominion Res Inc VA | | | | | | | | | |
| 31. -Emerson El Co | | | | | | | | | |
| 32. -Exxon Mobil Corp | | | | | | | | | |
| 33. -Fairpoint Communications | | | | | Buy | 01/02/09 | | | |
| 34. -Fairpoint Communications | | | | | Sold | 09/03/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William I.. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Franklin Resources Inc | | | | | Buy | 01/02/09 | | | |
| 36. -Franklin Resources Inc | | | | | Sold | 03/05/09 | | | |
| 37. -General Electric Co | | | | | | | | | |
| 38. -Goldman Sacks Grp Inc | | | | | Buy | 01/02/09 | | | |
| 39. -Goldman Sacks Grp Inc | | | | | Sold | 03/05/09 | | | |
| 40. -Heinz H J Co | | | | | | | | | |
| 41. -Home Depot inc | | | | | | | | | |
| 42. -Illinois Tool Works Inc | | | | | | | | | |
| 43. -Ingersoll Rand Co Ltd Cl A | | | | | Buy | 01/02/09 | | | |
| 44. -Ingersoll Rand Co Ltd Cl A | | | | | Sold | 03/05/09 | | | |
| 45. -Intel Corp | | | | | Buy | 01/02/09 | | | |
| 46. -Intel Corp | | | | | Sold | 03/05/09 | | | |
| 47. -JP Morgan Chase & Co | | | | | | | | | |
| 48. -Kraft Foods Inc | | | | | | | | | |
| 49. -McGraw Hill Cos Inc | | | | | Buy | 01/02/09 | | | |
| 50. -McGraw Hill Cos Inc | | | | | Sold | 03/05/09 | | | |
| 51. -Merck & Co Inc | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Microsoft Corp | | | | | | | | | |
| 53. -Nike Inc Cl B | | | | | Buy | 01/02/09 | | | |
| 54. -Nike Inc Cl B | | | | | Sold | 03/05/09 | | | |
| 55. -Nokia Corp | | | | | Buy | 01/02/09 | | | |
| 56. -Nokia Corp | | | | | Sold | 03/05/09 | | | |
| 57. -Northern Tr Corp | | | | | Buy | 01/02/09 | | | |
| 58. -Northern Tr Corp | | | | | Sold | 03/05/09 | | | |
| 59. -Oracle Corp | | | | | | | | | |
| 60. -Pfizer Inc | | | | | Sold (part) | 09/24/09 | | | |
| 61. -Phillip Morris | | | | | | | | | |
| 62. -Southern Co | | | | | | | | | |
| 63. -3M Company | | | | | | | | | |
| 64. -Verizon | | | | | | | | | |
| 65. -Walgreen Co | | | | | | | | | |
| 66. -Wyeth (Merged into Pfizer) | | | | | Merged (with line 60) | 10/15/09 | | | |
| 67. -Zimmer Holdings Inc | | | | | | | | | |
| 68. -Vanguard Emerging Mkts Stk | | | | | Sold | 01/26/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. -Vanguard FTSE All World Ex US | | | | | | | | | |
| 70. Trust #2 (1/2 Income Int) | E | Div & Int | P1 | T | | | M | G | See Section VIII #1 |
| 71. -BNY Mellon Nat'l Muni MM Fund | · | | | | | | | | |
| 72. -Fleetwood PA Area School | | | | | | | | | |
| 73. -Phila PA Sch Muni Bd | | | | | | | | | |
| 74. -Abbott Laboratories | | | | | | | | | |
| 75. -Accenture Ltd | | | | | Sold (part) | 09/01/09 | | | |
| 76. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 77. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 78. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 79. -Alliance Data Sys Corp | | | | | Sold (part) | 09/01/09 | | | |
| 80. -Altria Group Inc | | | | | | | | | |
| 81. -Ameriprise Financial Inc | | | | | Buy | 01/26/09 | | | |
| 82. -Ameriprise Financial Inc | | | | | Sold (part) | 09/01/09 | | | |
| 83. -Amgen Inc | | | | | | | | | |
| 84. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 85. -Amgen Inc | | | | | Sold (part) | 09/01/09 | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000                              P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AOL Inc (Recd fr Time Warner spinoff) | | | | | | 12/11/09 | | | |
| 87. -Apache Corp | | | | | Sold (part) | 09/01/09 | | | |
| 88. -Apple Computer Inc | | | | | Buy | 06/10/09 | | | |
| 89. -Apple | | | | | Sold (part) | 09/01/09 | | | |
| 90. -Apple | | | | | Buy | 09/10/09 | | | |
| 91. -AT&T Inc | | | | | Sold (part) | 09/01/09 | | | |
| 92. -Autoliv Inc | | | | | Buy | 06/15/09 | | | |
| 93. -Autoliv Inc | | | | | Sold (part) | 09/01/09 | | | |
| 94. -Bank of America Corp | | | | | Sold (part) | 01/29/09 | | | |
| 95. -Bank of America Corp | | | | | Sold | 02/11/09 | | | |
| 96. -Bank of America Corp | | | | | Buy | 05/27/09 | | | |
| 97. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 98. -Bank of America Corp | | | | | Sold (part) | 09/01/09 | | | |
| 99. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 100. -Best Buy Inc | | | | | Sold (part) | 09/01/09 | | | |
| 101. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 102. -Blackrock Inc | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 104. -Broadcom Corp | | | | | Sold (part) | 09/01/09 | | | |
| 105. -Broadcom Corp | | | | | Sold | 11/06/09 | | | |
| 106. -Chicos Fas Inc | | | | | | | | | |
| 107. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 108. -Chubb Corp | | | | | Sold (part) | 09/01/09 | | | |
| 109. -Cigna Corp | | | | | Buy | 06/25/09 | | | |
| 110. -Cigna Corp | | | | | Sold (part) | 09/01/09 | | | |
| 111. -Cisco Systems Inc | | | | | Sold (part) | 02/26/09 | | | |
| 112. -Cisco Systems Inc | | | | | Sold (part) | 09/01/09 | | | |
| 113. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 114. -Coca Cola Co | | | | | Sold (part) | 09/01/09 | | | |
| 115. -Colgate Palmolive Co | | | | | Sold | 09/01/09 | | | |
| 116. -Companhia Vale Do Rio Doce (Name chg to Vale SA-Sp ADR) | | | | | | 05/26/09 | | | |
| 117. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 118. -Concophillips | | | | | Sold (part) | 09/01/09 | | | |
| 119. -Cummins Inc | | | | | Buy | 05/06/09 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Cummins Inc | | | | | Sold (part) | 09/01/09 | | | |
| 121. -CVS/Caremark Group | | | | | Sold (part) | 09/01/09 | | | |
| 122. -Danaher Corp | | | | | Sold (part) | 09/01/09 | | | |
| 123. -Darden Restaurants | | | | | | | | | |
| 124. -DuPont El De Nemours | | | | | Buy | 04/17/09 | | | |
| 125. -DuPont El De Nemours | | | | | Sold (part) | 09/01/09 | | | |
| 126. -EMC Corp | | | | | Buy | 07/21/09 | | | |
| 127. -EMC Corp | | | | | Buy | 08/03/09 | | | |
| 128. -EMC Corp | | | | | Sold (part) | 09/01/09 | | | |
| 129. -Emerson Electric Co | | | | | Sold | 03/20/09 | | | |
| 130. -Ensco Intl Inc | | | | | Sold | 01/05/09 | | | |
| 131. -Estee Lauder Cos Cl A | | | | | Sold | 03/06/09 | | | |
| 132. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 133. -Exelon Corp | | | | | Sold (part) | 09/01/09 | | | |
| 134. -Exxon Mobil Corp | | | | | Sold (part) | 09/01/09 | | | |
| 135. -Fedex Corp | | | | | Sold (part) | 09/01/09 | | | |
| 136. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. -First Horizon Natl Corp | | | | | Sold<br>(part) | 09/01/09 | | | |
| 138. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 139. -Franklin Res Inc | | | | | Sold<br>(part) | 09/01/09 | | | |
| 140. -GAP Inc | | | | | Sold<br>(part) | 01/26/09 | | | |
| 141. -GAP Inc | | | | | Sold | 02/09/09 | | | |
| 142. -General Electric Co | | | | | Sold<br>(part) | 09/01/09 | | | |
| 143. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 144. -Gilead Sciences Inc | | | | | Sold<br>(part) | 09/01/09 | | | |
| 145. -Gilead Sciences Inc | | | | | Sold | 12/07/09 | | | |
| 146. -Goldman Sachs Group Inc | | | | | Sold | 03/13/09 | | | |
| 147. -Google Inc | | | | | Buy | 06/10/09 | | | |
| 148. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 149. -Google Inc | | | | | Sold<br>(part) | 09/01/09 | | | |
| 150. -Halliburton Co | | | | | Sold<br>(part) | 09/01/09 | | | |
| 151. -Hess Corp | | | | | | | | | |
| 152. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 153. -Hess Corp | | | | | Buy | 03/20/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. -Hess Corp | | | | | Sold<br>(part) | 09/01/09 | | | |
| 155. -Hewlett Packard Co | | | | | Buy | 08/26/09 | | | |
| 156. -Hewlett Packard Co | | | | | Sold<br>(part) | 09/01/09 | | | |
| 157. -Hewlett Packard Co | | | | | Buy | 09/10/09 | | | |
| 158. -Home Depot Inc | | | | | Sold<br>(part) | 09/01/09 | | | |
| 159. -Home Depot Inc | | | | | Buy | 09/16/09 | | | |
| 160. -Honeywell Int'l Inc | | | | | Sold<br>(part) | 09/01/09 | | | |
| 161. -Hospira Inc | | | | | Sold<br>(part) | 09/01/09 | | | |
| 162. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | |
| 163. -IBM | | | | | Sold<br>(part) | 08/26/09 | | | |
| 164. -IBM | | | | | Sold<br>(part) | 09/01/09 | | | |
| 165. -Intel Corp | | | | | | | | | |
| 166. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 167. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 168. -Juniper Networks Inc | | | | | | | | | |
| 169. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 170. -Juniper Networks Inc | | | | | Sold<br>(part) | 06/10/09 | | | |

| 1. Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Juniper Networks Inc | | | | | Sold (part) | 09/01/09 | | | |
| 172. -JP Morgan Chase & Co | | | | | | | | | |
| 173. -JP Morgan Chase & Co | | | | | Buy | 02/09/09 | | | |
| 174. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 175. -JP Morgan Chase & Co | | | | | Sold (part) | 09/01/09 | | | |
| 176. -Kbr Inc | | | | | Sold (part) | 09/01/09 | | | |
| 177. -Keycorp New | | | | | | | | | |
| 178. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 179. -Limited Brands Inc | | | | | Buy | 10/09/09 | | | |
| 180. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 181. -Lorillard Inc | | | | | Sold (part) | 09/01/09 | | | |
| 182. -Lorillard Inc | | | | | Sold | 10/09/09 | | | |
| 183. -McAfee Inc | | | | | Sold | 08/04/09 | | | |
| 184. -McDonalds Corp | | | | | Sold (part) | 03/20/09 | | | |
| 185. -McKesson Corp | | | | | Buy | 02/09/09 | | | |
| 186. -McKesson Corp | | | | | Sold (part) | 09/01/09 | | | |
| 187. -McKesson Corp | | | | | Buy | 10/13/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Medtronic Inc | | | | | Sold (part) | 09/01/09 | | | |
| 189. -Merck & Co Inc | | | | | Buy | 03/18/09 | | | |
| 190. -Merck & Co Inc | | | | | Sold (part) | 09/01/09 | | | |
| 191. -Microsoft Corp | | | | | Sold (part) | 09/01/09 | | | |
| 192. -Molson Coors Brewing Co | | | | | Sold | 03/18/09 | | | |
| 193. -Morgan Stanley | | | | | Buy | 05/13/09 | | | |
| 194. -Morgan Stanley | | | | | Sold (part) | 09/01/09 | | | |
| 195. -Mosiac Co | | | | | Sold | 04/17/09 | | | |
| 196. -National Oilwell Varco Inc | | | | | Buy | 01/05/09 | | | |
| 197. -National Oilwell Varco Inc | | | | | Sold | 04/29/09 | | | |
| 198. -News Corp Inc | | | | | Sold (part) | 09/01/09 | | | |
| 199. -Nokia Corp Spon ADR | | | | | Sold | 07/21/09 | | | |
| 200. -Norfolk Southern Corp | | | | | Buy | 11/09/09 | | | |
| 201. -Northern Trust Corp | | | | | Buy | 01/26/09 | | | |
| 202. -Northern Trust Corp | | | | | Buy | 02/09/09 | | | |
| 203. -Novartis AG Spon ADR | | | | | Sold | 04/30/09 | | | |
| 204. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Occidental Petro Corp | | | | | Sold (part) | 09/01/09 | | | |
| 206. -Omnicom Group Inc | | | | | Sold (part) | 09/01/09 | | | |
| 207. -Oracle Corp | | | | | Sold (part) | 09/01/09 | | | |
| 208. -Parker Hannifin Corp | | | | | Sold (part) | 09/01/09 | | | |
| 209. -Pepsico Inc | | | | | Sold (part) | 09/01/09 | | | |
| 210. -Phillip Morris | | | | | Sold (part) | 09/01/09 | | | |
| 211. -Pfizer Inc | | | | | | | | | |
| 212. -Pfizer Inc | | | | | Buy | 07/13/09 | | | |
| 213. -Pfizer Inc | | | | | Sold (part) | 09/01/09 | | | |
| 214. -PNC Finl Svcs Group | | | | | Sold | 02/09/09 | | | |
| 215. -Praxir Inc | | | | | Buy | 01/02/09 | | | |
| 216. -Praxir Inc | | | | | Sold (part) | 03/13/09 | | | |
| 217. -Praxir Inc | | | | | Sold (part) | 09/01/09 | | | |
| 218. -Procter & Gamble Co | | | | | Sold (part) | 09/01/09 | | | |
| 219. -Qualcomm Inc | | | | | Sold (part) | 08/26/09 | | | |
| 220. -Qualcomm Inc | | | | | Sold | 09/01/09 | | | |
| 221. -Raytheon Co | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  -Research in Motion | | | | | | | | | |
| 223.  -Ross Stores Inc | | | | | Sold (part) | 06/30/09 | | | |
| 224.  -Ross Stores Inc | | | | | Sold | 07/01/09 | | | |
| 225.  -Schwab Charles Corp | | | | | Sold (part) | 09/01/09 | | | |
| 226.  -Schering Plough Co | | | | | Sold (part) | 09/01/09 | | | |
| 227.  -Schering Plough Co (Merged into Merck) | | | | | | 11/05/09 | | | |
| 228.  -Sempra Energy | | | | | Sold (part) | 09/01/09 | | | |
| 229.  -Starbucks Corp | | | | | | | | | |
| 230.  -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 231.  -St Jude Medical Inc | | | | | Sold (part) | 09/01/09 | | | |
| 232.  -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 233.  -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 234.  -State Street Corp | | | | | Sold (part) | 09/01/09 | | | |
| 235.  -State Street Corp | | | | | Sold | 12/16/09 | | | |
| 236.  -Taiwan Semiconductor Mfg Co ADR | | | | | Buy | 03/06/09 | | | |
| 237.  -Taiwan Semiconductor Mfg Co ADR | | | | | Sold (part) | 09/01/09 | | | |
| 238.  -Target Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. -Target Corp | | | | | Buy | 06/30/09 | | | |
| 240. -Target Corp | | | | | Sold (part) | 09/01/09 | | | |
| 241. -Textron Inc | | | | | Sold (part) | 09/01/09 | | | |
| 242. -Textron Inc | | | | | Buy | 09/10/09 | | | |
| 243. -ThermoFisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 244. -ThermoFisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 245. -ThermoFisher Scientific Inc | | | | | Sold (part) | 09/01/09 | | | |
| 246. -ThermoFisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 247. -Time Warner Inc (Spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 248. -Time Warner Inc | | | | | Sold (part) | 09/01/09 | | | |
| 249. -Time Warner Inc (Spinoff of AOL) | | | | | | 12/11/09 | | | |
| 250. -Time Warner Cable Inc (Recd fr Time Warner spinoff) | | | | | Spinoff (from line 247) | 04/02/09 | | | |
| 251. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 252. -Tyco Intl Ltd | | | | | | | | | |
| 253. -Tyco Intl Ltd | | | | | Buy | 03/19/09 | | | |
| 254. -Tyco Intl Ltd | | | | | Sold (part) | 09/01/09 | | | |
| 255. -Unilever PIC ADR | | | | | Buy | 12/17/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -U S Bancorp Del | | | | | Sold (part) | 01/26/09 | | | |
| 257. -Vale SA-Sp ADR (Recd fr Companhia Vale name change) | | | | | Spinoff (from line 116) | 05/26/09 | | | |
| 258. -Vale SA-Sp ADR | | | | | Sold (part) | 09/01/09 | | | |
| 259. -Vertex Pharmacutals | | | | | | | | | |
| 260. -Vertex Pharmacutals | | | | | Buy | 03/11/09 | | | |
| 261. -Vertex Pharmacutals | | | | | Sold (part) | 09/01/09 | | | |
| 262. -Viacom Inc | | | | | | | | | |
| 263. -Visa Inc - Cl A | | | | | Buy | 01/30/09 | | | |
| 264. -Visa Inc - Cl A | | | | | Sold (part) | 09/01/09 | | | |
| 265. -Wal-Mart Stores Inc | | | | | Sold | 06/15/09 | | | |
| 266. -Wells Fargo & Co | | | | | Sold (part) | 01/26/09 | | | |
| 267. -Wells Fargo & Co New | | | | | Sold (part) | 09/01/09 | | | |
| 268. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 269. -Wyeth | | | | | | | | | |
| 270. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 271. -Wyeth | | | | | Sold | 07/13/09 | | | |
| 272. -XTO Energy Inc | | | | | Sold (part) | 09/01/09 | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Dreyfus/Newton Intl Equity (rec fr BNY Mellon name chg) | | | | | Open | 01/02/09 | | | |
| 274. -Dreyfus/Newton Intl Equity-I | | | | | Sold (part) | 09/01/09 | | | |
| 275. -Dreyfus Prem Strat Glbl ST-I | | | | | Buy | 01/02/09 | | | |
| 276. -Dreyfus Prem Strat Glbl ST-I | | | | | Sold (part) | 09/01/09 | | | |
| 277. -Ishares MSCI Emerging Mkts Index Fd | | | | | Buy | 01/05/09 | | | |
| 278. -Ishares MSCI Emerging Mkts Index Fd | | | | | Sold | 02/05/09 | | | |
| 279. -Ishares S&P GSCI Commodity-Ind | | | | | Buy | 09/03/09 | | | |
| 280. -Strategic Global Stk Fund | | | | | Buy | 01/02/09 | | | |
| 281. -Strategic Global Stk Fund | | | | | Sold (part) | 09/01/09 | | | |
| 282. -Bny/Ivy M-S Hedge Fd | | | | | | | | | |
| 283. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 284. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 02/05/09 | | | |
| 285. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 09/01/09 | | | |
| 286. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 09/01/09 | | | |
| 287. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | | | | | |
| 288. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | Buy | 03/30/09 | | | |
| 289. -BNY Mellon Mid-Cap Stock Fund Cl M | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | | | | | |
| 291. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy | 09/01/09 | | | |
| 292. -BNY Mellon Natl S/T Muni Bd Fd Cl M | | | | | Buy | 09/01/09 | | | |
| 293. -BNY Mellon Newton Intl (name chg to Dreyfus/Newton) | | | | | | 01/02/09 | | | |
| 294. -BNY Mellon Optima L/S Strategy Fd | | | | | | | | | |
| 295. -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 296. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Buy | 03/30/09 | | | |
| 297. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold (part) | 09/01/09 | | | |
| 298. -BNY Mellon US Core Equity | | | | | Sold (part) | 09/01/09 | | | |
| 299. Trust #3 (1/6 Income Int) | D | Div & Int | P1 | T | | | L | G | See Section VIII #1 |
| 300. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 301. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 302. -Accenture Ltd | | | | | Sold (part) | 09/01/09 | | | |
| 303. -Accenture Ltd (Exch for Accenture PLC | | | | | | 09/03/09 | | | |
| 304. -Accenture PLC (Rec fr Accenture Ltd) | | | | | | 09/03/09 | | | |
| 305. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 306. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income. assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 308. -Alliance Data Systems Corp | | | | | Sold (part) | 09/01/09 | | | |
| 309. -Ameriprises Fin'l Inc | | | | | Buy | 01/26/09 | | | |
| 310. -Ameriprises Fin'l Inc | | | | | Sold (part) | 09/01/09 | | | |
| 311. -Amgen Inc | | | | | | | | | |
| 312. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 313. -Amgen Inc | | | | | Sold (part) | 09/01/09 | | | |
| 314. -AOL Inc (Recd fr TimeWarner spinoff) | | | | | Spinoff (from line 481) | 12/11/09 | | | |
| 315. -Apache Corp | | | | | Sold (part) | 09/01/09 | | | |
| 316. -Apple Inc | | | | | | | | | |
| 317. -Apple Inc | | | | | Buy | 06/10/09 | | | |
| 318. -Apple Inc | | | | | Sold (part) | 09/01/09 | | | |
| 319. -AT&T Inc | | | | | Sold (part) | 09/01/09 | | | |
| 320. -Autoliv Inc | | | | | Buy | 06/15/09 | | | |
| 321. -Autoliv Inc | | | | | Sold (part) | 09/01/09 | | | |
| 322. -Bank of America Corp | | | | | Sold (part) | 01/29/09 | | | |
| 323. -Bank of America Corp | | | | | Sold | 02/11/09 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Bank of America Corp | | | | | Buy | 05/06/09 | | | |
| 325. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 326. -Bank of America Corp | | | | | Sold (part) | 09/01/09 | | | |
| 327. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 328. -Best Buy Inc | | | | | Sold | 09/01/09 | | | |
| 329. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 330. -Blackrock Inc | | | | | Sold (part) | 09/01/09 | | | |
| 331. -Broadcom Corp Cl A | | | | | Buy | 02/26/09 | | | |
| 332. -Broadcom Corp Cl A | | | | | Sold (part) | 09/01/09 | | | |
| 333. -Broadcom Corp Cl A | | | | | Sold | 11/06/09 | | | |
| 334. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 335. -Chubb Corp | | | | | Sold (part) | 09/01/09 | | | |
| 336. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 337. -Cigna Corp | | | | | Sold (part) | 09/01/09 | | | |
| 338. -Cisco Sys Inc | | | | | Sold (part) | 02/26/09 | | | |
| 339. -Cisco Sys Inc | | | | | Sold (part) | 09/01/09 | | | |
| 340. -Coca Cola Co | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 342. -Colgate Palmolivde Co | | | | | Sold | 09/01/09 | | | |
| 343. -Companhia Vale Do Rio Doce (Name chg to Vale SA-Sp ADR) | | | | | | 05/28/09 | | | |
| 344. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 345. -Concophillips | | | | | Sold (part) | 09/01/09 | | | |
| 346. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 347. -Cummins Inc | | | | | Sold (part) | 09/01/09 | | | |
| 348. -CVS/Caremark Corp | | | | | Sold (part) | 09/01/09 | | | |
| 349. -Darden Restaurants Inc | | | | | Sold | 05/27/09 | | | |
| 350. -Danaher Corp | | | | | Sold (part) | 09/01/09 | | | |
| 351. -Directv Group Inc | | | | | | | | | |
| 352. -DuPont El De Nemours | | | | | Buy | 04/17/09 | | | |
| 353. -DuPont El De Nemours | | | | | Sold (part) | 09/01/09 | | | |
| 354. -EMC Corp Mass | | | | | Buy | 07/21/09 | | | |
| 355. -EMC Corp Mass | | | | | Buy | 08/03/09 | | | |
| 356. -EMC Corp Mass | | | | | Sold (part) | 09/01/09 | | | |
| 357. -Emerson Electric Co | | | | | Sold | 03/19/09 | | | |

1. Income Gain Codes.   A = $1,000 or less   B = $1,001 - $2,500   C = $2,501 - $5,000   D = $5,001 - $15,000   E = $15,001 - $50,000
(See Columns B1 and D4)   F = $50,001 - $100,000   G = $100,001 - $1,000,000   H1 = $1,000,001 - $5,000,000   H2 = More than $5,000,000
2. Value Codes   J = $15,000 or less   K = $15,001 - $50,000   L = $50,001 - $100,000   M = $100,001 - $250,000
(See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000   P1 = $1,000,001 - $5,000,000   P2 = $5,000,001 - $25,000,000
  P3 = $25,000,001 - $50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -Ensco Intl Inc | | | | | Sold | 01/05/09 | | | |
| 359. -Estee Lauder Cos Cl A | | | | | Sold | 03/09/09 | | | |
| 360. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 361. -Exelon Corp | | | | | Sold (part) | 09/01/09 | | | |
| 362. -Exxon Mobil Corp | | | | | Sold (part) | 09/01/09 | | | |
| 363. -Fedex Corp | | | | | Sold (part) | 09/01/09 | | | |
| 364. -Fifth Third Corp | | | | | Sold | 01/29/09 | | | |
| 365. -First Horizon Natl Corp | | | | | Sold (part) | 09/01/09 | | | |
| 366. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 367. -Franklin Res Inc | | | | | Sold (part) | 09/01/09 | | | |
| 368. -GAP Inc | | | | | Sold (part) | 01/26/09 | | | |
| 369. -GAP Inc | | | | | Sold | 02/09/09 | | | |
| 370. -General Electric Co | | | | | Sold (part) | 09/01/09 | | | |
| 371. -Gilead Sciences Inc | | | | | Sold (part) | 09/01/09 | | | |
| 372. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 373. -Gilead Sciences Inc | | | | | Sold | 12/07/09 | | | |
| 374. -Goldman Sachs Group Inc | | | | | Sold | 03/13/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Google Inc | | | | | Buy | 06/10/09 | | | |
| 376. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 377. -Google Inc | | | | | Sold (part) | 09/01/09 | | | |
| 378. -Halliburton Co | | | | | | | | | |
| 379. -Halliburton Co | | | | | Buy | 01/02/09 | | | |
| 380. -Halliburton Co | | | | | Sold (part) | 09/01/09 | | | |
| 381. -Hess Corp | | | | | | | | | |
| 382. -Hess Corp | | | | | Buy | 01/26/09 | | | |
| 383. -Hess Corp | | | | | Buy | 03/30/09 | | | |
| 384. -Hess Corp | | | | | Sold (part) | 09/01/09 | | | |
| 385. -Hewlett Packard Co | | | | | Buy | 08/26/09 | | | |
| 386. -Hewlett Packard Co | | | | | Sold (part) | 09/01/09 | | | |
| 387. -Hewlett Packard Co | | | | | Buy | 09/10/09 | | | |
| 388. -Home Depot Inc | | | | | Sold (part) | 09/01/09 | | | |
| 389. -Home Depot Inc | | | | | Buy | 09/16/09 | | | |
| 390. -Honeywell Int'l Inc | | | | | Sold (part) | 09/01/09 | | | |
| 391. -Hospira Inc | | | | | Sold (part) | 09/01/09 | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. -IBM | | | | | Sold (part) | 08/26/09 | | | |
| 393. -IBM | | | | | Sold (part) | 09/01/09 | | | |
| 394. -Intel Corp | | | | | | | | | |
| 395. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 396. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 397. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 398. -Juniper Networks Inc | | | | | | | | | |
| 399. -Juniper Neworks Inc | | | | | Buy | 02/26/09 | | | |
| 400. -Juniper Neworks Inc | | | | | Sold (part) | 06/02/09 | | | |
| 401. -Juniper Neworks Inc | | | | | Sold (part) | 09/01/09 | | | |
| 402. -JP Morgan Chase & Co | | | | | | | | | |
| 403. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 404. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 405. -JP Morgan Chase & Co | | | | | Sold (part) | 09/01/09 | | | |
| 406. -Kbr Inc | | | | | Sold (part) | 09/01/09 | | | |
| 407. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 408. -Laboratory Corp Amer Hldgs | | | | | Sold | 10/09/09 | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 410. -Lorillard Inc | | | | | Sold (part) | 09/01/09 | | | |
| 411. -Lorillard Inc | | | | | Sold | 10/09/09 | | | |
| 412. -Limited Brands Inc | | | | | Buy | 10/08/09 | | | |
| 413. -McAfee | | | | | Sold | 08/03/09 | | | |
| 414. -McDonalds Corp | | | | | Sold (part) | 03/20/09 | | | |
| 415. -McDonalds Corp | | | | | Sold | 05/12/09 | | | |
| 416. -McKesson Corp | | | | | Buy | 02/09/09 | | | |
| 417. -McKesson Corp | | | | | Sold (part) | 09/01/09 | | | |
| 418. -McKesson Corp | | | | | Buy | 10/13/09 | | | |
| 419. -Medtronic Inc | | | | | Sold (part) | 09/01/09 | | | |
| 420. -Merck & Co Inc | | | | | | | | | |
| 421. -Merck & Co Inc | | | | | Buy | 03/18/09 | | | |
| 422. -Merck & Co Inc | | | | | Sold (part) | 09/01/09 | | | |
| 423. -Merck & Co Inc (Merged w Schering Plough) | | | | | | 11/15/09 | | | |
| 424. -Microsoft Corp | | | | | Sold (part) | 09/01/09 | | | |
| 425. -Molson Coors Brewing Co Cl B | | | | | Sold | 03/18/09 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 427. -Morgan Stanley | | | | | Sold (part) | 09/01/09 | | | |
| 428. -Mosiac Co | | | | | Sold | 04/17/09 | | | |
| 429. -National Oilwell Varco Inc | | | | | Buy | 01/05/09 | | | |
| 430. -National Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |
| 431. -News Corp Inc | | | | | Sold (part) | 09/01/09 | | | |
| 432. -Nokia Corp Spon Adr | | | | | Sold | 07/21/09 | | | |
| 433. -Norfolk Southern Corp | | | | | Buy | 11/06/09 | | | |
| 434. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 435. -Northern Tr Corp | | | | | Buy | 02/09/09 | | | |
| 436. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 437. -Novartis Ag Spon Adr | | | | | Sold | 04/29/09 | | | |
| 438. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |
| 439. -Occidental Petro Corp | | | | | Sold (part) | 09/01/09 | | | |
| 440. -Omnicom Group Inc | | | | | Buy | 01/02/09 | | | |
| 441. -Omnicom Group Inc | | | | | Sold (part) | 09/01/09 | | | |
| 442. -Oracle Corp | | | | | Sold (part) | 09/01/09 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -Parker Hannifin Corp | | | | | Sold (part) | 09/01/09 | | | |
| 444. -Pepsico Inc | | | | | Sold (part) | 09/01/09 | | | |
| 445. -Pfizer Inc | | | | | | | | | |
| 446. -Pfizer Inc | | | | | Buy | 07/10/09 | | | |
| 447. -Pfizer Inc | | | | | Sold (part) | 09/01/09 | | | |
| 448. -Phillilp Morris | | | | | Sold (part) | 09/01/09 | | | |
| 449. -PNC Financial Svs Group | | | | | Sold | 02/09/09 | | | |
| 450. -Praxir Inc | | | | | Sold (part) | 03/13/09 | | | |
| 451. -Praxir Inc | | | | | Sold (part) | 09/01/09 | | | |
| 452. -Procter & Gamble Co | | | | | Sold (part) | 09/01/09 | | | |
| 453. -Qualcomm Inc | | | | | Sold (part) | 08/26/09 | | | |
| 454. -Qualcomm Inc | | | | | Sold | 09/01/09 | | | |
| 455. -Raytheon Co | | | | | Sold (part) | 09/01/09 | | | |
| 456. -Ross Stores | | | | | Sold (part) | 06/30/09 | | | |
| 457. -Ross Stores | | | | | Sold | 07/01/09 | | | |
| 458. -Schering Plough Corp | | | | | Sold (part) | 09/01/09 | | | |
| 459. -Schering Plough Corp (Merged into Merck & Co) | | | | | Merged (with line 423) | 11/05/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460.  -Schwab Charles Corp New | | | | | Sold (part) | 09/01/09 | | | |
| 461.  -Sempra Energy | | | | | Sold (part) | 09/01/09 | | | |
| 462.  -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 463.  -State Street Corp | | | | | Sold (part) | 09/01/09 | | | |
| 464.  -State Street Corp | | | | | Sold | 12/16/09 | | | |
| 465.  -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 466.  -St Jude Medical Inc | | | | | Sold (part) | 09/01/09 | | | |
| 467.  -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 468.  -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 469.  -Taiwan Semiconductor Mfg Co | | | | | Sold (part) | 09/01/09 | | | |
| 470.  -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/16/09 | | | |
| 471.  -Target Corp | | | | | Buy | 06/15/09 | | | |
| 472.  -Target Corp | | | | | Sold (part) | 09/01/09 | | | |
| 473.  -Textron Inc | | | | | Sold (part) | 09/01/09 | | | |
| 474.  -Textron Inc | | | | | Buy | 09/08/09 | | | |
| 475.  -ThermoFisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 476.  -ThermoFisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R –Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -ThermoFisher Scientific Inc | | | | | Sold (part) | 09/01/09 | | | |
| 478. -ThermoFisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 479. -Time Warner Inc (spinoff Time Warner Cable) | | | | | | 04/02/09 | | | |
| 480. -Time Warner Inc | | | | | Sold (part) | 09/01/09 | | | |
| 481. -Time Warner Inc (spinoff of AOL) | | | | | | 12/11/09 | | | |
| 482. -Time Warner Cable Inc (recd fr Time Warner spinoff) | | | | | Spinoff (from line 479) | 04/02/09 | | | |
| 483. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 484. -Tyco Intl Ltd - W/I | | | | | | | | | |
| 485. -Tyco Intl Ltd - W/I | | | | | Buy | 03/19/09 | | | |
| 486. -Tyco Intl Ltd - W/I | | | | | Sold (part) | 09/01/09 | | | |
| 487. -Unilever PLC ADR | | | | | Buy | 12/17/09 | | | |
| 488. -US Bancorp Del | | | | | Sold | 01/26/09 | | | |
| 489. -Vale SA-Sp ADR (name chg fr Companhia Vale Do Rio Doce) | | | | | | 05/28/09 | | | |
| 490. -Vale SA-Sp ADR | | | | | Sold (part) | 09/01/09 | | | |
| 491. -Veretex Pharmaceuticals Inc | | | | | | | | | |
| 492. -Veretex Pharmaceuticals Inc | | | | | Buy | 03/11/09 | | | |
| 493. -Veretex Pharmaceuticals Inc | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | |
| 495. -Visa Inc Cl A | | | | | Sold (part) | 09/01/09 | | | |
| 496. -Wal-Mart Stores Inc | | | | | Sold (part) | 05/12/09 | | | |
| 497. -Wal-Mart Stores Inc | | | | | Sold | 06/15/09 | | | |
| 498. -Wells Fargo & Co New | | | | | Sold (part) | 01/26/09 | | | |
| 499. -Wells Fargo & Co | | | | | Sold (part) | 09/01/09 | | | |
| 500. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 501. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 502. -Wyeth | | | | | Sold | 07/10/09 | | | |
| 503. -XTO Energy Inc | | | | | Sold (part) | 09/01/09 | | | |
| 504. -Dreyfus Mid Cap Index Fd | | | | | Bot | 03/27/09 | | | |
| 505. -Dreyfus Mid Cap Index Fd | | | | | Sold (part) | 08/28/09 | | | |
| 506. -Dreyfus/Newton Intern Equity-I | | | | | Buy | 08/31/09 | | | |
| 507. -Dreyfus Prem Strat Glbl St-I | | | | | Buy | 08/31/09 | | | |
| 508. -Dreyfus Prem Strat Glbl St-I (name chg to Strategic Glbl) | | | | | | 08/31/09 | | | |
| 509. -Dreyfus Pr Gl Real Estate Fund | | | | | Buy | 01/02/09 | | | |
| 510. -Dreyfus Pr Gl Real Estate Fund | | | | | Sold | 08/28/09 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. -Ishares S&P GSCI Commodity-Ind | | | | | Buy | 09/03/09 | | | |
| 512. -Ivy Multi-Strategy Hedge Fund | | | | | Buy | 01/02/09 | | | |
| 513. -Strategic Global Stock Fund (rec fr Dreyfus Strat name chg) | | | | | | 08/31/09 | | | |
| 514. -BNY Hamilton Glbl Real Estate | | | | | | | | | |
| 515. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 08/31/09 | | | |
| 516. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 08/28/09 | | | |
| 517. BNY Mellon Mid Cap Stock Fd Cl M | | | | | Buy | 03/30/09 | | | |
| 518. -BNY Multi-Strategy Hedge FD | | | | | | | | | |
| 519. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy | 09/01/09 | | | |
| 520. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Buy | 09/01/09 | | | |
| 521. -BNY Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 522. -BNY Mellon Small Cap Stock Fund Cl M | | | | | Buy | 03/30/09 | | | |
| 523. -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 08/28/09 | | | |
| 524. -BNY Mellon US Equity Core | | | | | Sold (part) | 08/28/09 | | | |
| 525. Trust #4 (1/6 Income Int) | E | Div & Int | P2 | T | | | O | G | See Section VIII #1 |
| 526. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 527. -AT&T Inc | | | | | Sold (part) | 08/25/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. -AT&T Inc | | | | | Sold (part) | 09/01/09 | | | |
| 529. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 530. -Accenture Ltd | | | | | Sold (part) | 09/01/09 | | | |
| 531. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 532. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 533. -Aetna Inc | | | | | Sold (part) | 06/18/09 | | | |
| 534. -Alliance Data Sys Grp | | | | | Sold (part) | 08/25/09 | | | |
| 535. -Alliance Data Sys Grp | | | | | Sold (part) | 09/01/09 | | | |
| 536. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 537. -Amerprise Finl Inc | | | | | Sold (part) | 09/01/09 | | | |
| 538. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 539. -Amgen Inc | | | | | Sold (part) | 08/25/09 | | | |
| 540. -Amgen Inc | | | | | Sold (part) | 09/01/09 | | | |
| 541. -AOL Inc (recd fr Time Warner spinoff) | | | | | Spinoff (from line 749) | 12/11/09 | | | |
| 542. -Apache Corp | | | | | Sold (part) | 09/01/09 | | | |
| 543. -Apple Computer Inc | | | | | Sold | 04/29/09 | | | |
| 544. -Apple Inc | | | | | Buy | 06/10/09 | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 = More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,000 - $250,000
N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. -Apple Inc | | | | | Sold (part) | 09/01/09 | | | |
| 546. -Apple Inc | | | | | Buy | 09/10/09 | | | |
| 547. -Autoliv Inc | | | | | Buy | 06/03/09 | | | |
| 548. -Autoliv Inc | | | | | Sold (part) | 09/01/09 | | | |
| 549. -Bank of America Corp | | | | | Sold (part) | 01/26/09 | | | |
| 550. -Bank of America Corp | | | | | Sold | 02/11/09 | | | |
| 551. -Bank of America Corp | | | | | Buy | 05/12/09 | | | |
| 552. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 553. -Bank of America Corp | | | | | Sold (part) | 08/25/09 | | | |
| 554. -Bank of America Corp | | | | | Sold (part) | 09/01/09 | | | |
| 555. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 556. -Best Buy Inc | | | | | Sold (part) | 08/25/09 | | | |
| 557. -Best Buy Inc | | | | | Sold | 09/16/09 | | | |
| 558. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 559. -Blackrock Inc | | | | | Sold (part) | 08/25/09 | | | |
| 560. -Blackrock Inc | | | | | Sold (part) | 09/01/09 | | | |
| 561. -Broadcom Corp Cl A | | | | | Buy | 01/26/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 | |
| | PJ =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. -Broadcom Corp Cl A | | | | | Sold (part) | 08/25/09 | | | |
| 563. -Broadcom Corp Cl A | | | | | Sold (part) | 09/01/09 | | | |
| 564. -Broadcom Corp Cl A | | | | | Sold | 11/06/09 | | | |
| 565. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 566. -Chubb Corp | | | | | Sold (part) | 08/25/09 | | | |
| 567. -Chubb Corp | | | | | Sold (part) | 09/01/09 | | | |
| 568. -Cigna Corp | | | | | Buy | 06/25/09 | | | |
| 569. -Cigna Corp | | | | | Sold (part) | 08/25/09 | | | |
| 570. -Cigna Corp | | | | | Sold (part) | 09/01/09 | | | |
| 571. -Cisco Sys Inc | | | | | Sold (part) | 02/26/09 | | | |
| 572. -Cisco Sys Inc | | | | | Sold (part) | 08/25/09 | | | |
| 573. -Cisco Sys Inc | | | | | Sold (part) | 09/01/09 | | | |
| 574. -Coca Cola Co | | | | | Sold (part) | 08/25/09 | | | |
| 575. -Coca Cola Co | | | | | Sold (part) | 09/01/09 | | | |
| 576. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 577. -Colgate Palmolive Inc | | | | | Sold (part) | 08/25/09 | | | |
| 578. -Colgate Palmolive Inc | | | | | Sold | 09/01/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. -Companhia Vale Do Rio Doce (nane chg to Vale SA-Sp ADR) | | | | | | 05/28/09 | | | |
| 580. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 581. -Concophillips | | | | | Sold (part) | 09/01/09 | | | |
| 582. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 583. -Cummins Inc | | | | | Sold (part) | 09/01/09 | | | |
| 584. -CVS/Caremark Corp | | | | | Sold (part) | 08/25/09 | | | |
| 585. -CVS/Caremark Corp | | | | | Sold (part) | 09/01/09 | | | |
| 586. -Danaher Corp | | | | | Sold (part) | 09/01/09 | | | |
| 587. -Darden Restaurants Inc | | | | | Sold | 05/27/09 | | | |
| 588. -Du Pont El De Numours | | | | | Buy | 04/17/09 | | | |
| 589. -Du Pont El De Numours | | | | | Sold (part) | 08/25/09 | | | |
| 590. -Du Pont El De Numours | | | | | Sold (part) | 09/01/09 | | | |
| 591. -EMC Corp Mass | | | | | Buy | 07/22/09 | | | |
| 592. -EMC Corp Mass | | | | | Buy | 08/04/09 | | | |
| 593. -EMC Corp Mass | | | | | Sold (part) | 09/01/09 | | | |
| 594. -Emerson El Co | | | | | Sold (part) | 01/02/09 | | | |
| 595. -Emerson El Co | | | | | Sold | 03/19/09 | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596.   -Ensco Intl Inc | | | | | Sold | 01/05/09 | | | |
| 597.   -Estee Lauder Cos Cl A | | | | | Sold | 03/06/09 | | | |
| 598.   -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 599.   -Exelon Corp | | | | | Sold (part) | 08/25/09 | | | |
| 600.   -Exelon Corp | | | | | Sold (part) | 09/01/09 | | | |
| 601.   -Exxon Mobil Corp | | | | | Sold (part) | 08/25/09 | | | |
| 602.   -Fedex Corp | | | | | Sold (part) | 09/01/09 | | | |
| 603.   -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 604.   -First Horizon Nat'l Corp | | | | | Sold (part) | 08/25/09 | | | |
| 605.   -First Horizon Nat'l Corp | | | | | Sold (part) | 09/01/09 | | | |
| 606.   -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 607.   -Franklin Res Inc | | | | | Sold (part) | 09/01/09 | | | |
| 608.   -Gap Inc | | | | | Sold (part) | 01/26/09 | | | |
| 609.   -Gap Inc | | | | | Sold | 02/09/09 | | | |
| 610.   -General Electric Co | | | | | Sold (part) | 08/25/09 | | | |
| 611.   -General Electric Co | | | | | Sold (part) | 09/01/09 | | | |
| 612.   -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  -Gilead Sciences Inc | | | | | Sold (part) | 09/01/09 | | | |
| 614.  -Gilead Sciences Inc | | | | | Sold | 12/07/09 | | | |
| 615.  -Goldman Sachs Group Inc | | | | | Sold | 03/13/09 | | | |
| 616.  -Google Inc | | | | | Buy | 06/10/09 | | | |
| 617.  -Google Inc | | | | | Buy | 08/25/09 | | | |
| 618.  -Google Inc | | | | | Sold (part) | 09/01/09 | | | |
| 619.  -Halliburton Co | | | | | Sold (part) | 08/25/09 | | | |
| 620.  -Halliburton Co | | | | | Sold (part) | 09/01/09 | | | |
| 621.  -Hess Corp | | | | | Buy | 01/26/09 | | | |
| 622.  -Hess Corp | | | | | Sold (part) | 08/25/09 | | | |
| 623.  -Hess Corp | | | | | Sold (part) | 09/01/09 | | | |
| 624.  -Hewlett Packard Co | | | | | Bot | 08/25/09 | | | |
| 625.  -Hewlett Packard Co | | | | | Sold (part) | 09/01/09 | | | |
| 626.  -Hewlett Packard Co | | | | | Buy | 09/09/09 | | | |
| 627.  -Home Depot Inc | | | | | Sold (part) | 08/25/09 | | | |
| 628.  -Home Depot Inc | | | | | Sold (part) | 09/01/09 | | | |
| 629.  -Home Depot Inc | | | | | Buy | 09/16/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. -Honeywell Int'l Inc | | | | | Sold (part) | 08/25/09 | | | |
| 631. -Honeywell Int'l Inc | | | | | Sold (part) | 09/01/09 | | | |
| 632. -Hospira Inc | | | | | Buy | 08/25/09 | | | |
| 633. -Hospira Inc | | | | | Sold (part) | 09/01/09 | | | |
| 634. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | |
| 635. -IBM | | | | | Buy | 01/02/09 | | | |
| 636. -IBM | | | | | Sold (part) | 08/25/09 | | | |
| 637. -IBM | | | | | Sold (part) | 09/01/09 | | | |
| 638. -Intel Corp | | | | | Buy | 03/20/09 | | | |
| 639. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 640. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 641. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 642. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 643. -JP Morgan Chase & Co | | | | | Sold (part) | 08/25/09 | | | |
| 644. -JP Morgan Chase & Co | | | | | Sold (part) | 09/01/09 | | | |
| 645. -Juniper Networks Inc | | | | | | | | | |
| 646. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 648. -Juniper Networks Inc | | | | | Sold (part) | 09/01/09 | | | |
| 649. -Kbr Inc | | | | | Sold (part) | 08/25/09 | | | |
| 650. -Kbr Inc | | | | | Sold (part) | 09/01/09 | | | |
| 651. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 652. -Kraft Foods Inc | | | | | | | | | |
| 653. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 654. -Limited Brands Inc | | | | | Buy | 10/18/09 | | | |
| 655. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 656. -Lorillard Inc | | | | | Sold (part) | 09/01/09 | | | |
| 657. -Lorillard Inc | | | | | Sold | 10/09/09 | | | |
| 658. -McAfee | | | | | Sold | 08/04/09 | | | |
| 659. -McDonalds Corp | | | | | Sold (part) | 03/20/09 | | | |
| 660. -McDonalds Corp | | | | | Sold | 05/12/09 | | | |
| 661. -McKesson Corp | | | | | Buy | 02/09/09 | | | |
| 662. -McKesson Corp | | | | | Sold (part) | 08/25/09 | | | |
| 663. -McKesson Corp | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664.  -McKesson Corp | | | | | Buy | 10/13/09 | | | |
| 665.  -Medtronic Inc | | | | | Sold (part) | 08/25/09 | | | |
| 666.  -Medtronic Inc | | | | | Sold (part) | 09/01/09 | | | |
| 667.  -Merck & Co | | | | | | | | | |
| 668.  -Merck & Co | | | | | Buy | 03/18/09 | | | |
| 669.  -Merck & Co | | | | | Sold (part) | 09/01/09 | | | |
| 670.  -Merck & Co (name chg Merck & Co Inc) | | | | | | 11/05/09 | | | |
| 671.  -Merck & Co Inc (rec fr Merck name chg) | | | | | | 11/05/09 | | | |
| 672.  -Merck & Co Inc (rec fr Schering Plough merger) | | | | | | 11/05/09 | | | |
| 673.  -Microsoft Corp | | | | | Sold (part) | 08/25/09 | | | |
| 674.  -Microsoft Corp | | | | | Sold (part) | 09/01/09 | | | |
| 675.  -Molson Coors Brewing Cl B | | | | | Sold | 03/18/09 | | | |
| 676.  -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 677.  -Morgan Stanley | | | | | Sold (part) | 08/25/09 | | | |
| 678.  -Morgan Stanley | | | | | Sold (part) | 09/01/09 | | | |
| 679.  -Mosaic Co | | | | | | | | | |
| 680.  -National Oilwell Varco Inc | | | | | Buy | 01/02/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | O =$500,001 - $1,000,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. -National Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |
| 682. -News Corp Inc | | | | | Sold (part) | 08/25/09 | | | |
| 683. -News Corp Inc | | | | | Sold (part) | 09/01/09 | | | |
| 684. -Nokia Corp Spon ADR | | | | | Sold | 07/21/09 | | | |
| 685. -Norfolk Southern Corp | | | | | Buy | 11/09/09 | | | |
| 686. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 687. -Northern Tr Corp | | | | | Buy | 02/09/09 | | | |
| 688. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 689. -Novartis AG Spon ADR | | | | | Sold | 04/30/09 | | | |
| 690. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |
| 691. -Occidental Petro Corp | | | | | Sold (part) | 09/01/09 | | | |
| 692. -Omnicom Corp | | | | | Sold (part) | 08/25/09 | | | |
| 693. -Omnicom Corp | | | | | Sold (part) | 09/01/09 | | | |
| 694. -Oracle Corp | | | | | Sold (part) | 08/25/09 | | | |
| 695. -Oracle Corp | | | | | Sold (part) | 09/01/09 | | | |
| 696. -Parker Hannifin Corp | | | | | Sold (part) | 08/25/09 | | | |
| 697. -Parker Hannifin Corp | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. -Pepsico Inc | | | | | Sold (part) | 08/25/09 | | | |
| 699. -Pepsico Inc | | | | | Sold (part) | 09/01/09 | | | |
| 700. -Pfizer Inc | | | | | | | | | |
| 701. -Pfizer Inc | | | | | Buy | 07/13/09 | | | |
| 702. -Pfizer Inc | | | | | Sold (part) | 08/25/09 | | | |
| 703. -Pfizer Inc | | | | | Sold (part) | 09/01/09 | | | |
| 704. -Phillip Morris | | | | | Sold (part) | 08/25/09 | | | |
| 705. -Phillip Morris | | | | | Sold (part) | 09/01/09 | | | |
| 706. -PNC Financial Svs Grp | | | | | Sold | 02/09/09 | | | |
| 707. -Praxair Inc | | | | | Sold (part) | 03/13/09 | | | |
| 708. -Praxair Inc | | | | | Sold (part) | 09/01/09 | | | |
| 709. -Procter & Gamble Co | | | | | Sold (part) | 08/25/09 | | | |
| 710. -Procter & Gamble Co | | | | | Sold (part) | 09/01/09 | | | |
| 711. -Qualcomm Inc | | | | | Sold (part) | 08/25/09 | | | |
| 712. -Qualcomm Inc | | | | | Sold | 09/01/09 | | | |
| 713. -Raytheon Corp | | | | | Sold (part) | 09/01/09 | | | |
| 714. -Ross Stores Inc | | | | | Sold (part) | 06/30/09 | | | |

1. Income Gain Codes. (See Columns B1 and D4)
A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)
J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)
Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. -Ross Stores Inc | | | | | Sold | 07/01/09 | | | |
| 716. -Schering Plough Corp | | | | | Sold (part) | 08/25/09 | | | |
| 717. -Schering Plough Corp | | | | | Sold (part) | 09/01/09 | | | |
| 718. -Schering Plough Corp (merged into Merck) | | | | | Merged (with line 672) | 11/05/09 | | | |
| 719. -Schwab Charles Grp New | | | | | Sold (part) | 08/25/09 | | | |
| 720. -Schwab Charles Grp New | | | | | Sold (part) | 09/01/09 | | | |
| 721. -Sempra Energy | | | | | Sold (part) | 08/25/09 | | | |
| 722. -Sempra Energy | | | | | Sold (part) | 09/01/09 | | | |
| 723. -State Street Corp | | | | | | | | | |
| 724. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 725. -State Street Corp | | | | | Sold (part) | 08/25/09 | | | |
| 726. -State Street Corp | | | | | Sold (part) | 09/01/09 | | | |
| 727. -State Street Corp | | | | | Sold | 12/16/09 | | | |
| 728. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 729. -St Jude Medical Inc | | | | | Sold (part) | 09/01/09 | | | |
| 730. -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 731. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. -Taiwan Semiconductor Mfg Co | | | | | Sold (part) | 08/25/09 | | | |
| 733. -Taiwan Semiconductor Mfg Co | | | | | Sold (part) | 09/01/09 | | | |
| 734. -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/06/09 | | | |
| 735. -Target Corp | | | | | Buy | 06/04/09 | | | |
| 736. -Target Corp | | | | | Sold (part) | 08/25/09 | | | |
| 737. -Target Corp | | | | | Sold (part) | 09/01/09 | | | |
| 738. -Textron Inc | | | | | Sold (part) | 08/25/09 | | | |
| 739. -Textron Inc | | | | | Sold (part) | 09/01/09 | | | |
| 740. -Textron Inc | | | | | Buy | 09/08/09 | | | |
| 741. -ThermoFisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 742. -ThermoFisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 743. -ThermoFisher Scientific Inc | | | | | Sold (part) | 09/01/09 | | | |
| 744. -ThermoFisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 745. -Time Warner Inc | | | | | Buy | 01/02/09 | | | |
| 746. -Time Warner Inc (spinoff of Time Warner Cable Inc) | | | | | | 04/02/09 | | | |
| 747. -Time Warner Inc | | | | | Sold (part) | 08/25/09 | | | |
| 748. -Time Warner Inc | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. -Time Warner Inc (spinoff of AOL) | | | | | | 12/11/09 | | | |
| 750. -Time Warner Cable Inc (rec fr Time Warner spinoff)) | | | | | | 04/02/09 | | | |
| 751. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 752. -TJX Cos Inc | | | | | | | | | |
| 753. -Tyco Int'l Ltd (merged into Tyco Intl W/I) | | | | | | 03/17/09 | | | |
| 754. -Tyco Int'l Ltd W/I (rec fr Tyco Intl Ltd merger) | | | | | | 03/17/09 | | | |
| 755. -Tyco Int'l Ltd W/I | | | | | Sold (part) | 08/25/09 | | | |
| 756. -Tyco Int'l Ltd W/I | | | | | Sold (part) | 09/01/09 | | | |
| 757. -Unilever PLC ADV | | | | | Buy | 12/16/09 | | | |
| 758. -US Bancorp Del | | | | | Sold | 01/26/09 | | | |
| 759. -Vale SA-Sp (rec fr Companhia Vale name chg) | | | | | | 05/28/09 | | | |
| 760. -Vale SA-Sp | | | | | Sold (part) | 08/25/09 | | | |
| 761. -Vale SA-Sp | | | | | Sold (part) | 09/01/09 | | | |
| 762. -Veretex Pharmaceuticals Inc | | | | | | | | | |
| 763. -Veretex Pharmaceuticals Inc | | | | | Buy | 03/11/09 | | | |
| 764. -Veretex Pharmaceuticals Inc | | | | | Buy | 08/25/09 | | | |
| 765. -Veretex Pharmaceuticals Inc | | | | | Sold (part) | 09/01/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William I.. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. -Visa Inc - Cl A | | | | | Buy | 01/26/09 | | | |
| 767. -Visa Inc - Cl A | | | | | Sold (part) | 08/25/09 | | | |
| 768. -Visa Inc - Cl A | | | | | Sold (part) | 09/01/09 | | | |
| 769. -Wal-Mart Stores | | | | | Sold (part) | 05/12/09 | | | |
| 770. -Wal-Mart Stores | | | | | Sold | 06/04/09 | | | |
| 771. -Wells Fargo & Co New | | | | | Sold (part) | 01/26/09 | | | |
| 772. -Wells Fargo & Co New | | | | | Sold (part) | 08/25/09 | | | |
| 773. -Wells Fargo & Co New | | | | | Sold (part) | 09/01/09 | | | |
| 774. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 775. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 776. -Wyeth | | | | | Sold | 07/13/09 | | | |
| 777. -Xto Energy Inc | | | | | Sold (part) | 08/25/09 | | | |
| 778. -Xto Energy Inc | | | | | Sold (part) | 09/01/09 | | | |
| 779. -BNY Hamilton Global Real Est-1 | | | | | | | | | |
| 780. -BNY Ivy Multi-Strategy Hedge Fd | | | | | | | | | |
| 781. -Dreyfus Basic S&P stk Index | | | | | | | | | |
| 782. -Dreyfus Mid Cap Index Fund | | | | | Buy | 03/27/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 783. -Dreyfus Mid Cap Index Fund | | | | | Sold (part) | 08/25/09 | | | |
| 784. -Dreyfus Prem Strat Glbl ST -1 | | | | | Buy | 01/02/09 | | | |
| 785. -Dreyfus Prem Strat Glbl ST -1 | | | | | Sold (part) | 08/25/09 | | | |
| 786. -Dreyfus Prem Strat Glbl ST-1 (name chg toStrategicGlbl Stk) | | | | | | 08/31/09 | | | |
| 787. -Ishares S&P GSCI Commodity Ind Trade | | | | | Buy | 09/03/09 | | | |
| 788. -Strategic Glbl Stk Fd (rec fr Dreyfus name chg) | | | | | | | | | |
| 789. -BNY Mellon Emerging Mkts Fund Cl M | | | | | | | | | |
| 790. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Buy | 08/28/09 | | | |
| 791. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 01/02/09 | | | |
| 792. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 08/25/09 | | | |
| 793. -BNY Mellon Mid Cap Stk | | | | | | | | | |
| 794. -BNY Mellon Natl Intern Muni Bd Fd Cl M | | | | | | | | | |
| 795. -BNY Mellon Natl Interm Muni Bd Fd Cl M | | | | | Buy | 09/01/09 | | | |
| 796. -BNY Mellon-Newton Intl Equity Trade | | | | | Buy | 01/02/09 | | | |
| 797. -BNY Mellon-Newton Intl Equity Trade | | | | | Sold (part) | 08/25/09 | | | |
| 798. -Mellon Optima L/S Strategy Fd LLC | | | | | | | | | |
| 799. -BNY Mellon Small Cap Stock Fund Cl M | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standisb, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Buy | 03/30/09 | | | |
| 801.  -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 08/25/09 | | | |
| 802.  -BNY Mellon US Core Equity | | | | | Sold (part) | 08/25/09 | | | |
| 803.  Custody Acct #1 (100% Interest) | | | | | | | | | |
| 804.  -Abbott Laboratories | E | Dividend | O | T | | | | | |
| 805.  -Agilent Tech Inc | | None | M | T | | | | | |
| 806.  -Altria Group Inc | | None | | | Sold | 01/02/09 | L | | |
| 807.  -American Express | C | Dividend | M | T | | | | | |
| 808.  -Automatic Data Processing | D | Dividend | M | T | | | | | |
| 809.  -BJW Inc (S Corp) Alexandria, V | | None | K | U | | | | | |
| 810.  -Bank of America | A | Dividend | L | T | | | | | |
| 811.  -Bank of America | | | | | Sold | 08/20/09 | L | | |
| 812.  -City Nat'l Corp | B | Dividend | K | T | | | | | |
| 813.  -City Nat'l Corp | | | | | Sold | 12/23/09 | L | | |
| 814.  -Emerson Electric Co | D | Dividend | M | T | | | | | |
| 815.  -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 816.  -Frontier Comm | E | Dividend | M | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 - $1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. -General Electric Co | E | Dividend | N | T | Donated (part) | 12/21/09 | | | |
| 818. -Great Plains Energy Inc | D | Dividend | M | T | | | | | |
| 819. -Great Plains Energy Inc | | | | T | Buy | 08/20/09 | K | | |
| 820. -H J Heinz Co | E | Dividend | M | T | | | | | |
| 821. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 822. -JP Morgan Chase | B | Dividend | M | T | | | | | |
| 823. -Merck & Co | E | Dividend | O | T | | | | | |
| 824. -Merck & Co | | | | | Sold (part) | 08/20/09 | L | | |
| 825. -Merck & Co | | | | | Donated (part) | 10/28/09 | L | | |
| 826. -Merck & Co (Name chg to Merck & Co Inc) | | None | | | | 11/05/09 | | | |
| 827. -Microsoft Corp | D | Dividend | O | T | | | | | |
| 828. -Microsoft Corp | | | | | Sold (part) | 08/20/09 | L | | |
| 829. -Monsanto Co | A | Dividend | M | T | Buy | 08/20/09 | M | | |
| 830. -Nestle S A | D | Dividend | M | T | | | | | |
| 831. -Oracle Corp | B | Dividend | N | T | | | | | |
| 832. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 833. -Pfizer Inc (rec fr Wyeth merger) | A | Dividend | L | T | | 10/23/09 | L | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 53 of 172

**Name of Person Reporting**

Standish, William L.

**Date of Report**

07/12/2010

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 834. -Philllip Morris | C | Dividend | L | T | | | | | |
| 835. -Procter & Gamble | D | Dividend | N | T | | | | | |
| 836. -RPM Int'l Inc | D | Dividend | M | T | | | | | |
| 837. -Schlumberger Ltd | D | Dividend | N | T | | | | | |
| 838. -Stryker Corp | B | Dividend | M | T | | | | | |
| 839. -3M Co | D | Dividend | M | T | | | | | |
| 840. -Vulcan Materials Co Com | C | Dividend | M | T | | | | | |
| 841. -Wyeth (merged into Pfizer Inc) | C | Dividend | | T | Merged<br>(with line 833) | 10/23/09 | M | G | |
| 842. -Allegiant PA MM Fd | A | Interest | O | T | Mon Mkt Inv | | | | |
| 843. -Lampeter-Strasburg PA 4.0-2009 | B | Interest | | | Matured | 04/01/09 | L | | |
| 844. -Monroe County PA | A | Interest | N | T | Buy | 09/22/09 | L | | |
| 845. -Nazareth PA School Dist 3.5-2010 | C | Interest | M | T | | | | | |
| 846. -New Hope Solebury PA Sch Dist 3.0-2009 | B | Interest | | | Matured | 05/15/09 | L | | |
| 847. -PA St 4.0-2011 | C | Interest | M | T | | | | | |
| 848. -York County, PA 3.35-2009 | B | Interest | | | Matured | 06/01/09 | L | | |
| 849. -Ltd Partnerships -- | | | | | | | | | |
| 850. -One Atlanta Assocs - Atlanta, GA Real ..Estate | C | Distribution | K | W | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000            P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. -J&S Realty Markham - Ontario Real Est | C | Distribution | K | W | | | | | |
| 852. Bank Accts -- | | | | | | | | | |
| 853. -Mellon Bank N. A. | C | Interest | M | T | | | | | |
| 854. -National City Bank of PA (merged into PNC Bank) | | None | J | T | Merged (with line 855) | 01/01/09 | J | | |
| 855. -PNC Bank (recd Natl City Bk shs fr merger) | D | Interest | O | T | | | | | |
| 856. Trust #5 (100% Income Interest) | E | Div & Int | P1 | T | | | M | D | See Section VIII #1 |
| 857. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 858. -Bank of America Corp | | | | | Buy | 01/22/09 | | | |
| 859. -Bard C R Inc | | | | | | | | | |
| 860. -Baxter Intl Inc | | | | | Buy | 06/02/09 | | | |
| 861. -BP PLC Spons ADR | | | | | | | | | |
| 862. -Bristol Meyers Squibb Co | | | | | Buy | 06/02/09 | | | |
| 863. -Carnival Corp | | | | | Sold | 11/30/09 | | | |
| 864. -Coca Cola Co | | | | | Sold (part) | 06/02/09 | | | |
| 865. -Del Monte Foods Co | | | | | | | | | |
| 866. -Disney Walt Co | | | | | Buy | 11/30/09 | | | |
| 867. -Dow Chemical Co | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. -Exxon Mobil Corp | | | | | | | | | |
| 869. -FPL Group Inc | | | | | | | | | |
| 870. -Franklin Res Inc | | | | | Buy | 11/30/09 | | | |
| 871. -General Electric Co | | | | | | | | | |
| 872. -H J Heinz Co | | | | | | | | | |
| 873. -Intel Corp | | | | | | | | | |
| 874. -Ishares Trst MSCI EAFE Index Fd | | | | | Sold | 06/02/09 | | | |
| 875. -Ishares Trst MSCI Emerg mkts Index Fd | | | | | | | | | |
| 876. -Johnson & Johnson | | | | | | | | | |
| 877. -Johnson & Johnson | | | | | Buy | 06/02/09 | | | |
| 878. -Master Card | | | | | | | | | |
| 879. -McDonalds Corp Cl A | | | | | | | | | |
| 880. -Medtronic Inc | | | | | Sold | 06/02/09 | | | |
| 881. -Microsoft Corp | | | | | | | | | |
| 882. -JP Morgan Chase & Co | | | | | | | | | |
| 883. -Motorola Inc | | | | | | | | | |
| 884. -Nike Inc Cl B | | | | | Buy | 06/02/09 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. -Schlumberger Ltd | | | | | | | | | |
| 886. -3M Co | | | | | Sold (part) | 06/02/09 | | | |
| 887. -The Travelers Co | | | | | | | | | |
| 888. -Time Warner Inc | | | | | | | | | |
| 889. -Verizon | | | | | | | | | |
| 890. -Wal-Mart Stores | | | | | | | | | |
| 891. -Wells Fargo & Co New | | | | | | | | | |
| 892. -W Union | | | | | Sold | 11/30/09 | | | |
| 893. -Calamas Growth Fund H606 | | | | | | | | | |
| 894. -Janus Mid Cap Value Fund #67 | | | | | | | | | |
| 895. -Vanguard FTSE All World Ex-US Index Fd | | | | | Buy | 06/02/09 | | | |
| 896. Trust #6 (100% Income Interest) | G | Int./Div. | P1 | T | | | M | F | See Section VIII #1 |
| 897. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 898. -Abbott Laboratories Inc | | | | | Sold (part) | 06/02/09 | | | |
| 899. -Bank of America Corp | | | | | Buy | 01/22/09 | | | |
| 900. -Bard C R Inc | | | | | | | | | |
| 901. -BP PLC Spons ADR | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. -Bristol Myers Squibb Co | | | | | | | | | |
| 903. -Coca Cola Co | | | | | Buy | 11/30/09 | | | |
| 904. -E I dupont deNemours | | | | | | | | | |
| 905. -Emerson Electric Co | | | | | Sold (part) | 06/02/09 | | | |
| 906. -Exxon Mobil Corp | | | | | Sold (part) | 06/02/09 | | | |
| 907. -FPL Group Inc | | | | | | | | | |
| 908. -Franklin Res Inc | | | | | Buy | 11/30/09 | | | |
| 909. -Golman Sachs Group Inc | | | | | Buy | 06/02/09 | | | |
| 910. -Google Inc Cl A | | | | | Buy | 06/02/09 | | | |
| 911. -Home Depot Inc | | | | | | | | | |
| 912. -Intel Corp | | | | | | | | | |
| 913. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 914. -Ishares Trust MSCI EAFE Index Fd | | | | | Sold | 06/02/09 | | | |
| 915. -JP Morgan Chase & Co | | | | | | | | | |
| 916. -Master Card Inc Cl A | | | | | | | | | |
| 917. -McDonalds Corp | | . | | | | | | | |
| 918. -Microsoft Corp | | | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. -Motorola Inc | | | | | | | | | |
| 920. -Pfizer Inc (rec fr Wyeth merger) | | | | | | 10/16/09 | | | |
| 921. -Phelps Dodge Corp | | | | | | | | | |
| 922. -PPG Industries Inc | | | | | | | | | |
| 923. -Proctor & Gamble Co | | | | | | | | | |
| 924. -Qualcomm Inc | | | | | Buy | 06/02/09 | | | |
| 925. -Schlumberger Ltd | | | | | | | | | |
| 926. -3M Company | | | | | Sold (part) | 06/02/09 | | | |
| 927. -Vanguard FTSE All World Ex-US Index Fd | | | | | Buy | 06/02/09 | | | |
| 928. -Verizon | | | | | | | | | |
| 929. -Wall-Mart Stores Inc | | | | | | | | | |
| 930. -Wells Fargo & Co New | | | | | | | | | |
| 931. -Wyeth (merged into Pfizer Inc) | | | | | Merged (with line 920) | 10/16/09 | | | |
| 932. -Zimmer Holdings Inc | | | | | | | | | |
| 933. Trust #7 (No Income Rec'd) | | None | P2 | T | | | L | G | See Section VIII #1 |
| 934. -Blackrock MM Inst Cl #01 | | | | | Mon Mkt Inv | | | | |
| 935. -Chichester Sch Dist PA 2.5 - 2009 | | | | | Matured | 05/15/09 | | | |

1 Income Gain Codes.   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. -Cumberland Cnty PA 3.375 - 2015 | | | | | | | | | |
| 937. -Forest Area Sch Dist PA 3.3-2012 | | | | | | | | | |
| 938. -Indiana St Fin Auth Rev 4.0-2011 | | | | | | | | | |
| 939. -Indiana Transn Fin Auth Hwy Rev 3.0-2009 | | | | | Matured | 06/01/09 | | | |
| 940. -Monroe Twp PA 3.0- 2010 | | | | | | | | | |
| 941. -N Coventry Twp PA 3.15 - 2014 | | | | | | | | | |
| 942. -Okaloosa Cnty FL Sch Bd 3.5 -2013 | | | | | | | | | |
| 943. -Penn Trafford PA Sch Dist 2.4 - 2009 | | | | | Matured | 05/01/09 | | | |
| 944. -Pine Grove Area Sch Distg 3.25-2015 | | | | | | | | | |
| 945. -Scranton Penn Ser A 3.0 - 2010 | | | | | | | | | |
| 946. -St Pub Sch Bldg Auth Red Bnk 3.75-2011 | | | | | | | | | |
| 947. Susquehanna Twp PA Sch Dist 3.3-2015 | | | | | | | | | |
| 948. -Up Perkiomen Sch Dst 3.85-2011 | | | | | | | | | |
| 949. -Washtenaw Mich Cmnty College 3.5-2010 | | | | | | | | | |
| 950. -Wilmington NC Wtr & Sewer 3.75-2012 | | | | | | | | | |
| 951. -Agilent Tech Inc | | | | | | | | | |
| 952. -Allergan Inc | | | | | Buy | 11/30/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. -American Express Co | | | | | Buy | 06/02/09 | | | |
| 954. -Bank of America Corp | | | | | Buy | 01/22/09 | | | |
| 955. -ChevronTexaco Corp | | | | | | | | | |
| 956. -Coca Cola Corp | | | | | Buy | 11/30/09 | | | |
| 957. -Walt Disney Co | | | | | | | | | |
| 958. -Dominion Resources Inc VA | | | | | | | | | |
| 959. -Dow Chemical | | | | | | | | | |
| 960. -Emerson Electric Co | | | | | | | | | |
| 961. -Franklin Res Inc | | | | | Buy | 11/30/09 | | | |
| 962. -FPL Group Inc | | | | | | | | | |
| 963. -General Electric Co | | | | | | | | | |
| 964. -Goldman Sachs Group Inc | | | | | Buy | 11/30/09 | | | |
| 965. -Google Inc | | | | | Buy | 06/02/09 | | | |
| 966. -Hanesbrands | | | | | | | | | |
| 967. -Hewlett-Packard Co | | | | | | | | | |
| 968. -Int'l Business Machines Corp | | | | | Sold (part) | 06/02/09 | | | |
| 969. -Intel Corp | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. -Ishares Trust MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 971. -Ishares Trust MSCI EAFE Index Fd | | | | | Sold | 06/02/09 | | | |
| 972. -JP Morgan Chase & Co | | | | | | | | | |
| 973. -Marriott Int'l Inc | | | | | | | | | |
| 974. -Medco Hlth Solutions Inc | | | | | | | | | |
| 975. -Norfolk Southern Corp | | | | | | | | | |
| 976. -Pfizer Inc (rec fr Wyeth Merger) | | | | | | 10/16/09 | | | |
| 977. -Procter & Gamble Co | | | | | Buy | 11/30/09 | | | |
| 978. -Sara Lee Corp | | | | | | | | | |
| 979. -Schlumberger Ltd | | | | | | | | | |
| 980. -Smith Int'l Inc | | | | | Sold | 11/30/09 | | | |
| 981. -3M Co | | | | | | | | | |
| 982. -Vanguard FTSE All World Ex-US Index Fd) | | | | | Buy | 06/02/09 | | | |
| 983. -Verizon | | | | | | | | | |
| 984. -Wells Fargo & Co New | | | | | | | | | |
| 985. -Weyerhauser Co | | | | | | | | | |
| 986. -Wyeth (merged into Pfizer Inc) | | | | | Merged (with line 976) | 10/16/09 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. Trust #8-A (GST Exempt Trust) | E | Div & Int | O | T | | | K | E | See Section VIII #1 |
| 988. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 989. -AT & T Inc | | | | | | | | | |
| 990. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 991. -Accenture Ltd | | | | | | | | | |
| 992. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 993. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 994. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 995. -Alliance Data Sys Corp | | | | | | | | | |
| 996. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 997. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 998. -Apache Corp | | | | | | | | | |
| 999. -Apple Inc | | | | | | | | | |
| 1000. -Autoliv Inc | | | | | Buy | 06/02/09 | | | |
| 1001. -Bank of America Corp | | | | | Sold | 01/29/09 | | | |
| 1002. -Bank of America Corp | | | | | Buy | 05/12/09 | | | |
| 1003. -Best Buy | | | | | Buy | 03/20/09 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. -Best Buy | | | | | Sold | 09/16/09 | | | |
| 1005. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 1006. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 1007. -Broadcom Corp | | | | | Sold | 11/06/09 | | | |
| 1008. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 1009. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 1010. -Cisco Systems Inc | | | | | Sold | 02/26/09 | | | |
| 1011. -Cit Group Inc | | | | | | | | | |
| 1012. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 1013. -Coca Cola | | | | | | | | | |
| 1014. -Colgate Palmolive | | | | | Sold | 09/02/09 | | | |
| 1015. -Companhia Vale Do Rio Doce (name chg to Vale SA-Sp) | | | | | | 05/28/09 | | | |
| 1016. -Concophillips | | | | | Sold | 03/20/09 | | | |
| 1017. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 1018. -Cvs Caremark Corp | | | | | | | | | |
| 1019. -Danaher Corp | | | | | | | | | |
| 1020. -Darden Restaurants | | | | | Sold | 05/27/09 | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
   (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. -DuPont El De Nemours | | | | | Buy | 04/17/09 | | | |
| 1022. -EMC Corp Mass | | | | | Buy | 07/21/09 | | | |
| 1023. -EMC Corp Mass | | | | | Buy | 08/03/09 | | | |
| 1024. -Eaton Corp | | | | | | | | | |
| 1025. -Emerson Electric | | | | | Sold | 03/19/09 | | | |
| 1026. -Ensco International | | | | | Sold | 01/05/09 | | | |
| 1027. -Estee Lauder | | | | | Sold | 03/06/09 | | | |
| 1028. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 1029. -Exxon Mobil Corp | | | | | | | | | |
| 1030. -Fedex Corp | | | | | | | | | |
| 1031. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 1032. -First Horizon Nat'l Corp | | | | | | | | | |
| 1033. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 1034. -Gap Inc | | | | | Sold | 01/26/09 | | | |
| 1035. -General Electric Co | | | | | | | | | |
| 1036. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 1037. -Gilead Sciences Inc | | | | | Sold | 12/08/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038. -Goldman Sachs Group Inc | | | | | Sold | 03/13/09 | | | |
| 1039. -Google Inc | | | | | Buy | 06/10/09 | | | |
| 1040. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 1041. -Halliburton Co | | | | | | | | | |
| 1042. -Hess Corp | | | | | | | | | |
| 1043. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 1044. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 1045. -Hewlett Packard Co | | | | | Buy | 08/26/09 | | | |
| 1046. -Home Depot | | | | | Buy | 09/02/09 | | | |
| 1047. -Honeywell Intl Inc | | | | | | | | | |
| 1048. -Hospira Inc | | | | | | | | | |
| 1049. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | |
| 1050. -IBM Corp | | | | | Sold (part) | 08/26/09 | | | |
| 1051. -Intel Corp | | | | | | | | | |
| 1052. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 1053. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 1054. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 1056. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 1057. -JP Morgan Chase & Co | | | | | | | | | |
| 1058. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 1059. -Kbr Inc | | | | | Sold (part) | 09/08/09 | | | |
| 1060. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 1061. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 1062. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 1063. -Lorillard Inc | | | | | Sold | 04/20/09 | | | |
| 1064. -McAfee Inc | | | | | Sold | 08/03/09 | | | |
| 1065. -McDonalds Corp | | | | | Sold (part) | 03/20/09 | | | |
| 1066. -McDonalds Corp | | | | | Sold | 05/20/09 | | | |
| 1067. -McKesson Corp | | | | | Buy | 10/13/09 | | | |
| 1068. -Medtronic Inc | | | | | | | | | |
| 1069. -Merck & Co | | | | | Buy | 03/18/09 | | | |
| 1070. -Microsoft Corp | | | | | | | | | |
| 1071. -Molson Coors Brewing Co | | | | | Sold | 03/18/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 1073. -Mosaic Co | | | | | Sold | 04/17/09 | | | |
| 1074. -National Oilwell Varco Inc | | | | | Buy | 01/05/09 | | | |
| 1075. -National Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |
| 1076. -News Corp Inc | | | | | | | | | |
| 1077. -Nokal Corp-Spon ADR | | | | | | | | | |
| 1078. -Nokia Corp | | | | | Buy | 01/02/09 | | | |
| 1079. -Nokia Corp | | | | | Sold | 07/21/09 | | | |
| 1080. -Norfolk Southern Corp | | | | | Buy | 11/06/09 | | | |
| 1081. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 1082. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 1083. -Novartis AG-ADR | | | | | Sold | 04/29/09 | | | |
| 1084. -Occidential Petro Corp | | | | | Buy | 04/28/09 | | | |
| 1085. -Omnicom Group Inc | | | | | | | | | |
| 1086. -Oracle Corp | | | | | | | | | |
| 1087. -PNC Financial Svcs Group | | | | | Sold | 02/09/09 | | | |
| 1088. -Pepsico Inc | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. -Philllip Morris Intl W/I | | | | | Sold | 04/20/09 | | | |
| 1090. -Pfizer Inc | | | | | | | | | |
| 1091. -Pfizer Inc | | | | | Buy | 07/10/09 | | | |
| 1092. -Praxair Inc | | | | | Sold (part) | 03/13/09 | | | |
| 1093. -Procter & Gamble Co | | | | | | | | | |
| 1094. -Qualcomm Inc | | | | | Sold | 08/26/09 | | | |
| 1095. -Raytheon Co | | | | | | | | | |
| 1096. -Ross Stores Inc | | | | | Sold | 06/30/09 | | | |
| 1097. -Schering Plough Corp | | | | | Sold | 11/05/09 | | | |
| 1098. -Schwab Charles Corp New | | | | | | | | | |
| 1099. -Sempra Energy | | | | | | | | | |
| 1100. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 1101. -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 1102. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 1103. -State Street Corp | | | | | Sold | 12/15/09 | | | |
| 1104. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 1105. -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/06/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐  NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. -Target Corp | | | | | Buy | 06/04/09 | | | |
| 1107. -Textron Inc | | | | | | | | | |
| 1108. -Textron Inc | | | | | Buy | 09/08/09 | | | |
| 1109. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 1110. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/11/09 | | | |
| 1111. -Thermo Fisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 1112. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 1113. -Time Warner Cable Inc (rec fr Time Warner spinoff) | | | | | Spinoff (from line 1112) | 04/02/09 | | | |
| 1114. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 1115. -Tyco Intl Ltd | | | | | | | | | |
| 1116. -Tyco Intl Ltd | | | | | Buy | 03/19/09 | | | |
| 1117. -US Bancorp Del | | | | | Sold | 01/26/09 | | | |
| 1118. -Unilever PLC ADR | | | | | Buy | 12/15/09 | | | |
| 1119. -Vale SA-Sp ADR (rec fr Companhia name chg) | | | | | | 05/28/09 | | | |
| 1120. -Vertex Pharmaceuticals Inc | | | | | | | | | |
| 1121. -Vertex Pharmaceuticals Inc | | | | | Buy | 03/06/09 | | | |
| 1122. -Verizon | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer-seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123. -Wal Mart Stores Inc | | | | | Sold | 05/12/09 | | | |
| 1124. -Wells Fargo & Co New | | | | | Sold (part) | 07/10/09 | | | |
| 1125. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 1126. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 1127. -Wyeth | | | | | Sold | 07/10/09 | | | |
| 1128. -XTO Energy Inc | | | | | | | | | |
| 1129. -Lycoming Cnty PA 3.875 - 2018 | | | | | | | | | |
| 1130. -Milford Twp PA 3.4 - 2018 | | | | | | | | | |
| 1131. -Shaler PA Area Sch Dist 3.3 - 2016 | | | | | | | | | |
| 1132. -Dreyfus Prem LT Hi Yld | | | | | Buy | 06/17/09 | | | |
| 1133. -Ishares MSCI Emerging Mkts Index Fd | | | | | | | | | |
| 1134. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 1135. -Ishares S&P Midcap 400 | | | | | | | | | |
| 1136. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 1137. Trust #8-B (GST Non-Exempt) | C | Div & Int | O | T | | | L | C | See Section VIII #1 |
| 1138. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1139. -Allegheny Cnty PA Hosp Dev Alleg Gen Hosp 7.375-2012 | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. -Allegheny Cnty PA Port Auth SPL Rev ..5.0-2021 | | | | | | | | | |
| 1141. -Athens PA Area Sch Dist 4.5-2014 | | | | | | | | | |
| 1142. -Bensalem Twp PA 3.5-2012 | | | | | | | | | |
| 1143. -Council Rock PA Sch Dist 4.0-2017 | | | | | | | | | |
| 1144. -East Stroudsburg PA AR 4.0-2022 | | | | | Buy | 09/02/09 | | | |
| 1145. -Lancaster PA Area Swr 3.4-2012 | | | | | | | | | |
| 1146. -Laurel Highlands PA 3.625-2011 | | | | | | | | | |
| 1147. -Ontelauee Twp PA Muni 4.1-2023 | | | | | Buy | 11/10/09 | | | |
| 1148. -PA St Higher Edl Facs Auth College-Ser ..B.4.7-2009 | | | | | Matured | 11/02/09 | | | |
| 1149. -PA St Higher Edl Facs Auth Ser R 4.8-2012 | | | | | Sold | 09/03/09 | | | |
| 1150. -PA St Higher Edl Facs Auth 4.65-2018 | | | | | | | | | |
| 1151. -PA St Higher Edl Facs Auth 4.0-2010 | | | | | | | | | |
| 1152. -PA St Tpk Comn Oil Fran Tax - Unrefund ..5.25 - 2009 | | | | | Matured | 12/01/09 | | | |
| 1153. -Pa St Tpk Comn Oil Fran Tax - Prerefund ..5.25-2009 | | | | | Matured | 12/01/09 | | | |
| 1154. -Pennsbury Penn Sch 3.375-2011 | | | | | | | | | |
| 1155. -Philadelphia PA Gas Wks Rev Second Ser ..5.0-2011 | | | | | | | | | |
| 1156. -Pittsburgh PA Sch Dist 4.25-2012 | | | | | Sold | 11/02/09 | | | |

1. Income Gain Codes       A =$1,000 or less           B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000       G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less          K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000      O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal                R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
   (See Column C2)          U =Book Value               V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. -Shenandoah Valley Sch Dist PA 4.0-2021 | | | | | Buy | 11/24/09 | | | |
| 1158. -Snyder Cnty PA Higher 3.85-2016 | | | | | | | | | |
| 1159. -Spring-Ford Area School 4.8-2018 | | | | | Sold | 03/02/09 | | | |
| 1160. -State Pub Sch Bldg PA College 2.6-2010 | | | | | | | | | |
| 1161. -Upper Merion PA 4.0-2013 | | | | | | | | | |
| 1162. -Wash Cnty PA Auth Rev Girard College ..4.45-2010 | | | | | | | | | |
| 1163. -W Perry Penn Sch 3.4-2013 | | | | | | | | | |
| 1164. -AT & T | | | | | | | | | |
| 1165. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 1166. -Accenture Ltd | | | | | | | | | |
| 1167. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 1168. -Aetna Inc | | | | | Sold (part) | 03/06/09 | | | |
| 1169. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 1170. -Alliance Data Sys Corp | | | | | | | | | |
| 1171. -American Intl Group | | | | | | | | | |
| 1172. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 1173. -Amgen Inc | | | | | Buy | 04/29/09 | | | |

| Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B -$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | U -$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R -Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. -AOL Inc (rec fr Time Warner spinoff) | | | | | Spinoff (from line 1296) | 12/11/09 | | | |
| 1175. -Apache Corp | | | | | | | | | |
| 1176. -Apple Inc | | | | | | | | | |
| 1177. -Apple Inc | | | | | Buy | 06/10/09 | | | |
| 1178. -Auto Liv Inc | | | | | Buy | 06/02/09 | | | |
| 1179. -Bank of America Corp | | | | | Sold (part) | 01/29/09 | | | |
| 1180. -Bank of America Corp | | | | | Sold | 02/11/09 | | | |
| 1181. -Bank of America Corp | | | | | Buy | 05/12/09 | | | |
| 1182. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 1183. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 1184. -Best Buy Inc | | | | | Sold | 09/16/09 | | | |
| 1185. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 1186. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 1187. -Broadcom Corp | | | | | Sold | 11/06/09 | | | |
| 1188. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 1189. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 1190. -Cisco Systems | | | | | Sold (part) | 02/26/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. -Coach Inc | | | | | Sold | 01/28/09 | | | |
| 1192. -Coca Cola Enterprises Inc | | | | | | | | | |
| 1193. -Colgate Palmolive Co | | | | | Sold | 09/02/09 | | | |
| 1194. -Companhia Vale Do Rio Doce (name chg to Vale) | | | | | | 05/28/09 | | | |
| 1195. -Concophillips | | | | | Buy | 01/02/09 | | | |
| 1196. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 1197. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 1198. -CVS Caremark Corp | | | | | | | | | |
| 1199. -Danaher Corp | | | | | | | | | |
| 1200. -Darden Restaurants Inc | | | | | Sold | 05/27/09 | | | |
| 1201. -DuPont El DeNemours | | | | | Buy | 04/17/09 | | | |
| 1202. -EMC Corp | | | | | Buy | 07/21/09 | | | |
| 1203. -EMC Corp | | | | | Buy | 08/03/09 | | | |
| 1204. -Emerson El Co | | | | | Sold | 03/19/09 | | | |
| 1205. -Ensco Intl | | | | | Sold | 01/05/09 | | | |
| 1206. -Estee Laudeer Cos Cl A | | | | | Sold | 03/06/09 | | | |
| 1207. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208. -Exxon Mobil Corp | | | | | | | | | |
| 1209. -Fedex Corp | | | | | | | | | |
| 1210. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 1211. -First Horizon Natl Corp | | | | | | | | | |
| 1212. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 1213. -Gap Inc | | | | | Sold | 02/09/09 | | | |
| 1214. -General Electric | | | | | | | | | |
| 1215. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 1216. -Gilead Sciences Inc | | | | | Sold | 12/08/09 | | | |
| 1217. -Goldman Sachs Group | | | | | Sold | 03/13/09 | | | |
| 1218. -Google Inc | | | | | Buy | 06/10/09 | | | |
| 1219. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 1220. -Halliburton Co | | | | | | | | | |
| 1221. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 1222. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 1223. -Hewlett Packard Co | | | | | Buy | 08/26/09 | | | |
| 1224. -Home Depot Inc | | | | | Buy | 09/02/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1225. -Hospiria Inc | | | | | | | | | |
| 1226. -Honeywell Intl Inc | | | | | | | | | |
| 1227. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | |
| 1228. -IBM Corp | | | | | Sold (part) | 08/26/09 | | | |
| 1229. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 1230. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 1231. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 1232. -JP Morgan Chase & Co | | | | | | | | | |
| 1233. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 1234. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 1235. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 1236. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 1237. -Kbr Inc | | | | | Sold (part) | 09/08/09 | | | |
| 1238. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 1239. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 1240. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 1241. -Lorillard Inc | | | | | Sold | 04/20/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. -McAfee Inc | | | | | Sold | 08/03/09 | | | |
| 1243. -McDonalds Corp | | | | | Sold (part) | 03/20/09 | | | |
| 1244. -McDonalds Corp | | | | | Sold | 05/12/09 | | | |
| 1245. -McKesson Corp | | | | | Buy | 02/09/09 | | | |
| 1246. -McKesson Corp | | | | | Buy | 10/13/09 | | | |
| 1247. -Medtronic Inc | | | | | | | | | |
| 1248. -Merck & Co | | | | | Buy | 03/18/09 | | | |
| 1249. -Microsoft Corp | | | | | | | | | |
| 1250. -Molson Coors | | | | | Buy | 01/02/09 | | | |
| 1251. -Molson Coors | | | | | Sold | 03/18/09 | | | |
| 1252. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 1253. -Mosiac Co | | | | | Sold | 04/17/09 | | | |
| 1254. -National Oilwell Varco Inc | | | | | Buy | 01/05/09 | | | |
| 1255. -National Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |
| 1256. -New York Fire-Shield Inc | | | | | | | | | |
| 1257. -News Corp Inc | | | | | | | | | |
| 1258. -Nokia Corp Spon ADR | | | | | Sold | 07/21/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1259. -Norfolk Southern Corp | | | | | Buy | 11/06/09 | | | |
| 1260. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 1261. -Northern Tr Corp | | | | | Buy | 02/09/09 | | | |
| 1262. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 1263. -Novartis AG Spon ADR | | | | | Sold | 04/29/09 | | | |
| 1264. -Occidential Petro Corp | | | | | Buy | 04/28/09 | | | |
| 1265. -Omnicom Group Inc | | | | | | | | | |
| 1266. -Oracle Corp | | | | | | | | | |
| 1267. -Parker Hannifin Corp | | | | | | | | | |
| 1268. -Pepsico Inc | | | | | | | | | |
| 1269. -Pfizer Inc | | | | | | | | | |
| 1270. -Pfizer Inc | | | | | Buy | 07/10/09 | | | |
| 1271. -PNC Financial Svcs Grp | | | | | Sold | 02/09/09 | | | |
| 1272. -Praxair Inc | | | | | Sold (part) | 03/13/09 | | | |
| 1273. -Procter & Gamble Co | | | | | | | | | |
| 1274. -Qualcomm Inc | | | | | Sold (part) | 08/26/09 | | | |
| 1275. -Qualcomm Inc | | | | | Sold | 09/09/09 | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1276. -Raytheon Co | | | | | | | | | |
| 1277. -Ross Stores Inc | | | | | Sold | 06/30/09 | | | |
| 1278. -Schwab Charles Corp New | | | | | | | | | |
| 1279. -Schering Plough Corp | | | | | Sold | 11/05/09 | | | |
| 1280. -Sempra Energy | | | | | | | | | |
| 1281. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 1282. -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 1283. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 1284. -State Street Corp | | | | | Sold | 12/15/09 | | | |
| 1285. -Supervalu Inc | | | | | | | | | |
| 1286. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 1287. -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/06/09 | | | |
| 1288. -Target Corp | | | | | Buy | 06/04/09 | | | |
| 1289. -Terex Corp New | | | | | | | | | |
| 1290. -Textron Inc | | | | | | | | | |
| 1291. -Textron Inc | | | | | Buy | 09/08/09 | | | |
| 1292. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 -$1,000,001 - $5,000,000 | H2 -More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 -$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1293. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/11/09 | | | |
| 1294. -Thermo Fisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 1295. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 1296. -Time Warner Inc (spinoff of AOL) | | | | | | 12/11/09 | | | |
| 1297. -TimeWarner Cable Inc (rec fr Time Warner spinoff) | | | | | Spinoff (from line 1295) | 04/02/09 | | | |
| 1298. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 1299. -Travelers Cos Inc | | | | | | | | | |
| 1300. -Tyco Int'l Ltd (merged into Tyco Int'l Ltd W/I) | | | | | Merged (with line 1301) | 03/19/09 | | | |
| 1301. -Tyco Int'l Ltd W/I (recd fr Tyco Intl ltd merger) | | | | | | 03/19/09 | | | |
| 1302. -Tyco Int'l Ltd W/I | | | | | Buy | 03/19/09 | | | |
| 1303. -Unilever PLC ADR | | | | | Buy | 12/15/09 | | | |
| 1304. -US Bancorp | | | | | Sold | 01/26/09 | | | |
| 1305. -Vale SA-Sp (rec fr Companhia name chg) | | | | | | 05/28/09 | | | |
| 1306. -Veretex Pharmaceuticals Inc | | | | | Buy | 03/10/09 | | | |
| 1307. -Verizon Comm | | | | | | | | | |
| 1308. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | |
| 1309. -Wal-Mart Stores Inc | | | | | Sold (part) | 05/12/09 | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. -Wal-Mart Stores Inc | | | | | Sold | 06/15/09 | | | |
| 1311. -Wells Fargo & Co | | | | | Sold (part) | 01/26/09 | | | |
| 1312. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 1313. -Wyeth | | | | | | | | | |
| 1314. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 1315. -Wyeth | | | | | Sold | 07/10/09 | | | |
| 1316. -Xto Energy Inc | | | | | | | | | |
| 1317. -Zimmer Hldgs Inc | | | | | | | | | |
| 1318. -Ishares MSCI Emerg Mkts Index Fd | | | | | | | | | |
| 1319. -Ishares MSCI EAF Index FD | | | | | | | | | |
| 1320. -Ishares S&P Midcap 400 | | | | | | | | | |
| 1321. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 1322. -Royalty Int Goose Creek Dist, Harris Co .TX | | | | | | | | | |
| 1323. -Royalty Pmts-Cetus Health Care Ltd .Partnership II | | | | | | | | | |
| 1324. Trust #9 (GST Exempt) | F | Int./Div. | P1 | T | | | M | E | See Section VIII #1 |
| 1325. -BNY Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1326. -Riverfront Cap Fund LP | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell. redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1327. -Wells Fargo & Co New | | | | | | | | | |
| 1328. -Dryfus Premium Ltd T H | | | | | Buy | 06/17/09 | | | |
| 1329. -Ishares MSCI EAFE Index Fd | | | | | | | | | |
| 1330. -Ishares Tr S&P Small Cap 600 | | | | | | | | | |
| 1331. -Spdr Trust Series I | | | | | | | | | |
| 1332. -Midcap Spdr Tr Unit Ser 1 | | | | | | | | | |
| 1333. Trust #10 (GST Non-Exempt) | G | Int./Div. | P1 | T | | | L | D | See Section VIII #1 |
| 1334. -BNY Mellon Natl Muni MM Funds | | | | | Mon Mkt Inv | | | | |
| 1335. -Allegheny Cnty PA PO 4.125 - 2009 | | | | | Matured | 03/02/09 | | | |
| 1336. -Allegheny Cnty PA 3.0-2010 | | | | | | | | | |
| 1337. -Luzerne Cnty PA 2.85-2010 | | | | | | | | | |
| 1338. -Manheim Twp PA Gen Mu 4.35 - 2010 | | | | | Sold | 07/02/09 | | | |
| 1339. -Monroe Cnty PA 4.4 - 2013 | | | | | | | | | |
| 1340. -Norwin PA Sch Dist 4.5 - 2014 | | | | | | | | | |
| 1341. -PA St Higher 3.25 - 2011 | | | | | | | | | |
| 1342. -Philadelphia PA Auth 4.6 - 2012 | | | | | | | | | |
| 1343. -Pottstown PA Sch Dist 4.8 - 2016 | | | | | Sold | 06/01/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1344. -Souderton PA Area Sch 3.5 -2015 | | | | | | | | | |
| 1345. -West Chester PA 3.25 -2011 | | | | | | | | | |
| 1346. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 1347. -Accenture Ltd | | | | | | | | | |
| 1348. -Adobe Systems Ltrd | | | | | Sold | 02/26/09 | | | |
| 1349. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 1350. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 1351. -Alliance Data Sys Corp | | | | | | | | | |
| 1352. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 1353. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 1354. -AOL Inc (recd fr Time Warner spinoff) | | | | | Spinoff (from line 1476) | 12/11/09 | | | |
| 1355. -Apache Corp | | | | | | | | | |
| 1356. -Apple Inc | | | | | Buy | 06/10/09 | | | |
| 1357. -AT&T | | | | | | | | | |
| 1358. -Autoliv Inc | | | | | Buy | 06/15/09 | | | |
| 1359. -Bank of America Corp | | | | | Sold | 01/29/09 | | | |
| 1360. -Bank of America Corp | | | | | Buy | 05/27/09 | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | O =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 1362. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 1363. -Best Buy Inc | | | | | Sold | 09/16/09 | | | |
| 1364. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 1365. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 1366. -Broadcom Corp | | | | | Sold | 11/06/09 | | | |
| 1367. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 1368. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 1369. -Cisco Systems Inc | | | | | Sold (part) | 02/26/09 | | | |
| 1370. -Citigroup Inc | | | | | | | | | |
| 1371. -Coach Inc | | | | | Sold | 01/28/09 | | | |
| 1372. -Coca Cola Enterprises Inc | | | | | | | | | |
| 1373. -Colgate Palmolive Co | | | | | Sold | 09/02/09 | | | |
| 1374. -Companhia Vale Do Rio Doce (name chg to Vale SP-Sa ) | | | | | | 05/28/09 | | | |
| 1375. -Concophillips | | | | | Buy | 01/02/09 | | | |
| 1376. -Concophillips | | | | | Sold | 03/20/09 | | | |
| 1377. -Cummins Inc | | | | | Buy | 05/06/09 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S - Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1378. -CVS Caremark Corp | | | | | | | | | |
| 1379. -Darden Restaurants Inc | | | | | Sold | 05/27/09 | | . | |
| 1380. -Danaher Corp | | | | | | | | | |
| 1381. -DuPont E I DeNemours & Co | | | | | Buy | 04/17/09 | | | |
| 1382. -EMC Corp Mass | | | | | Buy | 07/21/09 | | | |
| 1383. -EMC Corp Mass | | | | | Buy | 08/03/09 | | | |
| 1384. -Emerson Electric Co | | | | | Sold | 03/19/09 | | | |
| 1385. -Ensco Intl Inc | | | | | Sold | 01/05/09 | | | |
| 1386. -Estree Lauder Co | | | | | Sold | 03/06/09 | | | |
| 1387. -Exelon Corp | | | | | Sold<br>(part) | 04/17/09 | | | |
| 1388. -Exxon Mobil Corp | | | | | | | | | |
| 1389. -Fedex Corp | | | | | | | | | |
| 1390. -Fifth 3rd Bancorp | | | | | Sold | 01/29/09 | | | |
| 1391. -First Horizon Natl Corp | | | | | | | | | |
| 1392. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 1393. -Gap Inc | | | | | Sold | 01/26/09 | | | |
| 1394. -General Electric | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1395. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 1396. -Gilead Sciences Inc | | | | | Sold | 12/08/09 | | | |
| 1397. -Goldman Sachs Grp Inc | | | | | Sold | 03/13/09 | | | |
| 1398. -Google Inc | | | | | Buy | 06/10/09 | | | |
| 1399. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 1400. -Halliburton Co | | | | | | | | | |
| 1401. -Hess Corp | | | | | | | | | |
| 1402. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 1403. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 1404. -Hewlett Packard | | | | | Buy | 08/26/09 | | | |
| 1405. -Home Depot | | | | | | | | | |
| 1406. -Home Depot | | | | | Buy | 09/02/09 | | | |
| 1407. -Honeywell Int'l Inc | | | | | | | | | |
| 1408. -Hospiria Inc | | | | | | | | | |
| 1409. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | |
| 1410. -IBM Corp | | | | | Sold (part) | 08/26/09 | | | |
| 1411. -Intel Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income. assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 1413. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 1414. -J P Morgan Chase & Co | | | | | | | | | |
| 1415. -J P Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 1416. -J P Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 1417. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 1418. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 1419. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 1420. -Kbr Inc | | | | | Sold (part) | 09/08/09 | | | |
| 1421. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 1422. -Laboratory Corp Amer Hdlgs | | | | | Sold | 01/26/09 | | | |
| 1423. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 1424. -Lorillard Inc | | | | | Sold | 04/20/09 | | | |
| 1425. -McAfee Inc | | | | | Sold | 08/03/09 | | | |
| 1426. -McDonalds Corp | | | | | Sold (part) | 03/20/09 | | | |
| 1427. -McDonalds Corp | | | | | Sold | 05/12/09 | | | |
| 1428. -McKesson Corp | | | | | Buy | 02/09/09 | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -McKesson Corp | | | | | Buy | 10/13/09 | | | |
| 1430. -Medtronic Inc | | | | | | | | | |
| 1431. -Merck & Co | | | | | Buy | 03/18/09 | | | |
| 1432. -Microsoft Corp | | | | | | | | | |
| 1433. -Molson Brewing Co | | | | | Sold | 03/18/09 | | | |
| 1434. -Morgan Stanley | | | | | | | | | |
| 1435. -Morgan Stanley | | | | | Buy | 05/27/09 | | | |
| 1436. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 1437. -Mosaic Co | | | | | Sold | 04/17/09 | | | |
| 1438. -National Oilwell Varco Inc | | | | | Buy | 01/05/09 | | | |
| 1439. -National Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |
| 1440. -Nokia Corp | | | | | Sold | 07/21/09 | | | |
| 1441. -Norfolk Southern Corp | | | | | Buy | 11/06/09 | | | |
| 1442. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 1443. -Northern Tr Corp | | | | | Buy | 02/09/09 | | | |
| 1444. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 1445. -Novaritis AG Spon ADR | | | | | Sold | 04/09/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. -Occidental Petro Co | | | | | Buy | 04/28/09 | | | |
| 1447. -Oracle Corp | | | | | | | | | |
| 1448. -Omnicom Gr Inc | | | | | | | | | |
| 1449. -PNC Financial Sys Grp | | | | | Sold | 01/29/09 | | | |
| 1450. -Parker Hannifin Corp | | | | | | | | | |
| 1451. -Pepsico Inc | | | | | | | | | |
| 1452. -Pfizer Inc | | | | | | | | | |
| 1453. -Praxair Inc | | | | | Sold (part) | 03/13/09 | | | |
| 1454. -Procter & Gamble Co | | | | | | | | | |
| 1455. -Qualcomm Inc | | | | | Sold | 09/09/09 | | | |
| 1456. -Raytheon Co | | | | | | | | | |
| 1457. -Ross Stores Inc | | | | | Sold | 06/03/09 | | | |
| 1458. -Schering Plough Corp | | | | | Sold | 11/05/09 | | | |
| 1459. -Schlumberger Ltd | | | | | | | | | |
| 1460. -Schwab Charles Corp New | | | | | | | | | |
| 1461. -Sempra Energy | | | | | | | | | |
| 1462. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 1464. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 1465. -State Street Corp | | | | | Sold | 12/15/09 | | | |
| 1466. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 1467. -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/06/09 | | | |
| 1468. -Target Corp | | | | | Buy | 06/30/09 | | | |
| 1469. -Textron Inc | | | | | | | | | |
| 1470. -Textron Inc | | | | | Buy | 09/08/09 | | | |
| 1471. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 1472. -Thermo Fisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 1473. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 1474. -Time Warner Cable (recd fr Time Warner spinoff) | | | | | | 04/02/09 | | | |
| 1475. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 1476. -Time Warner Cable Inc (spinoff of AOL) | | | | | | 12/11/09 | | | |
| 1477. -Time Warner Inc | | | | | | 12/11/09 | | | |
| 1478. -Tyco Intl Ltd (merged w/Intl Tyco W/I) | | | | | | 03/19/09 | | | |
| 1479. -Tyco Intl Ltd | | | | | Buy | 03/19/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1480. -Tyco Intl Ltd W/I (merged into Tyco Intl Ltd) | | | | | Merged (with line 1478) | 03/19/09 | | | |
| 1481. -Unilever PLC | | | | | Buy | 12/15/09 | | | |
| 1482. -US Bancorp Del | | | | | Sold | 01/26/09 | | | |
| 1483. -Vale SP-Sa (rec fr Companhia name chg) | | | | | | 05/28/09 | | | |
| 1484. -Vertex Pharmaceuticals | | | | | Buy | 03/10/09 | | | |
| 1485. -Verizon | | | | | | | | | |
| 1486. -Visa Inc | | | | | Buy | 01/30/09 | | | |
| 1487. -Wal Mart Stores Inc | | | | | Sold (part) | 05/12/09 | | | |
| 1488. -Wal Mart Stores Inc | | | | | Sold (part) | 06/02/09 | | | |
| 1489. -Wells Fargo & Co New | | | | | Sold (part) | 01/26/09 | | | |
| 1490. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 1491. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 1492. -Wyeth | | | | | Sold | 07/10/09 | | | |
| 1493. -XTO Energy | | | | | | | | | |
| 1494. -Dreyfus Premier Ltd Term | | | | | Buy | 06/17/09 | | | |
| 1495. -Ishares MSCI Emerginag Mkts Index Fd | | | | | | | | | |
| 1496. -Ishares MSCI EATE Index Fd | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. -Ishares S&P Midcap 400 | | | | | | | | | |
| 1498. -Ishares S&P Small cap 600 | | | | | | | | | |
| 1499. Custody Acct #2 (Invest Adv Acct 100% .. Int) | | | | | | | | | |
| 1500. -Central York PA Sch 3.0-2015 | | | | T | Buy | 10/15/09 | M | | |
| 1501. -SEI Tax Exempt Trust | B | Interest | O | T | | | | | |
| 1502. -Laurel PA 3.0 - 2009 | | None | | | Matured | 11/12/09 | M | | |
| 1503. -Monroe City PA 2.8-2016 | | | | T | Buy | 09/22/09 | M | | |
| 1504. -PA State 5.0 - 2010 | B | Interest | M | T | | | | | |
| 1505. -PA State 5.0 - 2013 | | None | M | T | | | | | |
| 1506. -PA State 5.0 - 2023 | | None | M | U | | | | | |
| 1507. -Red Lion PA Sch Dist 3.0-2013 | | | | T | Buy | 10/05/09 | M | | |
| 1508. -Ltd Partnerships -- | | | | | | | | | |
| 1509. -J&S Realty Assocs, Markham, Ontario CN, ..Real Estate | D | Distribution | K | W | | | | | |
| 1510. -Agilent Tech Inc | | None | M | T | | | | | |
| 1511. -Allied Cap Corp New | | None | | | Sold | 08/20/09 | J | | |
| 1512. -Aqua America Inc | B | Dividend | L | T | | | | | |
| 1513. -Auto Data Proc | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. -BJW Inc (S Corporation), Alexandria,VA | | None | K | U | | | | | |
| 1515. -Bemis Co | C | Dividend | L | T | | | | | |
| 1516. -City Nat'l Corp | B | Dividend | L | T | | | | | |
| 1517. -Corning Inc | B | Dividend | L | T | | | | | |
| 1518. -Fairpoint Comm | | None | | T | Sold | 08/20/09 | J | | |
| 1519. -General Electric Co | | None | | T | Sold | 08/20/09 | L | | |
| 1520. -Great Plains Energy Inc | C | Dividend | M | T | Buy | 08/20/09 | L | | |
| 1521. -Hewlett-Packard Co | D | Dividend | P1 | T | Sold (part) | 08/20/09 | L | | |
| 1522. -Johnson & Johnson | E | Dividend | O | T | | | | | |
| 1523. -J P Morgan Chase & Co | B | Dividend | M | T | | | | | |
| 1524. -Kimberly Clark Corp | D | Dividend | N | T | | | | | |
| 1525. -Lilly (Eli) & Co | E | Dividend | N | T | | | | | |
| 1526. -Merck & Co | E | Dividend | N | T | | | | | |
| 1527. -Monsanto Co New | A | Dividend | M | T | Buy | 08/20/09 | M | | |
| 1528. -Pepsico Inc | D | Dividend | M | T | | | | | |
| 1529. -Pitney Bowes Inc | C | Dividend | L | T | | | | | |
| 1530. -Procter & Gamble | E | Dividend | O | T | Sold (part) | 08/20/09 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1531. -Smucker J M Co | C | Dividend | M | T | Buy | 08/20/09 | L | | |
| 1532. -3M Co | D | Dividend | N | T | | | | | |
| 1533. -United Tech Inc | B | Dividend | L | T | | | | | |
| 1534. -Verizon Communications | D | Dividend | M | T | | | | | |
| 1535. Agency Acct #1 | | | | | | | | | |
| 1536. -Hillman-Burgettstown Mineral Acct (2.6% ..Income Int) | | None | J | U | Coal Royalty | | | | |
| 1537. Broker A/C #1 (100% Interest) | | | | | | | | | |
| 1538. -Abbott Laboratories | C | Dividend | L | T | | | | | |
| 1539. -Alberto Culver Co New | A | Dividend | K | T | | | | | |
| 1540. -Alliance Wordwide Privatization Fnd. Cl A | B | Dividend | L | T | | | | | |
| 1541. -Allscripts Healthcare | | None | L | T | | | | | |
| 1542. -Amazon Com Inc | | None | L | T | Buy | 04/21/09 | L | | |
| 1543. -Amer International Group Inc | | None | | | Sold | 10/22/09 | J | | |
| 1544. -Applied Microcircuits Corp | | None | K | T | | | | | |
| 1545. -Ariba Inc - New | | None | L | T | | | | | |
| 1546. -Bank of America Corp | A | Dividend | M | T | Buy | 03/16/09 | K | | |
| 1547. -Bank of America Corp | | | | | Sold (part) | 05/07/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. -Barnes & Noble Inc | B | Dividend | K | T | | | | | |
| 1549. -Bristol Myers Squibb Co | B | Dividend | L | T | | | | | |
| 1550. -Burlington Northern Santa Fe | A | Dividend | | | Sold | 11/09/09 | L | F | |
| 1551. -Carefusion Corp | | None | | T | Buy | 11/09/09 | L | | |
| 1552. -China Fund Inc | C | Dividend | L | T | Buy | 06/10/09 | L | | |
| 1553. -Citigroup Inc | A | Dividend | J | T | Buy | 10/22/09 | J | | |
| 1554. -Citigroup Inc | | | | T | Sold (part) | 11/23/09 | J | | |
| 1555. -Coach Inc | A | Dividend | M | T | | | | | |
| 1556. -Coca Cola Co | C | Dividend | L | T | | | | | |
| 1557. -Comcast Corp Cl A | A | Dividend | K | T | | | | | |
| 1558. -Comcast Corp Cl A - Spl | A | Dividend | K | T | | | | | |
| 1559. -Corning Inc | A | Dividend | K | T | | | | | |
| 1560. -CVS Caremark Corp | | | | T | Buy | 08/24/09 | L | | |
| 1561. -CVS Caremark Corp | A | Dividend | L | T | Buy | 11/09/09 | K | | |
| 1562. -Cypress Semiconductor Corp Del | | None | K | T | | | | | |
| 1563. -Dow Chemical | A | Dividend | K | T | | | | | |
| 1564. -E I duPont deNemours | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. -Electro-Optical Sciences Inc | | | | T | Buy | 08/31/09 | K | | |
| 1566. -Emerson Electric | B | Dividend | K | T | | | | | |
| 1567. -Eneri Inc New | | | | | Buy | 10/16/09 | L | | |
| 1568. -Exxon Mobil Corp | D | Dividend | N | T | | | | | |
| 1569. -FPL Group Inc | B | Dividend | L | T | | | | | |
| 1570. -FEI Co | | None | L | T | | | | | |
| 1571. -Fairpoint Comm | B | Dividend | | T | Sold | 10/22/09 | J | | |
| 1572. -Flextronics Int'l Ltd USD | | None | L | T | | | | | |
| 1573. Gamestop Corp New CLA | | None | K | T | | | | | |
| 1574. -General Electric Co | D | Dividend | M | T | | | | | |
| 1575. -General Mills Inc | B | Dividend | L | T | Buy | 04/21/09 | L | | |
| 1576. -Glaxo Smithkline | B | Dividend | K | T | | | | | |
| 1577. -Google Inc | | None | M | T | | | | | |
| 1578. -Hanesbrands Inc | | None | L | T | | | | | |
| 1579. -H J Heinz Co | C | Dividend | L | T | | | | | |
| 1580. -Hologic Inc | | None | K | T | | | | | |
| 1581. -Home Depot Inc | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1582. -Hospira Inc | A | Dividend | L | T | | | | | |
| 1583. -JP Morgan Chase & CO | A | Dividend | L | T | | | | | |
| 1584. -Johnson & Johnson | B | Dividend | L | T | | | | | |
| 1585. -Macy's Dept Store | A | Dividend | J | T | | | | | |
| 1586. -Mastercard Inc | A | Dividend | L | T | Buy | 07/22/09 | L | | |
| 1587. -Medco Hlth Solutions Inc | | None | M | T | | | | | |
| 1588. -Memc Electronic Mtls Inc | | None | K | T | Buy | 12/15/09 | J | | |
| 1589. -Merck & Co Inc | C | Dividend | M | T | | | | | |
| 1590. -Microsoft Corp | B | Dividend | L | T | | | | | |
| 1591. -Netflix Inc | | None | | | Sold (part) | 04/06/09 | L | | |
| 1592. -Nutri/Systens Inc | B | Dividend | L | T | | | | | |
| 1593. -Orion Energy Sys | | None | | | Sold | 11/12/09 | K | | |
| 1594. -Otix Global Inc (rec fr Sonic Innovations name chg) | | None | J | T | | 06/17/09 | J | | |
| 1595. -Otix Global Inc | | | | | Sold | 10/22/09 | J | | |
| 1596. -Pepsico Inc | C | Dividend | M | T | | | | | |
| 1597. -Pfizer Inc | D | Dividend | M | T | | | | | |
| 1598. -Pfizer Inc (rec fr Wyeth Merger) | | | | T | | 10/16/09 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1599. -Procter & Gamble Co | B | Dividend | K | T | | | | | |
| 1600. -Ralclip Hldgs Inc New | | None | L | T | | | | | |
| 1601. -Rochester Med Grp | | None | K | T | | | | | |
| 1602. -Royal Dutch Shell | B | Dividend | K | T | | | | | |
| 1603. -Sally Beauty Hldgs Inc | | None | L | T | | | | | |
| 1604. -Sanofi-Synthelabo | C | Dividend | M | T | | | | | |
| 1605. -Sara Lee Corp | B | Dividend | K | T | | | | | |
| 1606. -Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 1607. -Smucker J M Co New | A | Dividend | L | T | Buy | 08/31/09 | L | | |
| 1608. -Sonic Innovations Inc (name chg to Otix Glbl) | | | | | | 06/17/09 | J | | |
| 1609. -Suncor Energy | A | Dividend | K | T | Buy | 02/02/09 | K | | |
| 1610. -Sunpower Grp Cl A | | None | | T | Buy | 11/12/09 | K | | |
| 1611. -Sunpower Grp Cl B | | None | K | T | Sold (part) | 12/15/09 | K | | |
| 1612. -Teco Energy, Inc | B | Dividend | K | T | | | | | |
| 1613. -Teva Pharmaceutical | A | Dividend | L | T | | | | | |
| 1614. -3M Co | D | Dividend | M | T | | | | | |
| 1615. -Unilever NV New York Shs New | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1616. -Verizon | C | Dividend | L | T | | | | | |
| 1617. -Wal-Mart Stores Inc | B | Dividend | L | T | | | | | |
| 1618. -Watts Wtr Technologies Inc | A | Dividend | L | T | | | | | |
| 1619. -Wyeth (merged into Pfizer) | B | Dividend | | T | Merged (with line 1598) | 10/06/09 | L | | |
| 1620. -Zimmer Holdings Inc | | None | L | T | | | | | |
| 1621. -Templeton Developing Mkts | B | Dividend | M | T | | | | | |
| 1622. -India Fund Inc | B | Dividend | M | T | | | | | |
| 1623. -Templeton Russia E Europe Fd Inc | B | Dividend. | L | T | Buy | 11/12/09 | J | | |
| 1624. -Templeton Russia E Europe Fd Inc | | | | T | Sold (part) | 12/15/09 | J | | |
| 1625. -Bank of Baroda-NY 0.4-2010 | | None | M | T | Buy | 09/01/09 | M | | |
| 1626. -Beal Bank - TX 0.3-2010 | | None | M | T | Buy | 09/01/09 | M | | |
| 1627. -Smith Barney Money Funds | E | Dividend | O | T | Mon Mkt Inv | | | | |
| 1628. Agency Acct #2 (100% Interest) | | | | | | | | | |
| 1629. -Blackrock US Treas MM Fd #02 | A | Dividend | K | T | Mon Mkt Inv | | | | |
| 1630. -State Lease 195 (Operated by Gulf Stream ..Resources,Inc) | | (No income) | | | | | | | |
| 1631. -Rycade Lease Section 28 (operated by ..Termo Co) | | (No income) | | | | | | | |
| 1632. Note Rec from Ron Bacon* (D/B/A Village ..Deli) (*default) | | None | L | U | | | | | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

# VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1633. Trust #11 (6.25% income interest) | C | Dividend | L | T | | | K | E | See Section VIII #1 |
| 1634. -Cisco Systems Inc | | | | | | | | | |
| 1635. -Exxon Mobil Corp | | | | | Sold (part) | 01/06/09 | | | |
| 1636. -Johnson & Johnson | | | | | | | | | |
| 1637. -Pfizer Inc | | | | | | | | | |
| 1638. -PPG Industries Inc | | | | | | | | | |
| 1639. -Blackrock US Treas Inst Cl Fd #02 | | | | | Mon Mkt Inv | | | | |
| 1640. -Calamos Growth Fund #606 | | | | | Sold (part) | 01/05/09 | | | |
| 1641. -Harbor Fund Int'l #11 | | | | | Sold (part) | 01/05/09 | | | |
| 1642. -Jennison 20/20 Focus Fd | | | | | Buy | 05/05/09 | | | |
| 1643. Trust #12 (6.25% income interest) | C | Dividend | N | T | | | K | D | See Section VIII #1 |
| 1644. -Blackrock MM Fund #01 | | | | | Mon Mkt Inv | | | | |
| 1645. -Agilent Tech | | | | | | | | | |
| 1646. -Allergan Inc | | | | | Buy | 07/10/09 | P4 | | |
| 1647. -Amgen Inc | | | | | | | | | |
| 1648. -Apple Inc | | | | | Buy | 07/10/09 | | | |
| 1649. -Bank of America | | | | | Sold | 07/10/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1650. -Baxter Intl Inc | | | | | Buy | 07/10/09 | | | |
| 1651. -Becton Dickinson & Co | | | | | Buy | 07/10/09 | | | |
| 1652. -Boeing Co | | | | | | | | | |
| 1653. -Bristol Myers Squibb Co | | | | | Buy | 07/10/09 | | | |
| 1654. -Cisco Systems Inc | | | | | Buy | 07/10/09 | | | |
| 1655. -Citigroup Inc | | | | | Sold | 01/06/09 | | | |
| 1656. -Costco Wholesale Corp | | | | | Sold | 07/10/09 | | | |
| 1657. -EQT Corp | | | | | Buy | 01/02/09 | | | |
| 1658. -EQT Corp | | | | | Sold (part) | 07/10/09 | | | |
| 1659. -Equitable Resourses Inc | | | | | | | | | |
| 1660. -Exxon Mobil Corp | | | | | Sold (part) | 01/06/09 | | | |
| 1661. -Exxon Mobil Corp | | | | | Sold (part) | 07/10/09 | | | |
| 1662. -FPL Group | | | | | Buy | 07/10/09 | | | |
| 1663. -Fairpoint Comm | | | | | Sold | 01/06/09 | | | |
| 1664. -General Electric Co | | | | | | | | | |
| 1665. -Goldman Sachs Group Inc | | | | | Buy | 07/10/09 | | | |
| 1666. -Google Inc Cl A | | | | | Buy | 07/10/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1667. -Hewlett-Packard Co | | | | | | | | | |
| 1668. -Ingersoll Rand | | | | | Sold | 01/06/09 | | | |
| 1669. -Intel Corp | | | | | | | | | |
| 1670. -Int'l Business Machines Corp | | | | | | | | | |
| 1671. -Johnson & Johnson | | | | | | | | | |
| 1672. -Legg Mason Inc | | | | | Sold | 01/06/09 | | | |
| 1673. -McDonalds Corp | | | | | | | | | |
| 1674. -McKesson Corp | | | | | Buy | 07/10/09 | | | |
| 1675. -Medco Hlth Solutions Inc | | | | | Buy | 07/10/09 | | | |
| 1676. -Medtronic Inc | | | | | | | | | |
| 1677. -Microsoft Corp | | | | | Buy | 07/10/09 | | | |
| 1678. -Oracle Corp | | | | | Buy | 07/10/09 | | | |
| 1679. -Pepsico Inc | | | | | | | | | |
| 1680. -Pepsico Inc | | | | | Buy | 07/10/09 | | | |
| 1681. -PPG Industries Inc | | | | | | | | | |
| 1682. -Praxair Inc | | | | | Buy | 07/10/09 | | | |
| 1683. -Procter & Gamble Co | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1684. -Schlumberger Ltd | | | | | Buy | 07/10/09 | | | |
| 1685. -St Jude Medical Co | | | | | Buy | 07/10/09 | | | |
| 1686. -State Street Corp | | | | | Buy | 07/10/09 | | | |
| 1687. -Stryker Corp | | | | | | | | | |
| 1688. -Teva Pharmaceutical Inds Ltd ADR | | | | | | | | | |
| 1689. -Transocean Ltd | | | | | Buy | 07/10/09 | | | |
| 1690. -Unilever NV New York Shs New | | | | | | | | | |
| 1691. -Union Pacific Corp | | | | | Buy | 07/10/09 | | | |
| 1692. -United Health Group Inc | | | | | Buy | 07/10/09 | | | |
| 1693. -United Technologies Corp | | | | | Buy | 07/10/09 | | | |
| 1694. -Verizon | | | | | | | | | |
| 1695. -Artisan Fds Inc Int'l Fd #661 | | | | | Sold | 07/08/09 | | | |
| 1696. -Fidelity Adv Diversity Int'l Fd #734 | | | | | Sold | 07/08/09 | | | |
| 1697. -Ishares Trust MSCI Emerging Index Fd | | | | | Sold | 07/10/09 | | | |
| 1698. -Ishares Trust MSCI EAFE Index Fd | | | | | | | | | |
| 1699. -Janus Mid Cap Value Fd | | | | | Sold | 07/08/09 | | | |
| 1700. -R S Investment Mgmt Small Co Gr Fund | | | | | Sold | 01/05/09 | | | |

1. Income Gain Codes: (See Columns B1 and D4) — A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3) — J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3. Value Method Codes: (See Column C2) — Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1701. Fiduciary Positions - - | | | | | | | | | |
| 1702. Trust #13 (No income rec'd) | | None | N | T | | | L | E | See Section VIII #1 |
| 1703. -BNY Mellon Nat'l Muni MM Fd | | | | | Mon Mkt Inv | | | | |
| 1704. -AT&T Inc | | | | | | | | | |
| 1705. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 1706. -Accenture Ltd (merged into Accenture PLC) | | | | | Merged (with line 1707) | 09/01/09 | | | |
| 1707. -Accenture PLC (recd fr Accenture Ltd merger) | | | | | | 09/01/09 | | | |
| 1708. -Adobe Sys Inc | | | | | Sold | 02/26/09 | | | |
| 1709. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 1710. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 1711. -Alliance Data Systems Corp | | | | | | | | | |
| 1712. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 1713. -Amgen Inc | | | | | | | | | |
| 1714. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 1715. -AOL Inc (rec fr Time Warner) | | | | | Spinoff (from line 1840) | 12/11/09 | | | |
| 1716. -Apache Corp | | | | | | | | | |
| 1717. -Apple Computer Inc | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1718. -Apollo Group Inc | | | | | | | | | |
| 1719. -Autoliv Inc | | | | | Buy | 06/02/09 | | | |
| 1720. -Bank of America Corp | | | | | Sold (part) | 01/29/09 | | | |
| 1721. -Bank of America Corp | | | | | Sold | 02/11/09 | | | |
| 1722. -Bank of America Corp | | | | | Buy | 05/12/09 | | | |
| 1723. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 1724. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 1725. -Best Buy Inc | | | | | Sold | 09/16/09 | | | |
| 1726. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 1727. -Broadcom Corp Cl A | | | | | Buy | 02/26/09 | | | |
| 1728. -Broadcom Corp Cl A | | | | | Sold | 11/06/09 | | | |
| 1729. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 1730. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 1731. -Cisco Systems Inc | | | | | Sold (part) | 02/26/09 | | | |
| 1732. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 1733. -Coca Cola Co | | | | | | | | | |
| 1734. -Colgate Palmolive Co | | | | | Sold | 09/02/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1735. -Companhia Vale Do Rio Doce (name chg to Vale SA-Sp ADR) | | | | | | 05/28/09 | | | |
| 1736. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 1737. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 1738. -CVS/Caremark Corp | | | | | | | | | |
| 1739. -Danaher Corp | | | | | | | | | |
| 1740. -Darden Restaurants Inc | | | | | Sold | 05/28/09 | | | |
| 1741. -Dell Inc | | | | | | | | | |
| 1742. -Du Pont E I De Nemours | | | | | Buy | 04/17/09 | | | |
| 1743. -EMC Corp | | | | | Buy | 07/21/09 | | | |
| 1744. -EMC Corp | | | | | Buy | 08/03/09 | | | |
| 1745. -Emerson El Co | | | | | Sold | 03/19/09 | | | |
| 1746. -Ensco Int'l Co | | | | | Sold | 01/05/09 | | | |
| 1747. -Estee Lauder Cos Cl A | | | | | Sold | 03/06/09 | | | |
| 1748. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 1749. -Exxon Mobil Corp | | | | | | | | | |
| 1750. -Fairpoint Comm | | | | | Sold | 03/06/09 | | | |
| 1751. -Fedex Corp | | | | | | | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1752. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 1753. -First Horizon Natl Corp | | | | | | | | | |
| 1754. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 1755. -GAP Inc | | | | | Sold (part) | 01/26/09 | | | |
| 1756. -GAP Inc | | | | | Sold | 02/09/09 | | | |
| 1757. -General Electric Co | | | | | | | | | |
| 1758. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 1759. -Gilead Sciences Inc | | | | | Sold | 12/07/09 | | | |
| 1760. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 1761. -Halliburton Co | | | | | | | | | |
| 1762. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 1763. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 1764. -Hewlett Packard Co | | | | | Buy | 08/26/09 | | | |
| 1765. -Home Depot | | | | | | | | | |
| 1766. -Home Depot | | | | | Buy | 09/16/09 | | | |
| 1767. -Honeywell Int'l Inc | | | | | | | | | |
| 1768. -Hospira Inc | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)*

☐ NONE. *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer seller (if private transaction) |
| 1769. -Human Genome Sciences Inc | | | | | Buy | 12/08/09 | | | |
| 1770. -IBM | | | | | Sold (part) | 08/26/09 | | | |
| 1771. -Intel Corp | | | | | | | | | |
| 1772. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 1773. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 1774. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 1775. -Juniper Networks Inc | | | | | | | | | |
| 1776. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 1777. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 1778. -Kbr Inc | | | | | Sold (part) | 09/10/09 | | | |
| 1779. -Keycorp New | | | | | Sold | 05/29/09 | | | |
| 1780. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 1781. -Limited Brands Inc | | | | | Buy | 10/08/09 | | | |
| 1782. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 1783. -Lorillard Inc | | | | | Sold | 10/08/09 | | | |
| 1784. -McAfee Inc | | | | | Sold | 08/03/09 | | | |
| 1785. -McDonalds | | | | | Sold (part) | 03/20/09 | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1786. -McDonalds | | | | | Sold | 05/12/09 | | | |
| 1787. -McKesson Corp | | | | | Buy | 02/09/09 | | | |
| 1788. -McKesson Corp | | | | | Buy | 10/13/09 | | | |
| 1789. -Medtronic Inc | | | | | | | | | |
| 1790. -Merck & Co Inc | | | | | Bot | 03/18/09 | | | |
| 1791. -Merck & Co Inc (rec shs fr Schering Plough merger) | | | | | | 11/05/09 | | | |
| 1792. -Microsoft Corp | | | | | | | | | |
| 1793. -Molson Coors Brewing Co B | | | | | Sold | 03/18/09 | | | |
| 1794. -JP Morgan Chase & Co | | | | | | | | | |
| 1795. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 1796. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 1797. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 1798. -Mosiac Co | | | | | Sold | 04/17/09 | | | |
| 1799. -National Oilwell Varco Inc | | | | | Buy | 01/26/09 | | | |
| 1800. -National Oilwell Varco Inc | | | | | Sold | 04/29/09 | | | |
| 1801. -News Corp Inc | | | | | | | | | |
| 1802. -Nokia Corp Spon Adr | | | | | Sold | 07/21/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1803. -Norfolk Southern Corp | | | | | Buy | 11/06/09 | | | |
| 1804. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 1805. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 1806. -Novartis AG Spon Adr | | | | | Sold | 04/30/09 | | | |
| 1807. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |
| 1808. -Omnicom Group Inc | | | | | | | | | |
| 1809. -Oracle Corp | | | | | | | | | |
| 1810. -PNC Financial Svs Grp | | | | | Sold | 02/09/09 | | | |
| 1811. -Parker Hannifin Corp | | | | | | | | | |
| 1812. -Pepsico Inc | | | | | | | | | |
| 1813. -Pfizer Inc | | | | | | | | | |
| 1814. -Pfizer Inc | | | | | Buy | 07/10/09 | | | |
| 1815. -Phillip Morris | | | | | | | | | |
| 1816. -Praxir Inc | | | | | Sold (part) | 03/13/09 | | | |
| 1817. -Procter & Gamble | | | | | | | | | |
| 1818. -Qualcomm Inc | | | | | Sold (part) | 08/26/09 | | | |
| 1819. -Qualcomm Inc | | | | | Sold | 09/09/09 | | | |

1. Income Gain Codes: A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2) U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1820. -Raytheon Co | | | | | | | | | |
| 1821. -Ross Stores Inc | | | | | Sold (part) | 06/30/09 | | | |
| 1822. -Ross Stores Inc | | | | | Sold | 07/01/09 | | | |
| 1823. -Sempra Energy | | | | | | | | | |
| 1824. -Schering Plough Corp (merged into Merck & Co) | | | | | Merged (with line 1791) | 11/05/09 | | | |
| 1825. -Schwab Charles Corp New | | | | | | | | | |
| 1826. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 1827. -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 1828. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 1829. -State Street Corp | | | | | Sold | 12/16/09 | | | |
| 1830. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 1831. -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/06/09 | | | |
| 1832. -Target Corp | | | | | Buy | 06/04/09 | | | |
| 1833. -Textron Inc | | | | | | | | | |
| 1834. -Textron Inc | | | | | Buy | 09/10/09 | | | |
| 1835. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 1836. -Thermo Fisher Scientific Inc | | | | | Buy | 11/12/09 | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1837. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 1838. -Time Warner Cable Inc (recd fr Time Warner spinof) | | | | | Spinoff (from line 1837) | 04/02/09 | | | |
| 1839. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 1840. -Time Warner Inc (spinoff of AOL) | | | | | | 12/11/09 | | | |
| 1841. -Tyco Intl Ltd (merged into Tyco Intl Ltd-W/I) | | | | | Merged (with line 1842) | 03/19/09 | | | |
| 1842. -Tyco Intl Ltd-W/I (recd fr Tyco Intl Ltd-W/I) | | | | | | 03/19/09 | | | |
| 1843. -Tyco Intl Ltd-W/I | | | | | Buy | 03/19/09 | | | |
| 1844. -Unilever PLC ADR | | | | | Buy | 12/16/09 | | | |
| 1845. -US Bancorp Del | | | | | Sold | 01/26/09 | | | |
| 1846. -Vale SA-Sp ADR (rec fr Compania name chg) | | | | | | 05/28/09 | | | |
| 1847. -Veretex Pharmaceuticals Inc | | | | | | | | | |
| 1848. -Veretex Pharmaceuticals Inc | | | | | Buy | 03/10/09 | | | |
| 1849. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | |
| 1850. -Wal-Mart Stores Inc | | | | | Sold (part) | 05/12/09 | | | |
| 1851. -Wal-Mart Stores Inc | | | | | Sold (part) | 06/02/09 | | | |
| 1852. -Wells Fargo & Co New | | | | | Part Sold | 01/26/09 | | | |
| 1853. Whirlpool Corp | | | | | Buy | 09/02/09 | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1854. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 1855. -Wyeth | | | | | Sold | 07/10/09 | | | |
| 1856. -Xto Energy Inc | | | | | | | | | |
| 1857. -Ishares Tr S&P Small Cap | | | | | Buy | 01/05/09 | | | |
| 1858. -BNY Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 1859. -BNY Mellon Int'l Fund Cl M | | | | | | | | | |
| 1860. -BNY Mellon Mid Cap Stk Fund | | | | | | | | | |
| 1861. -BNY Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 1862. Trust #14 (No Benef Interest) | | | | | | | | | See Section VIII #2 |
| 1863. Trust #15 (No Benef Interest) | | | | | | | | | See Section VIII #2 |
| 1864. -Trust #17 (No Benef Interest) | None | | N | T | | | L | D | See Section VIII #2 |
| 1865. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 1866. -Dreyfus Diversified Intl | | | | | Buy | 06/29/09 | | | |
| 1867. -Dreyfus Diversified Intl | | | | | Sold (part) | 11/12/09 | | | |
| 1868. -Dreyfus Diversified Intl | | | | | Sold (part) | 12/23/09 | | | |
| 1869. -Dreyfus Diversified Intl | | | | | Buy | 12/31/09 | | | |
| 1870. -Dreyfus Premium Calif Tax Ex Bd Fd | | | | | Sold | 06/25/09 | | | |

1. Income Gain Codes (See Columns B1 and D4)
2. Value Codes (See Columns C1 and D3)
3. Value Method Codes (See Column C2)

A = $1,000 or less
B = $1,001 - $2,500
C = $2,501 - $5,000
D = $5,001 - $15,000
E = $15,001 - $50,000
F = $50,001 - $100,000
G = $100,001 - $1,000,000
H1 = $1,000,001 - $5,000,000
H2 = More than $5,000,000
J = $15,000 or less
K = $15,001 - $50,000
L = $50,001 - $100,000
M = $100,001 - $250,000
N = $250,001 - $500,000
O = $500,001 - $1,000,000
P1 = $1,000,001 - $5,000,000
P2 = $5,000,001 - $25,000,000
P3 = $25,000,001 - $50,000,000
P4 = More than $50,000,000
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash Market
U = Book Value
V = Other
W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1871. -Hussman Strategic Growth Fd | | | | | Buy | 11/12/09 | | | |
| 1872. -Hussman Strategic Growth Fd | | | | | Sold (part) | 12/23/09 | | | |
| 1873. -Hussman Strategic Total Ret | | | | | Buy | 11/12/09 | | | |
| 1874. -Hussman Strategic Total Ret | | | | | Sold (part) | 12/23/09 | | | |
| 1875. -Ishares S/P GSCI Commodity-Ind | | | | | Buy | 06/29/09 | | | |
| 1876. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold | 06/25/09 | | | |
| 1877. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 06/25/09 | | | |
| 1878. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 06/29/09 | | | |
| 1879. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 07/01/09 | | | |
| 1880. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 08/03/09 | | | |
| 1881. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 09/01/09 | | | |
| 1882. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 10/01/09 | | | |
| 1883. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 11/02/09 | | | |
| 1884. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold (part) | 11/12/09 | | | |
| 1885. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 12/18/09 | | | |
| 1886. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Sold (part) | 12/23/09 | | | |
| 1887. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 06/25/09 | | | |

1 Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1888. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 11/12/09 | | | |
| 1889. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 12/23/09 | | | |
| 1890. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Sold | 06/25/09 | | | |
| 1891. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Buy | 06/29/09 | | | |
| 1892. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Buy | 11/12/09 | | | |
| 1893. -BNY Mellon Nat'l Inter Muni Bond Fd Cl M | | | | | Sold (part) | 12/23/09 | | | |
| 1894. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Buy | 06/29/09 | | | |
| 1895. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Buy | 11/12/09 | | | |
| 1896. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 12/23/09 | | | |
| 1897. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold (part) | 06/25/09 | | | |
| 1898. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold (part) | 11/12/09 | | | |
| 1899. -BNY Mellon Small Cap Stk Fd Cl M | | | | | Sold (part) | 12/23/09 | | | |
| 1900. -AT&T | | | | | Sold | 06/29/09 | | | |
| 1901. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 1902. -Accenture Ltd | | | | | Sold | 06/29/09 | | | |
| 1903. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 1904. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1905. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 1906. -Alliance Data Sys Corp | | | | | Sold | 06/29/09 | | | |
| 1907. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 1908. -Amerprise Finl Inc | | | | | Sold | 06/29/09 | | | |
| 1909. -Amgen | | | | | | | | | |
| 1910. -Amgen | | | | | Buy | 04/29/09 | | | |
| 1911. -Amgen | | | | | Sold | 06/29/09 | | | |
| 1912. -Apache Corp | | | | | Sold | 06/29/09 | | | |
| 1913. -Apple Inc | | | | | Sold | 06/29/09 | | | |
| 1914. -Autoliv Inc | | | | | Buy | 06/02/09 | | | |
| 1915. -Autoliv Inc | | | | | Sold | 06/29/09 | | | |
| 1916. -Bank of America | | | | | Sold (part) | 01/29/09 | | | |
| 1917. -Bank of America | | | | | Sold | 02/11/09 | | | |
| 1918. -Bank of America | | | | | Buy | 05/12/09 | | | |
| 1919. -Bank of America | | | | | Buy | 06/18/09 | | | |
| 1920. -Bank of America | | | | | Sold | 06/29/09 | | | |
| 1921. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1922. -Best Buy Inc | | | | | Sold | 06/29/09 | | | |
| 1923. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 1924. -Blackrock Inc | | | | | Sold | 06/29/09 | | | |
| 1925. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 1926. -Broadcom Corp | | | | | Sold | 06/29/09 | | | |
| 1927. -CVS Caremark Corp | | | | | Sold | 06/29/09 | | | |
| 1928. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 1929. -Chubb Corp | | | | | Sold | 06/29/09 | | | |
| 1930. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 1931. -Cigna Corp | | | | | Sold | 06/29/09 | | | |
| 1932. -Cisco Sys Inc | | | | | Sold (part) | 02/26/09 | | | |
| 1933. -Cisco Sys Inc | | | | | Sold | 06/29/09 | | | |
| 1934. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 1935. -Coca Cola Enterprises Inc | | | | | Sold | 06/29/09 | | | |
| 1936. -Colgate Palmolive | | | | | Sold | 06/29/09 | | | |
| 1937. -Companhia Vale Do Rio Doce (name chg to Vale SP-Sa ADR) | | | | | | 05/28/09 | | | |
| 1938. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |

| 1 Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1939. -Concophillips | | | | | Sold | 06/29/09 | | | |
| 1940. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 1941. -Cummins Inc | | | | | Sold | 06/29/09 | | | |
| 1942. -Danahan Corp | | | | | Sold | 06/29/09 | | | |
| 1943. -Darden Restaurants Inc | | | | | Sold | 05/27/09 | | | |
| 1944. -Dell Inc | | | | | Sold | 06/29/09 | | | |
| 1945. -Du Pont El De Nemours | | | | | Buy | 04/17/09 | | | |
| 1946. -Du Pont El De Nemours | | | | | Sold | 06/29/09 | | | |
| 1947. -Emerson Electric Co | | | | | Sold | 03/19/09 | | | |
| 1948. -Ensco International Inc | | | | | Sold | 01/02/09 | | | |
| 1949. -Estee Lauder Cos Cl A | | | | | Sold | 03/06/09 | | | |
| 1950. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 1951. -Exelon Corp | | | | | Sold | 06/29/09 | | | |
| 1952. -Exxon Mobil Corp | | | | | Sold | 06/29/09 | | | |
| 1953. -Fedex Corp | | | | | Sold | 06/29/09 | | | |
| 1954. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 1955. -First Horizon Nat'l Corp | | | | | Sold (part) | 06/29/09 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1956. -First Horizon Nat'l Corp | | | | | Sold (part) | 08/28/09 | | | |
| 1957. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 1958. -Franklin Res Inc | | | | | Sold | 06/29/09 | | | |
| 1959. -Gap Inc | | | | | Sold (part) | 01/26/09 | | | |
| 1960. -Gap Inc | | | | | Sold | 02/09/09 | | | |
| 1961. -General Electric Co | | | | | Sold | 06/29/09 | | | |
| 1962. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 1963. -Gilead Sciences Inc | | | | | Sold | 06/29/09 | | | |
| 1964. -Goldman Sachs Group Inc | | | | | Sold | 03/13/09 | | | |
| 1965. -Halliburton Co | | | | | Sold | 06/29/09 | | | |
| 1966. -Hess Corp | | | | | | | | | |
| 1967. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 1968. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 1969. -Hess Corp | | | | | Sold | 06/29/09 | | | |
| 1970. -Home Depot Inc | | | | | Sold | 06/29/09 | | | |
| 1971. -Honeywell Int'l Inc | | | | | Sold | 06/29/09 | | | |
| 1972. -Hospira Inc | | | | | Sold | 06/29/09 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M $100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
| 1973. -IBM Corp | | | | | Sold | 06/29/09 | | | |
| 1974. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 1975. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 1976. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 1977. -JP Morgan Chase & Co | | | | | | | | | |
| 1978. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 1979. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 1980. -JP Morgan Chase & Co | | | | | Sold | 06/29/09 | | | |
| 1981. -Juniper Networks Inc | | | | | | | | | |
| 1982. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 1983. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 1984. -Juniper Networks Inc | | | | | Sold (part) | 06/29/09 | | | |
| 1985. -Kbr Inc | | | | | Sold | 06/29/09 | | | |
| 1986. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 1987. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/02/09 | | | |
| 1988. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 1989. -Lorillard Inc | | | | | Sold | 06/29/09 | | | |

1 Income Gain Codes.      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2 Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
(See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1990. -McAfee Inc | | | | | Sold | 06/29/09 | | | |
| 1991. -Mc Donald's Corp | | | | | Sold (part) | 03/20/09 | | | |
| 1992. -Mc Donald's Corp | | | | | Sold | 05/12/09 | | | |
| 1993. -Mc Kesson Corp | | | | | Buy | 02/09/09 | | | |
| 1994. -Mc Kesson Corp | | | | | Sold | 06/29/09 | | | |
| 1995. -Medtronic Inc | | | | | Sold | 06/29/09 | | | |
| 1996. -Merck & Co Inc | | | | | Buy | 03/18/09 | | | |
| 1997. -Merck & Co Inc | | | | | Sold | 06/29/09 | | | |
| 1998. -Microsoft Corp | | | | | Buy | 01/02/09 | | | |
| 1999. -Microsoft Corp | | | | | Sold | 06/29/09 | | | |
| 2000. -Molson Coors Brewing Co | | | | | Sold | 03/18/09 | | | |
| 2001. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 2002. -Morgan Stanley | | | | | Sold | 06/29/09 | | | |
| 2003. -Mosiac Co | | | | | Sold | 04/17/09 | | | |
| 2004. -Natl Oilwell Varco Inc | | | | | Buy | 01/05/09 | | | |
| 2005. -Natl Oilwell Varco Inc | | | | | Sold | 04/29/09 | | | |
| 2006. -News Corp Inc | | | | | Sold | 06/29/09 | | | |

1 Income Gain Codes   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2007. -Nokia Corp | | | | | Sold | 06/29/09 | | | |
| 2008. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 2009. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 2010. -Novaritis AG Spon Adr | | | | | Sold | 04/29/09 | | | |
| 2011. -Occidental Petro Co | | | | | Buy | 04/28/09 | | | |
| 2012. -Occidental Petro Co | | | | | Sold | 06/29/09 | | | |
| 2013. -Omnicom Group Inc | | | | | Sold | 06/29/09 | | | |
| 2014. -Oracle Corp | | | | | Sold | 06/29/09 | | | |
| 2015. -PNC Financial Svcs Group | | | | | Sold | 02/09/09 | | | |
| 2016. -Parker Hannifin Corp | | | | | Sold | 06/29/09 | | | |
| 2017. -Pepsico Inc | | | | | Sold | 06/29/09 | | | |
| 2018. -Pfizer Inc | | | | | Sold | 06/29/09 | | | |
| 2019. -Phillip Morris Int'l W/I | | | | | Sold | 06/29/09 | | | |
| 2020. -Praxair Inc | | | | | Sold (part) | 03/13/09 | | | |
| 2021. -Praxair Inc | | | | | Sold | 06/29/09 | | | |
| 2022. -Procter & Gamble Co | | | | | Sold | 06/29/09 | | | |
| 2023. -Qualcomm Inc | | | | | Sold | 06/29/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2024. -Raytheon Co | | | | | Sold | 06/29/09 | | | |
| 2025. -Ross Stores Inc | | | | | Sold | 06/29/09 | | | |
| 2026. -St Jude Medical Inc | | | | | Sold | 06/24/09 | | | |
| 2027. -Schering Plough Corp | | | | | Sold | 06/29/09 | | | |
| 2028. -Schwab Chas Corp New | | | | | Sold | 06/29/09 | | | |
| 2029. -Senpra Energy | | | | | Sold | 06/29/09 | | | |
| 2030. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 2031. -State Street Corp | | | | | Sold | 06/29/09 | | | |
| 2032. -Target Corp | | | | | Buy | 01/02/09 | | | |
| 2033. -Target Corp | | | | | Buy | 06/15/09 | | | |
| 2034. -Target Corp | | | | | Sold | 06/29/09 | | | |
| 2035. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 2036. -Taiwan Semiconductor Mfg Co | | | | | Sold | 06/29/09 | | | |
| 2037. -Textron Inc | | | | | Sold | 06/29/09 | | | |
| 2038. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 2039. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2040. -Thermo Fisher Scientific Inc | | | | | Sold | 06/29/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2041. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 2042. -Time Warner Cable (rec fr Time Warner spinoff) | | | | | Spinoff (from line 2041) | 04/02/09 | | | |
| 2043. -Time Warner Cable | | | | | Sold | 06/29/09 | | | |
| 2044. -Time Warner Inc | | | | | Sold | 06/29/09 | | | |
| 2045. -Tyco Int'l Ltd W/I | | | | | | | | | |
| 2046. -Tyco Int'l Ltd W/I | | | | | Buy | 03/19/09 | | | |
| 2047. -Tyco Int'l Ltd W/I | | | | | Sold | 06/29/09 | | | |
| 2048. -US Bancorp | | | | | Sold | 01/26/09 | | | |
| 2049. -Vale SP-Sa ADR (rec fr Companhia name chg) | | | | | | 05/28/09 | | | |
| 2050. -Vale SP-Sa ADR | | | | | Sold | 06/29/09 | | | |
| 2051. -Veretex Pharmaceuticals | | | | | | | | | |
| 2052. -Vertex Pharmaceuticals | | | | | Buy | 03/10/09 | | | |
| 2053. -Vertex Pharmaceuticals | | | | | Sold | 06/29/09 | | | |
| 2054. -Visa Inc | | | | | Buy | 01/30/09 | | | |
| 2055. -Visa Inc | | | | | Sold | 06/29/09 | | | |
| 2056. -Wal Mart Stores | | | | | Sold (part) | 05/12/09 | | | |
| 2057. -Wal Mart Stores | | | | | Sold | 06/02/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2058. -Wells Fargo & Co New | | | | | Sold (part) | 01/26/09 | | | |
| 2059. -Wells Fargo & Co | | | | | Sold | 06/29/09 | | | |
| 2060. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 2061. -Wyeth | | | | | Sold | 06/29/09 | | | |
| 2062. -XTO Energy Inc | | | | | Buy | 01/02/09 | | | |
| 2063. -XTO Energy Inc | | | | | Sold | 06/29/09 | | | |
| 2064. Trust #18 (No Benef Interest) | | None | M | T | | | L | C | See Section VIII #1 |
| 2065. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 2066. --BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 11/24/09 | | | |
| 2067. -BNY Mellon Lge Cap Stk Fd | | | | | Sold (part) | 06/23/09 | | | |
| 2068. -BNY Mellon Lge Cap Stk Fd | | | | | Sold (part) | 11/24/09 | | | |
| 2069. -BNY Mellon Mid Cap Stk Fd Cl M | | | | | Sold (part) | 11/24/09 | | | |
| 2070. -BNY Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 09/22/09 | | | |
| 2071. -BNY Mellon Ntl Inter Muni Bd Fd Cl M | | | | | Sold (part) | 11/24/09 | | | |
| 2072. -BNY-Mellon Ntl S/T Muni Bd Fd | | | | | Buy | 11/24/09 | | | |
| 2073. -BNY Mellon Small Cap Stk Fd Cl M | | | | | | | | | |
| 2074. Trust #19 (No Benef Interest) | | None | N | T | | | L | D | See Section VIII #1 |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2075. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 2076. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 11/20/09 | | | |
| 2077. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 11/20/09 | | | |
| 2078. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 11/24/09 | | | |
| 2079. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Buy | 03/30/09 | | | |
| 2080. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 11/20/09 | | | |
| 2081. -BNY Mellon Natl Inter Muni Bd Fd Cl M | | | | | Buy | 11/24/09 | | | |
| 2082. -BNY Mellon Natl S/T Muni Bd Fd | | | | | Buy | 11/24/09 | | | |
| 2083. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Buy | 03/30/09 | | | |
| 2084. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold (part) | 11/20/09 | | | |
| 2085. -BNY Mellon U S Core | | | | | | | | | |
| 2086. -Ishares S&P GSCI Commodity-Ind | | | | | Buy | 11/24/09 | | | |
| 2087. -AT&T | | | | | Sold (part) | 10/13/09 | | | |
| 2088. -AT&T | | | | | Sold | 11/24/09 | | | |
| 2089. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 2090. -Accenture Ltd (merged into Accenture PLC) | | | | | Merged (with line 2093) | 09/01/09 | | | |
| 2091. -Accenture PLC (recd fr Accenture Ltd merger) | | | | | | 09/01/09 | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2092. -Accenture PLC | | | | | Sold | 11/24/09 | | | |
| 2093. -Adobe Systems Inc | | | | | Sold | 02/26/09 | | | |
| 2094. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2095. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 2096. -Alliance Data Sys Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2097. -Alliance Data Sys Corp | | | | | Sold | 11/24/09 | | | |
| 2098. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 2099. -Amerprise Finl Inc | | | | | Sold | 11/24/09 | | | |
| 2100. -Amgen Inc | | | | | | | | | |
| 2101. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 2102. -Amgen Inc | | | | | Sold | 11/24/09 | | | |
| 2103. -Apache Corp | | | | | Sold | 11/24/09 | | | |
| 2104. -Apple Inc | | | | | Sold | 11/24/09 | | | |
| 2105. -Autoliv Inc | | | | | Buy | 06/15/09 | | | |
| 2106. -Autooiv Inc | | | | | Sold | 11/24/09 | | | |
| 2107. -Bank of America | | | | | Sold (part) | 01/29/09 | | | |
| 2108. -Bank of America | | | | | Sold | 02/11/09 | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2109. -Bank of America | | | | | Buy | 05/12/09 | | | |
| 2110. -Bank of America | | | | | Buy | 06/18/09 | | | |
| 2111. -Bank of America | | | | | Sold (part) | 10/13/09 | | | |
| 2112. -Bank of America | | | | | Sold | 11/24/09 | | | |
| 2113. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 2114. -Best Buy Inc | | | | | Sold | 09/16/09 | | | |
| 2115. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 2116. -Blackrock Inc | | | | | Sold | 11/24/09 | | | |
| 2117. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 2118. -Broadcom Corp | | | | | Sold | 11/06/09 | | | |
| 2119. -CVS Caremark Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2120. -CVS Caremark Corp | | | | | Sold | 11/24/09 | | | |
| 2121. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 2122. -Chubb Corp | | | | | Sold | 11/24/09 | | | |
| 2123. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 2124. -Cigna Corp | | | | | Sold | 11/24/09 | | | |
| 2125. -Cisco Sys Inc | | | | | Sold (part) | 02/26/09 | | | |

1. Income Gain Codes.       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       F =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less     K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                            P4 - More than $50,000,000
3. Value Method Codes        Q =Appraisal           R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value          V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2126. -Cisco Sys Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2127. -Cisco Sys Inc | | | | | Sold | 11/24/09 | | | |
| 2128. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 2129. -Coca Cola Enterprises Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2130. -Coca Cola Enterprises Inc | | | | | Sold | 11/24/09 | | | |
| 2131. -Colgate Palmolive Co | | | | | Sold | 09/02/09 | | | |
| 2132. -Companhia Vale Do Rio Doce (name chg to Vale SP-Sa ADR) | | | | | | 05/28/09 | | | |
| 2133. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 2134. -Concophillips | | | | | Sold (part) | 10/13/09 | | | |
| 2135. -Concophillips | | | | | Sold | 11/24/09 | | | |
| 2136. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 2137. -Cummins Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2138. -Cummins Inc | | | | | Sold | 11/24/09 | | | |
| 2139. -Danaher Corp | | | | | Sold | 11/24/09 | | | |
| 2140. -Darden Restaurants Inc | | | | | Sold | 05/27/09 | | | |
| 2141. -Dell Inc | | | | | | | | | |
| 2142. -Du Pont El De Nwemours | | | | | Buy | 04/17/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2143. -Du Pont El De Nwemours | | | | | Sold | 11/24/09 | | | |
| 2144. -EMC Corp | | | | | Buy | 07/22/09 | | | |
| 2145. -EMC Corp | | | | | Buy | 08/04/09 | | | |
| 2146. -EMC Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2147. -EMC Corp | | | | | Sold | 11/24/09 | | | |
| 2148. -Emerson Electric Co | | | | | Sold | 03/20/09 | | | |
| 2149. -Ensco Int'l Inc | | | | | Sold | 01/02/09 | | | |
| 2150. -Estee Lauder Cos Cl A | | | | | Sold | 03/09/09 | | | |
| 2151. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 2152. -Exelon Corp | | | | | Sold | 11/24/09 | | | |
| 2153. -Exxon Mobil Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2154. -Exxon Mobil Corp | | | | | Sold | 11/24/09 | | | |
| 2155. -Fedex Corp | | | | | Sold | 11/24/09 | | | |
| 2156. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 2157. -First Horizon Nat'l Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2158. -First Horizon Nat'l Corp | | | | | Sold | 11/24/09 | | | |
| 2159. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2160. -Franklin Res Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2161. -Franklin Res Inc | | | | | Sold | 11/24/09 | | | |
| 2162. -Gap Inc | | | | | Sold (part) | 01/26/09 | | | |
| 2163. -Gap Inc | | | | | Sold | 02/09/09 | | | |
| 2164. -General Electric Co | | | | | Sold (part) | 10/13/09 | | | |
| 2165. -General Electric Co | | | | | Sold | 11/24/09 | | | |
| 2166. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 2167. -Gilead Sciences Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2168. -Gilead Sciences Inc | | | | | Sold | 11/24/09 | | | |
| 2169. -Goldman Sachs Group Inc | | | | | Sold | 03/13/09 | | | |
| 2170. -Google Inc | | | | | Buy | 08/26/09 | | | |
| 2171. -Google Inc | | | | | Sold | 11/24/09 | | | |
| 2172. -Halliburton Co | | | | | Sold (part) | 10/13/09 | | | |
| 2173. -Halliburton Co | | | | | Sold | 11/24/09 | | | |
| 2174. -Hess Corp | | | | | | | | | |
| 2175. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 2176. -Hess Corp | | | | | Buy | 03/20/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2177. -Hess Corp | | | | | Sold | 11/24/09 | | | |
| 2178. -Hewlett Packard Co | | | | | Buy | 08/26/09 | | | |
| 2179. -Hewlett Packard Co | | | | | Sold (part) | 10/13/09 | | | |
| 2180. -Hewlett Packard Co | | | | | Sold | 11/24/09 | | | |
| 2181. -Home Depot Inc | | | | | | | | | |
| 2182. -Home Depot Inc | | | | | Buy | 09/16/09 | | | |
| 2183. -Home Depot Inc | | | | | Sold | 11/24/09 | | | |
| 2184. -Honeywell Int'l Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2185. -Honeywell Int'l Inc | | | | | Sold | 11/24/09 | | | |
| 2186. -Hospira Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2187. -Hospira Inc | | | | | Sold | 11/24/09 | | | |
| 2188. -IBM Corp | | | | | Sold (part) | 08/26/09 | | | |
| 2189. -IBM Corp | | | | | Sold | 11/24/09 | | | |
| 2190. -Intel Corp | | | | | | | | | |
| 2191. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 2192. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 2193. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |

1. Income Gain Codes: A =$1,000 or less · B =$1,001 - $2,500 · C =$2,501 - $5,000 · D =$5,001 - $15,000 · E =$15,001 - $50,000
(See Columns B1 and D4) · F =$50,001 - $100,000 · G =$100,001 - $1,000,000 · H1 =$1,000,001 - $5,000,000 · H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less · K =$15,001 - $50,000 · L =$50,001 - $100,000 · M =$100,001 - $250,000
(See Columns C1 and D3) · N =$250,001 - $500,000 · O =$500,001 - $1,000,000 · P1 =$1,000,001 - $5,000,000 · P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000 · P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal · R =Cost (Real Estate Only) · S =Assessment · T =Cash Market
(See Column C2) · U =Book Value · V =Other · W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2194. -JP Morgan Chase & Co | | | | | | | | | |
| 2195. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 2196. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 2197. -JP Morgan Chase & Co | | | | | Sold (part) | 10/13/09 | | | |
| 2198. -JP Morgan Chase & Co | | | | | Sold | 11/24/09 | | | |
| 2199. -Juniper Networks Inc | | | | | | | | | |
| 2200. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 2201. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 2202. -Juniper Networks Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2203. -Juniper Networks Inc | | | | | Sold | 11/24/09 | | | |
| 2204. -Kbr Inc | | | | | Sold (part) | 09/10/09 | | | |
| 2205. -Kbr Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2206. -Kbr Inc | | | | | Sold | 11/24/09 | | | |
| 2207. -Keycorp New | | | | | Sold | 05/27/09 | | | |
| 2208. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 2209. -Limited Brands Inc | | | | | Buy | 10/08/09 | | | |
| 2210. -Limited Brands Inc | | | | | Sold (part) | 10/13/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K -$15,001 - $50,000 | L -$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S = Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2211. -Limited Brands Inc | | | | | Sold | 11/24/09 | | | |
| 2212. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 2213. -Lorillard Inc | | | | | Sold | 10/08/09 | | | |
| 2214. -McAfee Inc | | | | | Sold | 08/04/09 | | | |
| 2215. -Mc Donald's Corp | | | | | Sold (part) | 03/20/09 | | | |
| 2216. -Mc Donald's Corp | | | | | Sold | 05/12/09 | | | |
| 2217. -Mc Kesson Corp | | | | | Buy | 02/09/09 | | | |
| 2218. -Mc Kesson Corp | | | | | Sold | 11/24/09 | | | |
| 2219. -Medtronic Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2220. -Medtronic Inc | | | | | Sold | 11/24/09 | | | |
| 2221. -Merck & Co | | | | | Buy | 03/18/09 | | | |
| 2222. -Merck & Co (recd fr Schering Plough merger) | | | | | | 11/05/09 | | | |
| 2223. -Merck & Co | | | | | Sold | 11/24/09 | | | |
| 2224. -Microsoft Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2225. -Morgan Stanley | | | | | | | | | |
| 2226. -Morgan Stanley | | | | | Buy | 05/27/09 | | | |
| 2227. -Morgan Stanley | | | | | Sold (part) | 10/13/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2228. -Morgan Stanley | | | | | Sold | 11/24/09 | | | |
| 2229. -Molson Coors Breewing Co B | | | | | Sold | 03/18/09 | | | |
| 2230. -Mosaic Co | | | | | Sold | 04/17/09 | | | |
| 2231. -National Oilwell Vargo Inc | | | | | Buy | 01/02/09 | | | |
| 2232. -National Oilwell Vargo Inc | | | | | Sold | 04/28/09 | | | |
| 2233. -News Corp Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2234. -News Corp Inc | | | | | Sold | 11/24/09 | | | |
| 2235. -Nokia Corp Spon ADR | | | | | Sold | 07/21/09 | | | |
| 2236. -Norfolk Southern Corp | | | | | Buy | 11/06/09 | | | |
| 2237. -Norfolk Southern Corp | | | | | Sold | 11/24/09 | | | |
| 2238. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 2239. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 2240. -Novaritis AG Spon ADR | | | | | Sold | 04/29/09 | | | |
| 2241. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |
| 2242. -Occidental Petro Corp | | | | | Sold | 11/24/09 | | | |
| 2243. -Omnicom Group Inc | | | | | Sold | 11/24/09 | | | |
| 2244. -Oracle Corp | | | | | Sold (part) | 10/13/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2245. -Oracle Corp | | | | | Sold | 11/24/09 | | | |
| 2246. -PNC Financial Svs Grp | | | | | Sold | 02/09/09 | | | |
| 2247. -Parker Hannifin Cop | | | | | Sold | 11/24/09 | | | |
| 2248. -Pepsico Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2249. -Pepsico Inc | | | | | Sold | 11/24/09 | | | |
| 2250. -Pfizer Inc | | | | | | | | | |
| 2251. -Pfizer Inc | | | | | Buy | 07/13/09 | | | |
| 2252. -Pfizer Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2253. -Pfizer Inc | | | | | Sold | 11/24/09 | | | |
| 2254. -Phillip Morris Int-l Ltd W/I | | | | | Sold (part) | 10/13/09 | | | |
| 2255. -Phillip Morris Int-l Ltd W/I | | | | | Sold | 11/24/09 | | | |
| 2256. -Praxair Inc | | | | | Sold (part) | 10/13/09 | | | |
| 2257. -Praxair Inc | | | | | Sold | 11/24/09 | | | |
| 2258. -Procter & Gamble Co | | | | | Sold (part) | 10/13/09 | | | |
| 2259. -Procter & Gamble Co | | | | | Sold | 11/24/09 | | | |
| 2260. -Qualcomm Inc | | | | | Sold (part) | 08/26/09 | | | |
| 2261. -Qualcomm Inc | | | | | Sold | 09/09/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2262. -Raytheon Co | | | | | Sold (part) | 10/13/09 | | | |
| 2263. -Raytheon Co | | | | | Sold | 11/24/09 | | | |
| 2264. -Ross Stores Inc | | | | | Sold (part) | 06/30/09 | | | |
| 2265. -Ross Stores Inc | | | | | Sold | 07/01/09 | | | |
| 2266. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 2267. -St Jude Medical Inc | | | | | Sold | 10/13/09 | | | |
| 2268. -Schering Plough Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2269. -Schering Plough Corp (merged into Merck & Co) | | | | | Merged (with line 2222) | 11/05/09 | | | |
| 2270. -Schwab Chas Corp New | | | | | Sold | 11/24/09 | | | |
| 2271. -Sempra Energy | | | | | Sold (part) | 10/13/09 | | | |
| 2272. -Sempra Energy | | | | | Sold | 11/24/09 | | | |
| 2273. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 2274. -State Street Corp | | | | | Sold | 11/24/09 | | | |
| 2275. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 2276. -Taiwan Semiconductor Mfg Co | | | | | Sold (part) | 10/13/09 | | | |
| 2277. -Taiwan Semiconductor Mfg Co | | | | | Sold | 11/06/09 | | | |
| 2278. -Target Corp | | | | | Buy | 06/15/09 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2279. -Target Corp | | | | | Sold (part) | 10/13/09 | | | |
| 2280. -Target Corp | | | | | Sold | 11/24/09 | | | |
| 2281. -Textron Inc | | | | | | | | | |
| 2282. -Textron Inc | | | | | Buy | 09/10/09 | | | |
| 2283. -Textron Inc | | | | | Sold | 11/24/09 | | | |
| 2284. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 2285. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2286. -Thermo Fisher Scientific Inc | | | | | Buy | 11/12/09 | | | |
| 2287. -Thermo Fisher Scientific Inc | | | | | Sold | 11/24/09 | | | |
| 2288. -Time Warner Inc (spinoff Time Warner Cable) | | | | | | 04/02/09 | | | |
| 2289. -Time Warner Inc | | | | | Sold | 11/24/09 | | | |
| 2290. -Time Warner Cable Inc (recd fr Time Warner spinoff) | | | | | Spinoff (from line 2288) | 04/02/09 | | | |
| 2291. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 2292. -Tyco Int'l Ltd W/I | | | | | | | | | |
| 2293 -Tyco Int'l Ltd W/I | | | | | Buy | 03/19/09 | | | |
| 2294. -Tyco Int'l Ltd W/I | | | | | Sold (part) | 10/13/09 | | | |
| 2295. -Tyco Int'l Ltd W/I | | | | | Sold | 11/24/09 | | | |

1 Income Gain Codes:
(See Columns B1 and D4)
A =$1,000 or less
F =$50,001 - $100,000
B =$1,001 - $2,500
G =$100,001 - $1,000,000
C =$2,501 - $5,000
H1 =$1,000,001 - $5,000,000
D =$5,001 - $15,000
H2 =More than $5,000,000
E =$15,001 - $50,000

2 Value Codes
(See Columns C1 and D3)
J =$15,000 or less
N =$250,001 - $500,000
P3 =$25,000,001 - $50,000,000
K =$15,001 - $50,000
O =$500,001 - $1,000,000
L =$50,001 - $100,000
P1 =$1,000,001 - $5,000,000
P4 =More than $50,000,000
M =$100,001 - $250,000
P2 =$5,000,001 - $25,000,000

3 Value Method Codes
(See Column C2)
Q =Appraisal
U =Book Value
R =Cost (Real Estate Only)
V =Other
S =Assessment
W =Estimated
T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2296. -US Bancorp | | | | | Sold | 01/26/09 | | | |
| 2297. -Vale SP-Sa ADR (recd fr Camponhia name chg) | | | | | | 05/28/09 | | | |
| 2298. -Vale SP-Sa ADR | | | | | Sold (part) | 10/13/09 | | | |
| 2299. -Vale SP-Sa ADR | | | | | Sold | 11/24/09 | | | |
| 2300. -Veretex Pharmaceuticals Inc | | | | | | | | | |
| 2301. -Veretex Pharmaceuticals Inc | | | | | Buy | 03/10/09 | | | |
| 2302. -Veretex Pharmaceuticals Inc | | | | | Sold | 11/24/09 | | | |
| 2303. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | |
| 2304. -Visa Inc Cl A | | | | | Sold | 11/24/09 | | | |
| 2305. -Wal Mart Stores Inc | | | | | Sold (part) | 05/12/09 | | | |
| 2306. -Wal Mart Stores Inc | | | | | Sold | 06/02/09 | | | |
| 2307. -Wells Fargo & Co | | | | | Sold (part) | 01/26/09 | | | |
| 2308. -Wells Fargo & Co | | | | | Sold (part) | 10/13/09 | | | |
| 2309. -Wells Fargo & Co | | | | | Sold | 11/24/09 | | | |
| 2310. -Whirlpool Corp | | | | | Buy | 09/02/09 | | | |
| 2311. -Whirlpool Corp | | | | | Sold | 11/24/09 | | | |
| 2312. -Wyeth | | | | | Buy | 01/26/09 | | | |

1 Income Gain Codes       A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000       E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less     K =$15,001 - $50,000    L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal           R =Cost (Real Estate Only)  S =Assessment           T =Cash Market
  (See Column C2)         U =Book Value          V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2313. -Wyeth | | | | | Sold | 07/10/09 | | | |
| 2314. -Xto Energy | | | | | Sold (part) | 10/13/09 | | | |
| 2315. -Xto Energy | | | | | Sold | 11/24/09 | | | |
| 2316. -Trust #20 (No Benef Interest) | None | | N | T | | | K | | See Section VIII #1 |
| 2317. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 2318. -BNY Mellon Emerging Mkts Fd Cl M | | | | | | | | | |
| 2319. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 08/10/09 | | | |
| 2320. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Sold (part) | 08/14/09 | | | |
| 2321. -BNY Mellon Emerging Mkts Fd Cl M | | | | | Buy | 12/30/09 | | | |
| 2322. -BNY Mellon Intermediate Bond Fd | | | | | Buy | 12/30/09 | | | |
| 2323. -BNY Mellon Int'l Fund Cl M | | | | | | | | | |
| 2324. -BNY Mellon Int'l Fund Cl M | | | | | Buy | 08/10/09 | | | |
| 2325. -BNY Mellon Int'l Fund Cl M | | | | | Sold (part) | 08/14/09 | | | |
| 2326. -BNY Mellon Int'l Fund Cl M | | | | | Buy | 12/30/09 | | | |
| 2327. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 12/30/09 | | | |
| 2328. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Buy | 08/10/09 | | | |
| 2329. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Sold (part) | 08/14/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2330. -BNY Mellon Mid Cap Stock Fd Cl M | | | | | Buy | 12/30/09 | | | |
| 2331. -BNY Mellon Natl Inter Bond Fd | | | | | Buy | 12/30/09 | | | |
| 2332. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Buy | 12/30/09 | | | |
| 2333. -BNY Mellon Small Cap Stock Fd Cl M | | | | | | | | | |
| 2334. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Buy | 08/10/09 | | | |
| 2335. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Sold (part) | 08/12/09 | | | |
| 2336. -BNY Mellon Small Cap Stock Fd Cl M | | | | | Buy | 12/30/09 | | | |
| 2337. -BNY Mellon US Core Equity 130/30 Fd | | | | | Buy | 01/02/09 | | | |
| 2338. -BNY Mellon US Core Equity 130/30 Fd | | | | | Sold (part) | 08/14/09 | | | |
| 2339. -AT&T | | | | | Sold (part) | 08/12/09 | | | |
| 2340. -AT&T | | | | | Sold | 08/18/09 | | | |
| 2341. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 2342. -Accenture Ltd | | | | | Sold (part) | 08/12/09 | | | |
| 2343. -Accenture Ltd | | | | | Sold | 08/18/09 | | | |
| 2344. -Adobe Sys Inc | | | | | Sold | 02/26/09 | | | |
| 2345. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2346. -Aetna Inc | | | | | Sold | 06/18/09 | | | |

| 1. Income Gain Codes. | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm.dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2347. -Alliance Data Sys Corp | | | | | Sold | 08/18/09 | | | |
| 2348. -Amgen Inc | | | | | | | | | |
| 2349. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 2350. -Amgen Inc | | | | | Sold | 08/18/09 | | | |
| 2351. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 2352. -Amerprise Finl Inc | | | | | Sold | 08/18/09 | | | |
| 2353. -Apache Corp | | | | | Sold (part) | 08/18/09 | | | |
| 2354. -Apple Inc | | | | | Sold | 08/18/09 | | | |
| 2355. -Autoliv Inc | | | | | Buy | 06/02/09 | | | |
| 2356. -Autoliv Inc | | | | | Sold | 08/18/09 | | | |
| 2357. -Bank of America | | | | | Sold (part) | 01/29/09 | | | |
| 2358. -Bank of America | | | | | Sold | 02/11/09 | | | |
| 2359. -Bank of America | | | | | Buy | 05/12/09 | | | |
| 2360. -Bank of America | | | | | Sold (part) | 08/12/09 | | | |
| 2361. -Bank of America | | | | | Sold | 08/18/09 | | | |
| 2362. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 2363. -Best Buy Inc | | | | | Sold | 08/18/09 | | | |

1 Income Gain Codes.       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 = More than $5,000,000
2 Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                        P4 = More than $50,000,000
3 Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment             T =Cash Market
  (See Column C2)           U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
| 2364. -Blackrock Inc | | | | | Buy | 04/29/09 | | | |
| 2365. -Blackrock Inc | | | | | Sold | 08/18/09 | | | |
| 2366. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 2367. -Broadcom Corp | | | | | Sold (part) | 08/12/09 | | | |
| 2368. -Broadcom Corp | | | | | Sold | 08/18/09 | | | |
| 2369. -CVS Caremark Corp | | | | | Sold (part) | 08/12/09 | | | |
| 2370. -CVS Caremark Corp | | | | | Sold | 08/18/09 | | | |
| 2371. -Chubb Corp | | | | | Sold (part) | 01/26/09 | | | |
| 2372. -Chubb Corp | | | | | Sold | 08/18/09 | | | |
| 2373. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 2374. -Cigna Corp | | | | | Sold | 08/18/09 | | | |
| 2375. -Cisco Sys Inc | | | | | Sold (part) | 02/26/09 | | | |
| 2376. -Cisco Sys Inc | | | | | Sold (part) | 08/12/09 | | | |
| 2377. -Cisco Sys Inc | | | | | Sold | 08/18/09 | | | |
| 2378. -Citigroup Inc | | | | | | | | | |
| 2379. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 2380. -Coca Cola Enterprises Inc | | | | | Sold | 08/18/09 | | | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
   (See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
   (See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
   (See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2381. -Colgate Palmolive Co | | | | | Sold | 08/18/09 | | | |
| 2382. -Companhia Vale Do Rio Doce (name chg to Vale SP-Sa ADR) | | | | | | 05/28/09 | | | |
| 2383. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 2384. -Concophillips | | | | | Sold | 08/18/09 | | | |
| 2385. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 2386. -Cummins Inc | | | | | Sold | 08/18/09 | | | |
| 2387. -Danaher Corp | | | | | Sold | 08/18/09 | | | |
| 2388. -Darden Restaurants | | | | | Sold | 05/28/09 | | | |
| 2389. -Du Pont El De Nemours | | | | | Buy | 04/17/09 | | | |
| 2390. -Du Pont El De Nemours | | | | | Sold | 08/18/09 | | | |
| 2391. -EMC Corp Mass | | | | | Buy | 07/22/09 | | | |
| 2392. -EMC Corp Mass | | | | | Buy | 08/12/09 | | | |
| 2393. -EMC Corp Mass | | | | | Sold | 08/18/09 | | | |
| 2394. -Emerson Electric Co | | | | | Sold | 03/19/09 | | | |
| 2395. -Ensco Int'l Inc | | | | | Sold | 01/05/09 | | | |
| 2396. -Estee Lauder Cos Cl A | | | | | Sold | 03/06/09 | | | |
| 2397. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2398. -Exelon Corp | | | | | Sold | 08/18/09 | | | |
| 2399. -Exxon Mobil Corp | | | | | Sold | 08/18/09 | | | |
| 2400. -Fedex Corp | | | | | Sold | 08/18/09 | | | |
| 2401. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 2402. -First Horizon Nat'l Corp | | | | | Sold | 08/18/09 | | | |
| 2403. -Franklin Res Inc | | | | | Buy | 01/26/09 | | | |
| 2404. -Franklin Res Inc | | | | | Sold | 08/18/09 | | | |
| 2405. -Gap Inc | | | | | Sold (part) | 01/26/09 | | | |
| 2406. -Gap Inc | | | | | Sold | 02/09/09 | | | |
| 2407. -General Electric Co | | | | | Sold | 08/18/09 | | | |
| 2408. -Gillead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 2409. -Gillead Sciences Inc | | | | | Sold | 08/18/09 | | | |
| 2410. -Halliburton Co | | | | | Sold | 08/18/09 | | | |
| 2411. -Hess Corp | | | | | Buy | 01/28/09 | | | |
| 2412. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 2413. -Hess Corp | | | | | Sold | 08/18/09 | | | |
| 2414. -Home Depot Inc | | | | | Sold | 08/18/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2415. -Honeywell Int'l Inc | | | | | Sold | 08/18/09 | | | |
| 2416. -Hospira Inc | | | | | Sold | 08/18/09 | | | |
| 2417. -IBM Corp | | | | | Sold | 08/18/09 | | | |
| 2418. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 2419. -Intel Corp | | | | | Sold | 06/10/09 | | | |
| 2420. -Ishares S&P GSCI Commodity-Ind | | | | | Buy | 08/12/09 | | | |
| 2421. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 2422. -JP Morgan Chase | | | | | Buy | 02/11/09 | | | |
| 2423. -JP Morgan Chase | | | | | Buy | 03/06/09 | | | |
| 2424. -JP Morgan Chase | | | | | Sold | 08/18/09 | | | |
| 2425. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 2426. -Juniper Networks Inc | | | | | Sold (part) | 06/10/09 | | | |
| 2427. -Juniper Networks Inc | | | | | Sold | 08/18/09 | | | |
| 2428. -Kbr Inc | | | | | Sold | 08/18/09 | | | |
| 2429. -Keycorp New | | | | | Sold | 05/29/09 | | | |
| 2430. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 2431. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |

1 Income Gain Codes          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
  (See Columns B1 and D4)    F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes                J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000          M =$100,001 - $250,000
  (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3 Value Method Codes         Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                  T =Cash Market
  (See Column C2)            U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2432. -Lorillard Inc | | | | | Sold | 08/18/09 | | | |
| 2433. -McAfee Inc | | | | | Sold | 08/03/09 | | | |
| 2434. -Mc Donald's Corp | | | | | Sold (part) | 03/20/09 | | | |
| 2435. -Mc Donald's Corp | | | | | Sold | 05/12/09 | | | |
| 2436. -Mc Kesson Corp | | | | | Buy | 02/09/09 | | | |
| 2437. -Mc Kesson Corp | | | | | Sold | 08/18/09 | | | |
| 2438. -Medtronic Inc | | | | | Sold | 08/18/09 | | | |
| 2439. -Merck & Co | | | | | Buy | 03/18/09 | | | |
| 2440. -Merck & Co | | | | | Sold | 08/18/09 | | | |
| 2441. -Microsoft Corp | | | | | Sold (part) | 08/12/09 | | | |
| 2442. -Microsoft Corp | | | | | Sold | 08/18/09 | | | |
| 2443. -Molson Coors Brewing Co B | | | | | Sold | 03/18/09 | | | |
| 2444. -Morgan Stanley | | | | | Buy | 05/12/09 | | | |
| 2445. -Morgan Stanley | | | | | Sold | 08/18/09 | | | |
| 2446. -Mosaic Co | | | | | Sold | 04/17/09 | | | |
| 2447. -National Oilwell Varco Inc | | | | | Buy | 01/02/09 | | | |
| 2448. -National Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2449. -News Corp Inc | | | | | Sold | 08/18/09 | | | |
| 2450. -Nokia Corp Spon ADR | | | | | Sold | 07/21/09 | | | |
| 2451. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 2452. -Northern Tr Corp | | | | | Sold | 05/27/09 | | | |
| 2453. -Novaritis AG Spon | | | | | Sold | 04/30/09 | | | |
| 2454. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |
| 2455. -Occidental Petro Corp | | | | | Sold | 08/18/09 | | | |
| 2456. -Omnicom Inc | | | | | Sold | 08/18/09 | | | |
| 2457. -Oracle Corp | | | | | Sold | 08/18/09 | | | |
| 2458. -PNC Financial Svs Grp | | | | | Sold | 02/09/09 | | | |
| 2459. -Parker Hannifin Corp | | | | | Sold | 08/18/09 | | | |
| 2460. -Pepsico Inc | | | | | Sold | 08/18/09 | | | |
| 2461. -Pfizer Inc | | | | | | | | | |
| 2462. -Pfizer Inc | | | | | Buy | 07/13/09 | | | |
| 2463. -Pfizer Inc | | | | | Sold | 08/18/09 | | | |
| 2464. -Phillip Morris Int'l W/I | | | | | Sold | 08/18/09 | | | |
| 2465. -Praxair Inc | | | | | Sold (part) | 03/13/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2466. -Praxair Inc | | | | | Sold | 08/18/09 | | | |
| 2467. -Procter & Gamble Co | | | | | Sold | 08/18/09 | | | |
| 2468. -Qualcomm Inc | | | | | Sold | 08/18/09 | | | |
| 2469. -Raytheon Co | | | | | Sold | 08/18/09 | | | |
| 2470. -Research in Motion | | | | | | | | | |
| 2471. -Ross Stores Inc | | | | | Sold (part) | 06/30/09 | | | |
| 2472. -Ross Stores Inc | | | | | Sold | 07/01/09 | | | |
| 2473. -St Jude Medical Inc | | | | | Sold (part) | 06/24/09 | | | |
| 2474. -St Jude Medical Inc | | | | | Sold | 08/18/09 | | | |
| 2475. -Schering Plough Corp | | | | | Sold | 08/18/09 | | | |
| 2476. -Schwab Chas Corp New | | | | | Sold | 08/18/09 | | | |
| 2477. -Sempra Energy | | | | | Sold | 08/18/09 | | | |
| 2478. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 2479. -State Street Corp | | | | | Sold | 08/18/09 | | | |
| 2480. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 2481. -Taiwan Semiconductor Mfg Co | | | | | Sold | 08/18/09 | | | |
| 2482. -Target Corp | | | | | Buy | 02/11/09 | | | |

1 Income Gain Codes        A =$1,000 or less        B =$1,001 - $2,500        C = $2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only) S =Assessment            T =Cash Market
(See Column C2)           U =Book Value           V =Other                   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2483. -Target Corp | | | | | Sold | 08/18/09 | | | |
| 2484. -Texas Instruments Inc | | | | | | | | | |
| 2485. -Textron Inc | | | | | Sold | 08/18/09 | | | |
| 2486. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 2487. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2488. -Thermo Fisher Scientific Inc | | | | | Sold | 08/18/09 | | | |
| 2489. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 2490. -Time Warner Cable Inc (rec fr Time Warner spinoff) | | | | | Spinoff (from line 2489) | 04/02/09 | | | |
| 2491. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 2492. -Time Warner Inc | | | | | Sold | 08/18/09 | | | |
| 2493. -Tyco Int'l Ltd W/I | | | | | | | | | |
| 2494. -Tyco Int'l Ltd W/I | | | | | Buy | 03/19/09 | | | |
| 2495. -Tyco Int'l Ltd W/I | | | | | Sold | 08/18/09 | | | |
| 2496. -US Bancorp | | | | | Sold | 01/26/09 | | | |
| 2497. -Vale SA-Sp ADR (rec fr Companhia name chg) | | | | | | 05/28/09 | | | |
| 2498. -Vale SA-Sp ADR | | | | | Sold | 08/18/09 | | | |
| 2499. -Veretex Pharmaceuticals | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B -$1,001 - $2,500 | C =$2,501 - $5,000 | D -$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F $50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| | J $15,000 or less | K =$15,001 - $50,000 | L $50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S -Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2500. -Veretex Pharmaceuticals | | | | | Buy | 03/11/09 | | | |
| 2501. -Veretex Pharmaceuticals | | | | | Buy | 08/12/09 | | | |
| 2502. -Veretex Pharmaceuticals | | | | | Sold | 08/18/09 | | | |
| 2503. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | |
| 2504. -Visa Inc Cl A | | | | | Sold | 08/18/09 | | | |
| 2505. -Wal Mart Stores Inc | | | | | Sold (part) | 05/12/09 | | | |
| 2506. -Wal Mart Stores Inc | | | | | Sold (part) | 06/04/09 | | | |
| 2507. -Wells Fargo & Co New | | | | | Sold (part) | 01/26/09 | | | |
| 2508. -Wells Fargo & Co New | | | | | Sold | 08/18/09 | | | |
| 2509. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 2510. -Wyeth | | | | | Sold | 07/13/09 | | | |
| 2511. -Xto Energy Inc | | | | | Sold | 08/18/09 | | | |
| 2512. -Trust #21 (No Benef Interest) | None | | N | T | | | K | C | See Section VIII #1 |
| 2513. -BNY Mellon Nat'l Muni MM Fund | | | | | Mon Mkt Inv | | | | |
| 2514. -BNY Mellon Emerging Mkts Fund Cl M | | | | | Sold | 06/25/09 | | | |
| 2515. -BNY Mellon Income Stk Fd Cl M | | | | | | | | | |
| 2516. -BNY Mellon Int'l Fund Cl M | | | | | Sold | 06/25/09 | | | |

1. Income Gain Codes.        A = $1,000 or less        B = $1,001 - $2,500        C = $2,501 - $5,000        D = $5,001 - $15,000        E = $15,001 - $50,000
   (See Columns B1 and D4)   F = $50,001 - $100,000    G = $100,001 - $1,000,000  H1 = $1,000,001 - $5,000,000  H2 = More than $5,000,000
2. Value Codes              J = $15,000 or less       K = $15,001 - $50,000      L = $50,001 - $100,000     M = $100,001 - $250,000
   (See Columns C1 and D3)   N = $250,001 - $500,000   O = $500,001 - $1,000,000  P1 = $1,000,001 - $5,000,000  P2 = $5,000,001 - $25,000,000
                            P3 = $25,000,001 - $50,000,000                       P4 = More than $50,000,000
3. Value Method Codes       Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment             T = Cash Market
   (See Column C2)           U = Book Value            V = Other                  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2517. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | | | | | |
| 2518. -BNY Mellon Lg Cap Stock Fund Cl M | | | | | Buy | 06/29/09 | | | |
| 2519. -BNY Mellon Mid Cap Stock Fund Cl M | | | | | Sold (part) | 06/25/09 | | | |
| 2520. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | Sold (part) | 06/25/09 | | | |
| 2521. -BNY Mellon Natl Inter Muni Bond Fd Cl M | | | | | Sold (part) | 11/12/09 | | | |
| 2522. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Buy | 06/25/09 | | | |
| 2523. -BNY Mellon Natl S/T Muni Bond Fd | | | | | Sold (part) | 11/12/09 | | | |
| 2524. -BNY Mellon Small Cap Stock Fund Cl M | | | | | Sold (part) | 11/12/09 | | | |
| 2525. -Dreyfus Diversified Intl-1 | | | | | Buy | 06/25/09 | | | |
| 2526. -Dreyfus Diversified Intl-1 | | | | | Buy | 11/12/09 | | | |
| 2527. -Dreyfus Diversified Intl-1 | | | | | Buy | 12/31/09 | | | |
| 2528. -Hussman Strategic Growth Fund | | | | | Buy | 11/12/09 | | | |
| 2529. -Hussman Strategic Total Ret Fund | | | | | Buy | 11/12/09 | | | |
| 2530. -Ishares S&P GSCI Commodity Ind | | | | | Buy | 06/29/09 | | | |
| 2531. -AT&T | | | | | Buy | 01/02/09 | | | |
| 2532. -AT&T | | | | | Sold | 06/29/09 | | | |
| 2533. -Abbott Laboratories | | | | | Buy | 01/02/09 | | | |

| 1 Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2534. -Abbott Laboratories | | | | | Sold | 05/06/09 | | | |
| 2535. -Accenture Ltd | | | | | Buy | 01/02/09 | | | |
| 2536. -Accenture Ltd | | | | | Sold | 06/29/09 | | | |
| 2537. -Adobe Sys Inc | | | | | Buy | 01/02/09 | | | |
| 2538. -Adobe Sys Inc | | | | | Sold | 02/26/09 | | | |
| 2539. -Aetna Inc | | | | | Buy | 01/02/09 | | | |
| 2540. -Aetna Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2541. -Aetna Inc | | | | | Sold | 06/18/09 | | | |
| 2542. -Alliance Data Sys Corp | | | | | Buy | 01/02/09 | | | |
| 2543. -Alliance Data Sys Corp | | | | | Sold | 06/29/09 | | | |
| 2544. -Amerprise Finl Inc | | | | | Buy | 01/26/09 | | | |
| 2545. -Amerprise Finl Inc | | | | | Sold | 06/29/09 | | | |
| 2546. -Amgen Inc | | | | | Buy | 01/02/09 | | | |
| 2547. -Amgen Inc | | | | | Buy | 04/29/09 | | | |
| 2548. -Amgen Inc | | | | | Sold | 06/29/09 | | | |
| 2549. -Apache Corp | | | | | Buy | 01/02/09 | | | |
| 2550. -Apache Corp | | | | | Sold | 06/29/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | L =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2551. -Apple Inc | | | | | Buy | 01/02/09 | | | |
| 2552. -Apple Inc | | | | | Sold | 06/29/09 | | | |
| 2553. -Autoliv Inc | | | | | Buy | 06/15/09 | | | |
| 2554. -Autoliv Inc | | | | | Sold | 06/29/09 | | | |
| 2555. -Bank of America Corp | | | | | Buy | 01/02/09 | | | |
| 2556. -Bank of America Corp | | | | | Sold (part) | 01/29/09 | | | |
| 2557. -Bank of America Corp | | | | | Sold | 02/11/09 | | | |
| 2558. -Bank of America Corp | | | | | Buy | 05/27/09 | | | |
| 2559. -Bank of America Corp | | | | | Buy | 06/18/09 | | | |
| 2560. -Bank of America Corp | | | | | Sold (part) | 06/29/09 | | | |
| 2561. -Bank of America Corp | | | | | Sold | 08/28/09 | | | |
| 2562. -Best Buy Inc | | | | | Buy | 01/02/09 | | | |
| 2563. -Best Buy Inc | | | | | Buy | 03/20/09 | | | |
| 2564. -Best Buy Inc | | | | | Sold (part) | 05/27/09 | | | |
| 2565. -Best Buy Inc | | | | | Sold | 06/29/09 | | | |
| 2566. -Blackrock Inc | | | | | Buy | 01/02/09 | | | |
| 2567. -Blackrock Inc | | | | | Sold | 06/29/09 | | | |

1. Income Gain Codes.    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2568. -Broadcom Corp | | | | | Buy | 02/26/09 | | | |
| 2569. -Broadcom Corp | | | | | Sold | 06/29/09 | | | |
| 2570. -CVS Caremark Corp | | | | | Buy | 01/02/09 | | | |
| 2571. -CVS Caremark Corp | | | | | Sold | 06/29/09 | | | |
| 2572. -Chubb | | | | | Buy | 01/02/09 | | | |
| 2573. -Chubb | | | | | Sold (part) | 01/26/09 | | | |
| 2574. -Chubb | | | | | Sold | 06/29/09 | | | |
| 2575. -Cigna Corp | | | | | Buy | 06/24/09 | | | |
| 2576. -Cigna Corp | | | | | Sold | 06/29/09 | | | |
| 2577. -Cisco Sys Inc | | | | | Buy | 01/02/09 | | | |
| 2578. -Cisco Sys Inc | | | | | Sold (part) | 02/26/09 | | | |
| 2579. -Cisco Sys Inc | | | | | Sold | 06/29/09 | | | |
| 2580. -Citigroup Inc | | | | | Buy | 01/02/09 | | | |
| 2581. -Citigroup Inc | | | | | Sold | 06/29/09 | | | |
| 2582. -Coach Inc | | | | | Buy | 01/02/09 | | | |
| 2583. -Coach Inc | | | | | Sold | 01/26/09 | | | |
| 2584. -Coca Cola Enterprises | | | | | Buy | 01/02/09 | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U = Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2585. -Coca Cola Enterprises | | | | | Sold | 06/29/09 | | | |
| 2586. -Colgate Palmolive Co | | | | | Buy | 01/02/09 | | | |
| 2587. -Colgate Palmolive Co | | | | | Sold | 06/29/09 | | | |
| 2588. -Companhia Vale De rio Doce | | | | | Buy | 01/02/09 | | | |
| 2589. -Companhia Vale De rio Doce (name chg to Vale SP-Sa ADR) | | | | | | 04/02/09 | | | |
| 2590. -Concophillips | | | | | Buy | 01/02/09 | | | |
| 2591. -Concophillips | | | | | Sold (part) | 03/20/09 | | | |
| 2592. -Concophillips | | | | | Sold | 06/29/09 | | | |
| 2593. -Cummins Inc | | | | | Buy | 05/06/09 | | | |
| 2594. -Cummins Inc | | | | | Sold | 06/29/09 | | | |
| 2595. -Danaher | | | | | Buy | 01/02/09 | | | |
| 2596. -Danaher | | | | | Sold | 06/29/09 | | | |
| 2597. -Darden Restaurants Inc | | | | | Buy | 01/02/09 | | | |
| 2598. -Darden Restaurants Inc | | | | | Sold | 05/28/09 | | | |
| 2599. -DuPont EI Nemours | | | | | Buy | 04/17/09 | | | |
| 2600. -DuPont EI Nemours | | | | | Sold | 06/29/09 | | | |
| 2601. -Emerson El Co | | | | | Buy | 01/02/09 | | | |

| 1. Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer-seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2602. -Emerson El Co | | | | | Sold | 03/19/09 | | | |
| 2603. -Estee Lauder Cos | | | | | Buy | 01/02/09 | | | |
| 2604. -Estee Lauder Cos | | | | | Sold | 03/09/09 | | | |
| 2605. -Exelon Corp | | | | | Buy | 01/02/09 | | | |
| 2606. -Exelon Corp | | | | | Sold (part) | 04/17/09 | | | |
| 2607. -Exelon Corp | | | | | Sold | 06/29/09 | | | |
| 2608. -Exxon Mobil Corp | | | | | Buy | 01/02/09 | | | |
| 2609. -Exxon Mobil Corp | | | | | Sold | 06/29/09 | | | |
| 2610. -Fedex Corp | | | | | Buy | 01/02/09 | | | |
| 2611. -Fedex Corp | | | | | Sold | 06/29/09 | | | |
| 2612. -Fifth Third Bancorp | | | | | Buy | 01/02/09 | | | |
| 2613. -Fifth Third Bancorp | | | | | Sold | 01/29/09 | | | |
| 2614. -First Horizon Natl Corp | | | | | Buy | 01/02/09 | | | |
| 2615. -First Horizon Natl Corp | | | | | Sold (part) | 02/26/09 | | | |
| 2616. -First Horizon Natl Corp | | | | | Sold (part) | 06/29/09 | | | |
| 2617. -First Horizon Natl Corp | | | | | Sold | 07/06/09 | | | |
| 2618. -Franklin Res Inc | | | | | Buy | 01/02/09 | | | |

1 Income Gain Codes.      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes            J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                         P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
(See Column C2)          U =Book Value              V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2619. -Franklin Res Inc | | | | | Sold | 06/29/09 | | | |
| 2620. -Gap | | | | | Buy | 01/02/09 | | | |
| 2621. -Gap | | | | | Sold (part) | 01/26/09 | | | |
| 2622. -Gap | | | | | Sold | 02/10/09 | | | |
| 2623. -General Electric Co | | | | | Buy | 01/02/09 | | | |
| 2624. -General Electric Co | | | | | Sold | 06/29/09 | | | |
| 2625. -Gilead Sciences Inc | | | | | Buy | 01/26/09 | | | |
| 2626. -Gilead Sciences Inc | | | | | Sold | 06/29/09 | | | |
| 2627. -Halliburton Co | | | | | Buy | 01/02/09 | | | |
| 2628. -Halliburton Co | | | | | Sold | 06/29/09 | | | |
| 2629. -Hess Corp | | | | | Buy | 01/26/09 | | | |
| 2630. -Hess Corp | | | | | Buy | 03/20/09 | | | |
| 2631. -Hess Corp | | | | | Sold | 06/29/09 | | | |
| 2632. -Home Depot Inc | | | | | Buy | 01/02/09 | | | |
| 2633. -Home Depot Inc | | | | | Sold | 06/29/09 | | | |
| 2634. -Honeywell Intl Inc | | | | | Buy | 01/02/09 | | | |
| 2635. -Honeywell Intl Inc | | | | | Sold | 06/29/09 | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2636. -Hospira Inc | | | | | Buy | 01/02/09 | | | |
| 2637. -Hospira Inc | | | | | Sold | 06/29/09 | | | |
| 2638. -IBM | | | | | Buy | 01/02/09 | | | |
| 2639. -IBM | | | | | Sold | 06/29/09 | | | |
| 2640. -Intel Corp | | | | | Buy | 03/13/09 | | | |
| 2641. -Intel Corp | | | | | Sold | 06/29/09 | | | |
| 2642. -JP Morgan Chase & Co | | | | | Buy | 01/02/09 | | | |
| 2643. -JP Morgan Chase & Co | | | | | Buy | 02/11/09 | | | |
| 2644. -JP Morgan Chase & Co | | | | | Buy | 03/06/09 | | | |
| 2645. -JP Morgan Chase & Co | | | | | Sold | 06/29/09 | | | |
| 2646. -Johnson & Johnson | | | | | Buy | 01/02/09 | | | |
| 2647. -Johnson & Johnson | | | | | Sold | 01/26/09 | | | |
| 2648. -Juniper Networks Inc | | | | | Buy | 02/26/09 | | | |
| 2649. -Juniper Networks Inc | | | | | Sold | 06/29/09 | | | |
| 2650. -KBR Inc | | | | | Buy | 01/02/09 | | | |
| 2651. -KBR Inc | | | | | Sold | 06/29/09 | | | |
| 2652. -Keycorp New | | | | | Buy | 01/02/09 | | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2653. -Keycorp New | | | | | Sold (part) | 05/29/09 | | | |
| 2654. -Keycorp New | | | | | Sold | 06/29/09 | | | |
| 2655. -Laboratory Corp Amer Hldgs | | | | | Buy | 01/02/09 | | | |
| 2656. -Laboratory Corp Amer Hldgs | | | | | Sold | 01/26/09 | | | |
| 2657. -Lorillard Inc | | | | | Buy | 01/26/09 | | | |
| 2658. -Lorillard Inc | | | | | Sold | 06/29/09 | | | |
| 2659. -McAfee | | | | | Buy | 01/02/09 | | | |
| 2660. -McAfee | | | | | Sold | 06/29/09 | | | |
| 2661. -McDonald's Corp | | | | | Buy | 01/02/09 | | | |
| 2662. -McDonald's Corp | | | | | Sold | 05/12/09 | | | |
| 2663. -McKesson Corp | | | | | Buy | 02/09/09 | | | |
| 2664. -McKesson Corp | | | | | Sold | 06/29/09 | | | |
| 2665. -Medtronic Inc | | | | | Buy | 01/02/09 | | | |
| 2666. -Medtronic Inc | | | | | Sold | 06/29/09 | | | |
| 2667. -Merck & Co Inc | | | | | Buy | 03/18/09 | | | |
| 2668. -Merck & Co Inc | | | | | Sold | 06/29/09 | | | |
| 2669 -Microsoft Corp | | | | | Buy | 01/02/09 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2670. -Microsoft Corp | | | | | Sold | 06/29/09 | | | |
| 2671. -Molson Coors Brewing Co | | | | | Buy | 01/02/09 | | | |
| 2672. -Molson Coors Brewing Co | | | | | Sold | 03/16/09 | | | |
| 2673. -Morgan Stanley | | | | | Buy | 05/27/09 | | | |
| 2674. -Morgan Stanley | | | | | Sold | 06/29/09 | | | |
| 2675. -Mosiac Co | | | | | Buy | 01/02/09 | | | |
| 2676. -Mosiac Co | | | | | Sold | 04/17/09 | | | |
| 2677. -Natl Oilwell Varco Inc | | | | | Buy | 01/02/09 | | | |
| 2678. -Natl Oilwell Varco Inc | | | | | Sold | 04/28/09 | | | |
| 2679. -News Corp Inc | | | | | Buy | 01/02/09 | | | |
| 2680. -News Corp Inc | | | | | Sold | 06/29/09 | | | |
| 2681. -Nokia Corp | | | | | Buy | 01/02/09 | | | |
| 2682. -Nokia Corp | | | | | Sold | 06/29/09 | | | |
| 2683. -Northern Tr Corp | | | | | Buy | 01/26/09 | | | |
| 2684. -Northern Tr Corp | | | | | Sold | 06/29/09 | | | |
| 2685. -Novaritis AG-ADR | | | | | Buy | 01/02/09 | | | |
| 2686. -Novaritis AG-ADR | | | | | Sold | 04/29/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2687. -Occidental Petro Corp | | | | | Buy | 04/28/09 | | | |
| 2688. -Occidental Petro Corp | | | | | Sold | 06/29/09 | | | |
| 2689. -Omnicom | | | | | Buy | 01/02/09 | | | |
| 2690. -Omnicom | | | | | Sold | 06/29/09 | | | |
| 2691. -Oracle Corp | | | | | Buy | 01/02/09 | | | |
| 2692. -Oracle Corp | | | | | Sold | 06/29/09 | | | |
| 2693. -PNC Financial Svs Grp | | | | | Buy | 01/02/09 | | | |
| 2694. -PNC Financial Svs Grp | | | | | Sold | 02/09/09 | | | |
| 2695. -Parker Hannifin Corp | | | | | Buy | 01/02/09 | | | |
| 2696. -Parker Hannifin Corp | | | | | Sold | 06/29/09 | | | |
| 2697. -Pepsico Inc | | | | | Buy | 01/02/09 | | | |
| 2698. -Pepsico Inc | | | | | Sold | 06/29/09 | | | |
| 2699. -Pfizer | | | | | Buy | 01/02/09 | | | |
| 2700. -Pfizer | | | | | Sold | 06/29/09 | | | |
| 2701. -Phillip Morris Intl Inc | | | | | Buy | 01/02/09 | | | |
| 2702. -Phillip Morris Intl Inc | | | | | Sold | 06/29/09 | | | |
| 2703. -Praxir Inc | | | | | Buy | 01/02/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2704. -Praxir Inc | | | | | Sold (part) | 03/13/09 | | | |
| 2705. -Praxir Inc | | | | | Sold | 06/29/09 | | | |
| 2706. -Proctor & Gamble Co | | | | | Buy | 01/02/09 | | | |
| 2707. -Proctor & Gamble Co | | | | | Sold | 06/29/09 | | | |
| 2708. -Qualcomm Inc | | | | | Buy | 01/02/09 | | | |
| 2709. -Qualcomm Inc | | | | | Sold | 06/29/09 | | | |
| 2710. -Raytheon Co | | | | | Buy | 01/02/09 | | | |
| 2711. -Raytheon Co | | | | | Sold | 06/29/09 | | | |
| 2712. -Ross Stores Inc | | | | | Buy | 01/02/09 | | | |
| 2713. -Ross Stores Inc | | | | | Sold | 06/29/09 | | | |
| 2714. -St Jude Medical | | | | | Buy | 01/02/09 | | | |
| 2715. -St Jude Medical | | | | | Sold | 06/29/09 | | | |
| 2716. -Schering Plough Inc | | | | | Buy | 01/02/09 | | | |
| 2717. -Schering Plough Inc | | | | | Sold | 06/29/09 | | | |
| 2718. -Schwab Charles Corp | | | | | Buy | 01/02/09 | | | |
| 2719. -Schwab Charles Corp | | | | | Sold | 06/29/09 | | | |
| 2720. -Sempra Energy | | | | | Buy | 01/02/09 | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal             R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)           U =Book Value            V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2721. -Sempra Energy | | | | | Sold | 06/29/09 | | | |
| 2722. -State Street Corp | | | | | Buy | 05/27/09 | | | |
| 2723. -State Street Corp | | | | | Sold | 06/29/09 | | | |
| 2724. -Taiwan Semiconductor Mfg Co | | | | | Buy | 03/06/09 | | | |
| 2725. -Taiwan Semiconductor Mfg Co | | | | | Sold | 06/29/09 | | | |
| 2726. -Target Corp | | | | | Buy | 06/15/09 | | | |
| 2727. -Target Corp | | | | | Sold | 06/29/09 | | | |
| 2728. -Textron Inc | | | | | Buy | 01/02/09 | | | |
| 2729. -Textron Inc | | | | | Sold | 06/29/09 | | | |
| 2730. -Thermo Fisher Scientific Inc | | | | | Buy | 01/02/09 | | | |
| 2731. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 01/26/09 | | | |
| 2732. -Thermo Fisher Scientific Inc | | | | | Sold (part) | 03/10/09 | | | |
| 2733. -Thermo Fisher Scientific Inc | | | | | Sold | 06/29/09 | | | |
| 2734. -Time Warner Inc | | | | | Buy | 01/02/09 | | | |
| 2735. -Time Warner Inc (spinoff of Time Warner Cable) | | | | | | 04/02/09 | | | |
| 2736. -Time Warner Inc | | | | | Sold | 06/29/09 | | | |
| 2737. -Time Warner Cable (recd fr Time Warner inc spinoff)) | | | | | Spinoff (from line 2735) | 04/02/09 | | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2738. -Time Warner Cable Inc | | | | | Sold | 06/04/09 | | | |
| 2739. -Tyco Intl | | | | | Buy | 03/19/09 | | | |
| 2740. -Tyco Intl | | | | | Sold | 06/29/09 | | | |
| 2741. -US Bancorp | | | | | Buy | 01/02/09 | | | |
| 2742. -US Bancorp | | | | | Sold | 01/26/09 | | | |
| 2743. -Vale SP-Sa (recd fr Companhia name chg) | | | | | | 04/02/09 | | | |
| 2744. -Vale SP-Sa ADR | | | | | Sold | 06/29/09 | | | |
| 2745. -Vertex Pharmacuticals Inc | | | | | Buy | 03/10/09 | | | |
| 2746. -Vertex Pharmacuticals Inc | | | | | Sold | 06/29/09 | | | |
| 2747. -Visa Inc Cl A | | | | | Buy | 01/30/09 | | | |
| 2748. -Visa Inc Cl A | | | | | Sold | 06/29/09 | | | |
| 2749. -Wal Mart Stores | | | | | Buy | 01/02/09 | | | |
| 2750. -Wal Mart Stores | | | | | Sold (part) | 05/12/09 | | | |
| 2751. -Wal Mart Stores | | | | | Sold | 06/15/09 | | | |
| 2752. -Wells Fargo & Co | | | | | Buy | 01/02/09 | | | |
| 2753. -Wells Fargo & Co | | | | | Sold (part) | 01/26/09 | | | |
| 2754. -Wells Fargo & Co | | | | | Sold | 06/29/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2755. -Wyeth | | | | | Buy | 01/26/09 | | | |
| 2756. -Wyeth | | | | | Sold | 06/29/09 | | | |
| 2757. -XTO Energy Inc | | | | | Buy | 01/02/09 | | | |
| 2758. -XTO Energy Inc | | | | | Sold | 06/29/09 | | | |
| 2759. -Trust #22 (No Benef Interest) | | None | O | T | | | K | E | See Section VIII #1 |
| 2760. -Blackrock PA Muni Fd | | | | | Mon Mkt Inv | | | | |
| 2761. -AT&T Inc | | | | | | | | | |
| 2762. -Amgen Inc | | | | | Sold | 07/06/09 | | | |
| 2763. -BHP Billiton Ltd | | | | | Buy | 07/06/09 | | | |
| 2764. -Bank of America | | | | | Sold | 01/23/09 | | | |
| 2765. -Barrick Gold Corp | | | | | Buy | 07/06/09 | | | |
| 2766. -Burlington N SantaFe Corp | | | | | | | | | |
| 2767. -Chevron Corp Stericycle Inc | | | | | Buy | 07/06/09 | | | |
| 2768. -Conagra Foods Inc | | | | | Sold | 07/06/09 | | | |
| 2769. -Emerson Electric Co | | | | | | | | | |
| 2770. -Hewlett Packard | | | | | | | | | |
| 2771. -Medco Hlth Solutions Inc | | | | | | | | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | I =$50,001 - $100,000 P1 $1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2772. -Medtronic Inc | | | | | Sold | 07/06/09 | | | |
| 2773. -Merck & Co | | | | | | | | | |
| 2774. -Pepsico Inc | | | | | | | | | |
| 2775. -Procter & Gamble Co | | | | | Sold (part) | 07/06/09 | | | |
| 2776. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 2777. -Vanguard Emerging Mkts | | | | | Buy | 07/06/09 | | | |
| 2778. -Trust #23 (No Benef Interest) | | None | O | T | | | K | E | See Section VIII #1 |
| 2779. -Blackrock PA Muni Fd | | | | | Mon Mkt Inv | | | | |
| 2780. -AT&T | | | | | | | | | |
| 2781. -Bank of America | | | | | Sold | 01/05/09 | | | |
| 2782. -Barrick Gold Corp | | | | | Buy | 07/06/09 | | | |
| 2783. -Burlington N Santa Fe Corp | | | | | | | | | |
| 2784. -Chevron Corp | | | | | | | | | |
| 2785. -Chevron Corp | | | | | Buy | 07/06/09 | | | |
| 2786. -Cincinnati Fin Group | | | | | | | | | |
| 2787. -Dominion Res Inc VA | | | | | Buy | 12/29/09 | | | |
| 2788. -Duke Realty Corp | | | | | Sold | 01/05/09 | | | |

1. Income Gain Codes (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2789. -Emerson Electric Co | | | | | | | | | |
| 2790. -Freeport McMoran Copper & Gold | | | | | Buy | 07/06/09 | | | |
| 2791. -Hewlett-Packard Co | | | | | | | | | |
| 2792. -Medco Hlth Solutions Inc | | | | | | | | | |
| 2793. -Pepsico Inc | | | | | | | | | |
| 2794. -Plum Creek Timber Co | | | | | Sold | 01/05/09 | | | |
| 2795. -Praxair Inc | | | | | Sold | 01/05/09 | | | |
| 2796. -Praxair Inc | | | | | Buy | 12/29/09 | | | |
| 2797. -Procter & Gamble Co | | | | | Buy | 01/02/09 | | | |
| 2798. -Procter & Gamble Co | | | | | Sold (part) | 12/29/09 | | | |
| 2799. -JM Smucker Co/The new Com W'I | | | | | | | | | |
| 2800. -Slumberger Ltd | | | | | Sold | 01/05/09 | | | |
| 2801. -3 M Co | | | | | Buy | 12/29/09 | | | |
| 2802. -Tortoise Energy Infra | | | | | Sold | 01/05/09 | | | |
| 2803. -Centerville Osterville & Marsto Muni 3.250-2015 | | | | | | | | | |
| 2804. -Seekonk Mass 3.625-2018 | | | | | | | | | |
| 2805. -Trust #24 (No Benef Interest) | | None | O | T | | | K | E | See Section VIII #1 |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4) F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3) N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2) U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 2806. -Blackrock PA Muni Fd | | | | Mon Mkt Inv | | | | | |
| 2807. AT&T | | | | | | | | | |
| 2808. -Amgen Inc | | | | | Sold | 07/06/09 | | | |
| 2809. -Bank of America | | | | | Sold | 01/26/09 | | | |
| 2810. -Barrick Gold Corp | | | | | Buy | 07/06/09 | | | |
| 2811. -Burlington N SantaFe Corp | | | | | | | | | |
| 2812. -Chevron Corp | | | | | Buy | 07/06/09 | | | |
| 2813. -Conagra Foods Inc | | | | | | | | | |
| 2814. -Emerson Electric Co | | | | | | | | | |
| 2815. -Hewlett-Packard Co | | | | | | | | | |
| 2816. -Medco Hlth Solutions Inc | | | | | | | | | |
| 2817. -Medtronic Inc | | | | | Sold | 07/06/09 | | | |
| 2818. -Merck & Co | | | | | | | | | |
| 2819. -Pepsico Inc | | | | | | | | | |
| 2820. -Procter & Gamble Co | | | | | Sold (part) | 07/06/09 | | | |
| 2821. -JM Smucker Co/The New Com W/I | | | | | | | | | |
| 2822. -Vanguard Emerging Mkts | | | | | Buy | 07/06/09 | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 2823. | | | | | | | | | |
| 2824. | | | | | | | | | |
| 2825. | | | | | | | | | |
| 2826. | | | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

(1) Information (in the transaction) omitted from Column (D)3 in accordance with the Committee's letters of February 1, 1999 and November 5, 2003.

(2) All assets were distributed.

| Name of Person Reporting | Date of Report |
|---|---|
| Standish, William L. | 07/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544